| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Bishop of Santa Rosa |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 10, 2023        X   /s/ Bishop Robert F. Vasa
                                         Signature of individual signing on behalf of debtor

                                         **Bishop Robert F. Vasa**
                                         Printed name

                                         **Bishop**
                                         Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Case: 23-10113    Doc# 1-1    Filed: 03/13/23    Entered: 03/13/23 08:34:58    Page 1 of 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Bishop of Santa Rosa |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Archiocese of San Francisco c/o Weintraub Tobin Chediak Coleman Grodin Law Corp. 475 Sansome St., Ste 510 San Francisco, CA 94111<br><br>Paula Carney 1 Peter Yorke Way San Francisco, CA 94109 | Paul Gaspari, Esq pgaspari@weintraub.com (415) 772-9618<br><br><br><br>carneyp@sfarch.org (415) 614-5500 | Note Payable | | | | $1,410,000.00 |
| Healdsburg Printing 30 Mill Street Healdsburg, CA 94558 | Joe Vetter joev_headsburgprinting@outlook.com (707) 433-1680 | Trade | | | | $7,535.94 |
| Nicolay Consulting Group 231 Sansome St. Suite 300 San Francisco, CA 94104 | Anthony Nicolay<br><br>anicolay@nicolayconsulting.com (415) 705-6133 | Professional Services | | | | $6,583.42 |
| Minuteman Press 112 Commercial Court #4 Santa Rosa, CA 95407 | santarosa@minutemanpress.com (707) 578-6004 | Trade | | | | $1,024.62 |
| Autom 5226 S31st Place Phoenix, AZ 85040 | (800) 521-2914 | Trade | | | | $894.77 |
| Pacific Gas & Electric P.O. Box 997300 Sacramento, CA 95899-7300 | (800) 743-5000 | Utility | | | | $812.95 |
| Denver Bookbinding Co Inc. 1401 W. 47th Avenue Denver, CO 80211 | dbbc@denverbook.com (303) 455-5521 | Trade | | | | $485.05 |
| American Bible Society 101 N Independence Mall E Floor 8 Philadelphia, PA 19106-2155 | (800) 322-4253 | Trade | | | | $143.68 |

| Debtor | The Roman Catholic Bishop of Santa Rosa | | Case number (if known) | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | (800) 622-1147 | Trade | | | | $131.87 |
| AT&T Teleconference Services<br>P.O. Box 5002<br>Carol Stream, IL 60197-5002 | (800) 722-3481 | Utility | | | | $75.29 |
| Cotter Church Supplies<br>1701 James M Wood Blvd.<br>Los Angeles, CA 90015-1001 | (213) 385-3366 | Trade | | | | $74.38 |
| Together & Asamblea<br>3852 E. First St.<br>Los Angeles, CA 90063 | together@sspusa.org<br>(323) 266-3771 | Trade | | | | $53.70 |
| Dennis Purificacion<br>130 Kennison Ct<br>Vallejo, CA 94589 | (707) 704-9944 | Employee Expense Reimbursement | | | | $35.37 |
| John Doe 129<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe 130<br>c/o Joseph George Jr. Law Corp.<br>601 University Ave<br>Suite 270<br>Sacramento, CA 95825 | Joseph George, Jr., Esq.<br>jgeorgejr@psyclaw.com<br>(916) 623-4914 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe SR 1136<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq<br>mreck@andersonadvocates.com<br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe SR 1536<br>c/o Jeff Anderson & Associates<br>12011 San Vicente Blvd<br>Suite 700<br>Los Angeles, CA 90049 | J. Michael Reck, Esq.<br>mreck@andersonadvocates.com<br>(949) 919-5693 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe SR 424<br>c/o The Zalkin Law Firm<br>10590 W. Ocean Air Drive<br>Suite 125<br>San Diego, CA 92130 | Irwin Zalkin, Esq.<br>irwin@zalkin.com<br>(619) 330-1120 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| John Doe SR 477<br>c/o The Zalkin Law Firm<br>10590 W. Ocean Air Drive<br>Suite 125<br>San Diego, CA 92130 | Irwin Zalkin, Esq.<br>irwin@zalkin.com<br>(619) 330-1120 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Case: 23-10113   Doc# 1-1   Filed: 03/13/23   Entered: 03/13/23 08:34:58   Page 3 of 4

Debtor **The Roman Catholic Bishop of Santa Rosa**　　　Case number *(if known)* _____
　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Doe SR 99<br>c/o Mary Alexander & Assoc.<br>19100 Von Karman Ave<br>Suite 800<br>Irvine, CA 92612 | Mary Alexander, Esq.<br>malexander@maryalexanderlaw.com<br>(415) 433-4440 | Tort Claimant | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Official form 204　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　page 3

Case: 23-10113    Doc# 1-1    Filed: 03/13/23    Entered: 03/13/23 08:34:58    Page 4 of 4