CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
JASON BLUMBERG (SBN 330150)
Trial Attorney
TREVOR R. FEHR (CA SBN 316699)
Trial Attorney
PHILLIP J. SHINE (CA SBN 318840)
Trial Attorney
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (415) 705-3333
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor. | Case No. 23-10113 CN<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

> Office of the United States Trustee
> Attn: Jason Blumberg
> 501 I Street, Suite 7-500
> Sacramento, CA 95814
> Email: Jason.blumberg@usdoj.gov

Dated: March 13, 2023          TRACY HOPE DAVIS
                               UNITED STATES TRUSTEE

                               /s/ *Jason Blumberg*
                               Trial Attorney for United States Trustee

Notice of Appearance