PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>         Debtor In Possession. | CASE NO. 23-10113<br><br>Chapter 11<br><br>Date:     March 16, 2023<br>Time:    1:00 p.m.<br>Location: 1300 Clay Street, Ctrm. 215<br>             Oakland, CA<br>             [In person or via Zoom]<br>Judge:   Hon. Charles Novack<br><br>Order Shortening Time |

**DECLARATION OF DEACON JOE OBERTING IN SUPPORT OF DEBTOR'S MOTION FOR ORDER (1) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (2) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR POSTPETITION UTILITY SERVICES UNDER 11 U.S.C. § 366, AND (3) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT (4) SCHEDULING A FINAL HEARING**

I, Joe Oberting, declare as follows:

1.    I am a Deacon and Chief Financial Officer of The Roman Catholic Bishop of Santa Rosa (the "RCBSR" or the "Debtor in Possession"), the debtor and debtor in possession herein. As Deacon, I am generally familiar with the RCBSR's day-to-day operations, business affairs and

books and records.

2. On March 13, 2023 ("Petition Date"), the RCBSR filed its voluntary petition for relief under Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). Pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its properties as a debtor in possession.

3. All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by people who report to me, upon information supplied to me by RCBSR's professionals and consultants, upon my review of relevant documents, or upon my opinion based on my experience and knowledge with respect to RCBSR's operations, financial condition and related business issues. If I were called upon to testify, I could and would testify competently to the facts set forth herein, and I am authorized to submit this Declaration on behalf of RCBSR.

4. I make this declaration in support of the RCBSR's motion to the Court for an order after an interim hearing (1) prohibiting utility companies from altering, refusing or discontinuing service; (2) determining that the Debtor's furnishing of deposits to utility companies listed on Exhibit A attached to the exhibit document in an amount that represents fifty percent of the Debtor's estimated average monthly usage over the past twelve months of such utility respectively constitutes adequate assurance of payment; (3) establishing procedures for assurance requests by the affected utilities and for determining adequate assurance of payment; and (4) scheduling a final hearing thereon (the "Motion"). All terms not otherwise defined herein have the same meaning as the Motion.

5. The RCBSR filed this case in order to reorganize its financial affairs pursuant to a plan of reorganization that will, among other things, fairly, justly, and equitably compensate victims of sexual abuse by clergy or others associated with the RCBSR and bring healing to victims, parishioners and others affected by past acts of sexual abuse. The RCBSR has limited funds with which to respond to the variety of demands from its creditors. The RCBSR requires the bankruptcy court's protection and the protection of the bankruptcy laws to make fair and equitable payment on all of the claims against it, including the claims by victims of abuse, trade creditors, the parishes

and others, while continuing its ministries and support it offers to Catholic parishes and communities. Additional background information on the RCBSR can be found in my declaration regarding description of debtor and pre-filing history filed on the Petition Date.

6. The Debtor in Possession has multiple facilities and receives utility services from numerous utility companies. These facilities include the Chancery Office located at 985 Airway Ct., Santa Rosa, the residence of the Bishop at 1240 Manhattan Way, Santa Rosa, the Newman Center located near the campus of Sonoma State University at 1798 E Cotati Ave, Penngrove, and offices at the campus of Cardinal Newman High School at 24 Ursuline Road, Santa Rosa. A list of the utility companies ("Utility Companies") and the Debtor in Possession's corresponding utility company accounts is listed on Exhibit 1 hereto.[1] None of the Utility Companies hold prepetition deposits. Prior to the Petition Date, the Debtor in Possession timely remitted payments on monthly utility service obligations.

7. The Debtor's ongoing business operations require the Debtor to maintain uninterrupted utility services including electricity, natural gas, telephone, water, waste removal, internet and other services. Termination of a utility service would cause immediate and irreparable harm to the Debtor's business operations and critical reorganization efforts.

8. The average monthly utility bills are approximately $3,500. I believe that the Debtor is current on all prepetition amounts due for utility services.

9. The Debtor intends to remain current on all payments to the Utility Companies on a post-petition basis as those obligations become due and has prepared projections showing that adequate funds have been budgeted for payment of anticipated post-petition utility services.

I declare under penalty of perjury that the foregoing it true and correct. Executed on March 13, 2023 at Santa Rosa, California.

/s/ Deacon Joe Oberting
Deacon Joe Oberting

---

[1] The Debtor reserves the right to supplement the list of utility companies, and also reserve the right to argue that any of the listed utility companies do not fall under the purview of 11 U.S.C. § 366 as a "utility."

# **EXHIBIT 1**

Case: 23-10113 Doc# 7-1 Filed: 03/13/23 Entered: 03/13/23 12:37:42 Page 4 of 5

**Exhibit 1: List of Utility Companies and Accounts**

| Name and Address of Utility | Type of Service/ Account No. | Property Address Where Utility Provided (if applicable) |
|---|---|---|
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL  60197-6463 | Mobile phones<br>Acct# 8750444301 | |
| AT&T Teleconference Services<br>P.O. Box 5002<br>Carol Stream, IL  60197-5002 | Shared Conferencing<br>Acct# 43884495-00001 | |
| Bay Alarm<br>P.O. BOX 51041<br>Los Angeles, CA  90051 | Office alarm system | 985 Airway Ct, Santa Rosa |
| City of Santa Rosa<br>P.O. Box 1658<br>Santa Rosa, CA  95402-1658 | Water<br>Acct# 008817 | Newman Center 1798 E Cotati Ave, Penngrove and 1240 Manhattan Way, Santa Rosa |
| Comcast<br>P.O. Box 60533<br>City Of Industry, CA  91716-0533 | Phone service<br>Acct# 960197914 | 24 Ursuline Rd., Santa Rosa<br>Phones for several offices (campus of Cardinal Newman High School, several chancery ministries have offices there) |
| Comcast Business<br>P.O. Box 37601<br>Philadelphia, PA  19101-0601 | Internet service<br>Acct# 815530021-0174793 | 24 Ursuline Rd., Santa Rosa<br>Internet for several offices (campus of Cardinal Newman High School, and several chancery ministries have offices there) |
| Mitel<br>P.O. Box 53230<br>Phoenix, AZ  85072-3230 | Phone system<br>Acct# 15222 | 985 Airway Ct, Santa Rosa |
| Penngrove Water<br>4982 Sonoma Hwy<br>Santa Rosa, CA  95409-4247 | Water<br>Acct# CM-685 | Newman Center 1798 E Cotati Ave, Penngrove, CA |
| PG&E<br>P.O. BOX 997300<br>Sacramento, CA  95899-7300 | Gas & Electric<br>Acct# 4780611722-3 & 3939888946-7 | 1240 Manhattan Way (bishop's residence) and Newman Center 1798 E Cotati Ave, Penngrove |
| Recology<br>P.O. BOX 51219<br>Los Angeles, CA  90051-5519 | Compost and recycling, waste<br>Acct# 1810791798 | 1240 Manhattan Way (bishop's residence) and Newman Center 1798 E Cotati Ave, Penngrove |
| Sonicnet Inc. | Internet<br>Ref# ssunewman | Newman Center 1798 E Cotati Ave, Penngrove, CA |
| TPX Communications<br>P.O. BOX 509013<br>San Diego, CA  92150-9013 | Internet (incl. hardware) and data storage<br>Acct# 166854 | 985 Airway Ct, Santa Rosa |