Douglas B. Provencher (77823)
EMBOLDEN LAW PC
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone: (707) 284-2381
Facsimile: (707) 284-2387

# UNITED STATES BANKRUPTCY COURT
## NORTERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

In re:

**The Roman Catholic Bishop of Santa Rosa**

    Debtor.

Case No. 23-10113

Judge Charles Novack

Chapter 11

**Request for Notice**

Douglas Provencher requests notice of these proceeding be sent to:

Douglas B. Provencher
EMBOLDEN LAW PC
823 Sonoma Avenue
Santa Rosa, CA 95404-4714
Telephone:  (707) 284-2381
Facsimile:   (707) 284-2387
dbp@provlaw.com

Dated: March 13, 2023      EMBOLDEN LAW PC

    By: *s/Douglas B. Provencher (77823)*
        Attorneys for Creditor Paul O'Rear