PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,

Debtor In Possession.

CASE NO. 23-10113

Chapter 11

Date: March 16, 2023
Time: 1:00 p.m.
Location: 1300 Clay Street, Ctrm. 215
Oakland, CA 94612
[In person or via Zoom]
Judge: Hon. Charles Novack

Order Shortening Time

**DECLARATION OF DEACON JOE OBERTING IN SUPPORT OF CHAPTER 11 PETITON AND FIRST DAY MOTIONS**

I, Deacon Joe Oberting, hereby declare under penalty of perjury as follows:

1. I am the Chief Financial Officer ("CFO") of The Roman Catholic Bishop of Santa Rosa, the Debtor and Debtor in Possession herein (the "Debtor in Possession"). I have been the CFO since January 18, 2021. I was ordained a Deacon on September 3, 2016. I served as Principal of St. John the Baptist Catholic School from July 1, 2018, to September 30, 2020. I have been affiliated with the Diocese as a parishioner for over 20 years. I am authorized to provide this

-1-

First Day Declaration

declaration setting forth the general structure and history of The Roman Catholic Bishop of Santa Rosa ("RCBSR").  In the course and scope of my duties as CFO, I am familiar with the record keeping practices and policies of the RCBSR and how it regularly maintains its business records.

2.     All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by people who report to me, upon information supplied to me by the RCBSR's professionals and consultants, upon my review of relevant documents, or upon my opinion based on my experience and knowledge with respect to the RCBSR's operations, financial condition, and related business issues.  The documents submitted herewith, referenced herein or otherwise relied upon by me for purposes of this Declaration are the business records of the RCBSR, prepared and kept in ordinary and regularly conducted business activity of the RCBSR, and used by me for those purposes.  If I were called upon to testify, I could and would testify competently to the facts set forth herein, and I am authorized to submit this Declaration on behalf of the RCBSR.

3.     On March 13, 2023, the RCBSR initiated this case by filing a voluntary Chapter 11 Petition ("Petition Date").

A. <u>Description of the Diocese of Santa Rosa</u>

4.     The current Bishop of the RCBSR is Bishop Robert F. Vasa who was appointed June 30, 2011.

5.     The Diocese of Santa Rosa (the "Diocese")[1] was created from portions of the Sacramento Diocese and San Francisco Archdiocese in 1962, and now includes 42 parishes some of which have missions associated with them ("Parishes").  The Diocese consists of approximately 178,443 Catholics in the counties of Sonoma, Napa, Mendocino, Lake, Humboldt, and Del Norte covering approximately 11,711 square miles.  While the Diocese is geographically large and very diverse, demographically it remains the smallest of California's dioceses.  Diocesan priests and permanent deacons, along with priests, brothers and nuns from multiple religious orders serve parishes, schools, Catholic hospitals and do other outreach within the Santa Rosa Diocese.

---

[1] The term "Diocese" is used herein exclusively to refer to geographic territory under the jurisdiction of the RCBSR, and the terms RCBSR, Debtor, or Debtor in Possession are used herein exclusively to refer to the secular legal embodiment of the Diocese.

6. The primary role of the RCBSR is to provide resources, spiritual leadership, direction, support, planning, programming, leadership development and other services to individuals of the Roman Catholic faith, the 42 Parishes, two Catholic high schools (Cardinal Newman High School in Santa Rosa and parish school St. Vincent de Paul High School in Petaluma), numerous elementary schools, private schools, cemeteries and various other Catholic-based social and community service organizations that operate in the Diocese. The RCBSR has 20 lay employees and 2 clergy employees, not counting priests or religious.

7. As a religious organization, the RCBSR has no significant ongoing for-profit business activities or business income. The RCBSR's receipts principally come from the annual ministry appeal (held in trust for named ministries only), fees for services provided to the Non-Debtor Catholic Entities (defined below), donations, grants, and RCBSR ministry revenue. The RCBSR's fiscal 2023 operating budget is approximately $12.5 million. The RCBSR operates on a fiscal year ending June 30.

8. The Debtor in Possession will file its schedules shortly after the Petition Date. The petition indicates assets exceeding $10 million and liabilities ranging $10 million to $50 million.

B. <u>Legal Structure of the RCBSR and Parishes and other Non-Debtor Catholic Entities</u>

9. Since its inception and incorporation in 1962, the RCBSR has been and continues to be a California corporation sole. When the Diocese was created, most, if not all, of the real property of the Parishes was conveyed to the RCBSR for the benefit of each parish. From that time until late 2016 and during 2017, the Parishes operated as separate juridic persons under Canon law. Currently, the RCBSR holds legal title to most of the parish real property in resulting trust for the parishes' benefit. The Roman Catholic Welfare Corporation of Santa Rosa (the "RCWC") also was created in 1962 as a California nonprofit corporation. The RCWC holds title to most, if not all, of the real property of the Catholic elementary and high schools in the Diocese for the benefit of those entities.

10. Beginning in late 2016 and during 2017, the Diocese reorganized into its current structure. The Parishes in existence at that time were each organized and currently operate as separate corporations sole pursuant to California corporate law, applicable Canon Law and Statutes

for Parish Corporations of the Diocese. Thus, each Pastor of a parish is the person in charge of the parish under California and Canon law. However, with one exception, there were no transfers of real or personal property to the Parishes at this time.[2] Each of the Parishes pays all of the expenses of operation and maintenance of their real property, including any applicable property taxes. If a parcel of real property of a parish is sold, the sale proceeds go to that parish. Generally, each Parish is run by the Pastor assisted by a parish finance council who for certain decisions needs finance council consent. *See* Parish Finance Management Handbook Section 2.11 at pg. 4. Each Parish, parish school and parish cemetery keeps track of and manages its own finances.

11. Several other separate and independent Catholic entities operate within the territory of the Diocese along with the RCWC and Parishes. The Catholic Community Foundation of the Diocese of Santa Rosa ("CCF") was incorporated in 1995 under California law as a nonprofit public benefit corporation. In 2003, the CCF filed restated articles of incorporation changing its form to a California non-profit religious corporation. The restated articles of incorporation state that the purpose of the CCF is the financial support of the various religious, charitable, and educational activities carried on from time to time by the Diocese, and its parishes and affiliated organizations. The CCF's bylaws provide that the CCF is intended to exist as a support source and a single receptacle for gifts which donors choose to make for the charitable, religious, and educational activities carried on by the RCBSR and its affiliated institutions. The CCF is governed by a Board of Trustees. The CCF also serves as an investment platform for the parishes and other institutions in the Diocese. As of January 31, 2023, the CCF holds approximately $15.21 million in restricted or trust funds of others and approximately $838,000 in unrestricted funds.

12. Catholic Charities of the Diocese of Santa Rosa ("Catholic Charities") was incorporated in 1979 under California law as a public benefit corporation. Catholic Charities engages in charitable activities in the Diocese, including, but not limited to, providing counselling services, education and training services for the handicapped and other persons, services designed to promote the physical, social and psychological needs of the aged, the aging, and the youth of the

---

[2] The one exception is that the real property belonging to Pastor of Holy Family Catholic Church of American Canyon, a corporation sole, was transferred to it by deed recorded in June 2018, which was a requirement of the bank for that parish to secure a loan to construct its own church building.

various communities within the Diocese, the furnishing of food, clothing, shelter and financial aid to the needy, participating in narcotic rehabilitation and drug abuse programs, participating in community planning in the field of social welfare, and coordinating the activities of the various charitable and welfare agencies of the Diocese. Catholic Charities is governed by a Board of Directors.

13. Cardinal Newman High School ("CNHS") opened in 1964 and is an unincorporated association with its own operations separate from the RCBSR. CNHS has its own Constitution, Board of Regents, bylaws, financial systems and controls, and employer identification number. CNHS processes its own payroll. There is no commingling of funds, nor any financial oversight or control by the RCBSR, other than annual financial reports to the RCBSR. CNHS is responsible for maintaining accreditation under the Western Association of Schools and Colleges (WASC) and the Western Catholic Education Association (WCEA).

14. Most of the campus of CNHS was destroyed in the 2017 wildfires. Since then, CNHS has organized and run its own capital campaign to raise funds to rebuild the campus. These funds and insurance have allowed CNHS to rebuild portions of the campus, including repairing existing classrooms and facilities, building a new 2-story classroom building (already opened), and a student life center (to open in May of this year). CNHS is committed to rebuilding the destroyed administration building and updating other facilities impacted by the fire.

15. The CNHS is supported by a separately incorporated foundation named the Angela Merici and John Henry Newman Foundation, Inc. ("AMJHN"). The AMJHN is a California non-profit religious corporation formed in 2005. The bylaws state the specific purpose for the AMJHN is religious, charitable and educational activities exclusively to support the CNHS and shall include, but not be limited to, holding and managing assets and property for educational purposes in furtherance of the objectives and priorities established jointly by the Board of Trustees of the AMJHN Foundation and the Board of Trustees of the CNHS.

16. Several of the separately incorporated parishes operate schools, such as St. Vincent de Paul of Petaluma and several other elementary schools. Each of the schools is affiliated with a parish or order and are not operated by the RCBSR. Each of these schools is controlled by the

parish affiliated with the school. The RCBSR Superintendent of Schools oversees the curriculum for the elementary schools and provides support for the principals, but otherwise they are autonomous and do not receive financial support from the RCBSR.

17. There are four cemeteries within the Diocese of Santa Rosa that are operated as a separate unincorporated association through the RCBSR's Department of Cemeteries. These are Calvary Catholic Cemetery in Santa Rosa and in Petaluma, Holy Cross Catholic Cemetery in St. Helena, and Saint Francis Solano Catholic Cemetery in Sonoma (collectively, the "Cemeteries"). The Cemeteries are run by an Associate Director with their own funding, separate employer identification numbers, and report to the RCBSR. As of December 31, 2022, the Cemeteries held approximately $6.4 million in funds in a separate account dedicated to pre-need and cemetery operations and maintenance. Title to the real property for the Cemeteries is held in resulting trust by the RCBSR. Some Parishes operate their own cemeteries as well.

18. The Parishes, RCWC, CCF, Catholic Charities, CNHS, and Cemeteries are hereafter referred to collectively as the "Non-Debtor Catholic Entities."

19. The RCBSR is a party to a Services Agreement with each Parish, and with an affiliated separate corporation Marian Sisters of Santa Rosa, pursuant to which the RCBSR provides certain services to obtain efficiency via pooled resources. The RCBSR provides services including appointment of priests and permanent deacons, maintains the remuneration policy for priests (including retirement plans and health insurance plan), while the parishes pay for these items organized and administered by the RCBSR. The RCBSR provides a defined contribution retirement plan and health and life insurance plans for lay personnel for which the parishes pay. Insurance coverage packages for buildings, liability, workers compensation, and earthquakes are also provided from a pooled insurance plan. Parishes are provided with retained legal services and human resources management as well as financial guidance in the form of human resource and financial management handbooks, backed by personnel in the chancery office to assist as questions arise. In addition, the services agreement ensures compliance with Canon Law and promotes consistent policies and procedures within the Diocese of Santa Rosa. Each Parish pays the RCBSR a service fee as compensation for the services provided currently set at approximately 9.1% of the

Parishes' annual total revenue from the prior year.

20. Except as otherwise stated herein, each of the Non-Debtor Catholic Entities owns its own property, finances its own activities, manages its own assets and is responsible for its own business and corporate activities. The Non-Debtor Catholic Entities have not sought bankruptcy relief and are not debtors in this bankruptcy case. However, certain of the Parishes and other Non-Debtor Catholic Entities are named in many of the approximately 207 pending abuse cases, for alleged abuse which generally is alleged to have occurred before they were separately incorporated. Because liability for alleged abuses which occurred before incorporation are in effect diocesan liabilities and they are all covered under the same insurance policies, the RCBSR has been defending those Non-Debtor Catholic Entities against those claims. In addition, I am informed and believe that it is the Debtor in Possession's position that the automatic stay halts those lawsuits including those against the Non-Debtor Catholic Entities that are covered by the same insurance as the RCBSR.

C. The Clergy Sex Abuse Crisis and the RCBSR Response

21. A tragedy that runs contrary to every teaching and tradition of the Church[3] has unfolded in the Church as a whole and in the RCBSR as well; certain clergy and others took advantage of their positions of trust and respect in the community to abuse children (the "Abuse"). The Church as a whole, and the RCBSR in particular, is committed to providing for all survivors of Abuse, known and yet to be known, in a fair, just and equitable manner with the available resources of the RCBSR.

22. Prior to 2002, the Diocese had protocols in place to respond to reports of sexual abuse. Among other things, the RCBSR established a written policy for its existing policies and practices to address issues of sexual abuse of minors. The RCBSR also published updated requirements for child abuse prevention and reporting requirements to clergy, principals and administrators. Under the protocols, survivors were offered assistance in the form of counseling and pastoral assistance. Such assistance has been provided to survivors for up to as long as twenty

---

[3] References to the term "Church" refer to the universal church of Roman Catholic belief, seated in the Vatican and currently headed by Pope Francis.

years and continues to this date. Although there was one instance in 2008 of delayed reporting, the RCBSR continues to follow all reporting laws and does regular education of clergy and staff on those reporting laws.

23. In the spring of 2002, the U.S. Bishops adopted the *Charter for the Protection of Children and Young People* (the "Charter"), which adopted a "one strike" policy regarding clergy serving in any active, public ministry, and also included:

- permanent removal from active ministry of any priest or deacon with a substantiated allegation of sexual abuse of a minor;
- requirement of criminal background checks for adults, including clergy, who work with children and youth;
- implementation of educational programs for the prevention of child sexual abuse for both adults and children;
- provision of behavioral guidelines/ethical standards for ministry;
- establishment of outreach for survivors; and
- creation of a review board to make recommendations to the diocesan bishop about substantiation of accusations against clergy and to oversee policy implementation.

Not only has the RCBSR continuously satisfied the Charter, but it has taken additional steps not required by the Charter to protect children from abuse and to provide healing for those who have been harmed. Examples of the measures taken by the RCBSR include:

- established a Safe Environment Coordinator in each parish and school to monitor and assure compliance with the Charter;
- hiring a safe environment coordinator to oversee implementation of all requirements to promote the safety of children and youth;
- responding as needed to assist people who have been abused or affected by abuse;
- in some instances, offering counseling for claimants whose cases have been dismissed or settled;
- implementing a Diocesan Review Committee comprised of lay people and clergy, to review claims of sexual abuse and advise the Bishop;[4]
- requiring fingerprinting of employees and clerics;
- requiring Safe Environment education for priests, deacons, staff and volunteers in all parishes and schools;
- providing age-appropriate education for school and religious education children to equip them with the skill to help them protect themselves from abuse; and
- participating in annual compliance audits, conducted by independent auditors, to review the implementation of policies and procedures regarding the protection of

---

[4] The Diocesan Review Committee also reviewed all claims that had been made historically to determine if anything else needed to be done with respect to those claims.

-8-
First Day Declaration
Case: 23-10113    Doc# 13    Filed: 03/13/23    Entered: 03/13/23 13:28:18    Page 8 of 12

children.

24. In 2019, the RCBSR published the names of clergy against whom previous credible claims had been made. The list was published in the Diocesan Newspaper, as well as secular press and is maintained on the Diocese of Santa Rosa website.

25. The Diocesan Review Committee ("Committee") meets regularly to discuss any matters of concern, and as needed, to give the Bishop advice regarding claims brought forward which involve priests not previously identified or claims which seem to be more unusual. Further, the Committee is active in reviewing, at least annually, the Diocesan Policy for the Protection of Children and Youth. For instance, we recognized that the issue of pornography was not adequately included in our Policy and so work is currently underway to assure a strong statement regarding pornography. This will involve not only child pornography but also that pornography which depicts adults as children. Another revision involves clarifying the understanding of "vulnerable persons," a category of persons broader than children and youth.

26. The Diocese of Santa Rosa has actively worked with survivors (with or without attorneys) to provide some compensation for the harm which they suffered.

27. The Diocesan resources for Child Protection are available on its website at https://srdiocese.org/child-and-youth-protection. These resources include the Diocesan Policy for the Protection of Children and Young People, the Charter, Code of Conduct, Survivor Assistance resources, Fingerprint Policy, Safe Environment policy, How to Report Child Abuse, contact information for the Diocesan Director of Child and Youth Protection, Circle of Grace, and other resources.

28. As noted above, the RCBR and its insurers have paid more than $35 million over the past 20 years. This comes from prior global settlements when California previously revised the statute of limitations in 2003 of approximately $31 million ($12 million from the RCBSR and $19 million from insurance) and approximately $4 million over the years 2018 to 2022 ($3,169,301 from the RCBSR and $865,000 from insurance).

D. Events Leading to the Commencement of the Chapter 11 Case

29. Until recently, the RCBSR has maintained financial viability while funding

compensation for Abuse survivors and continued litigation regarding claims of sexual abuse. In the past 20 years, the RCBSR and its insurers have paid more than $35 million in legal settlements in an effort to fulfill the RCBSR's responsibility for abuse of minors by a diocesan clergy.

30. The RCBSR with its counsel Shapiro Galvin Shapiro & Moran have investigated and taken action as to any credible allegation of abuse. We are reviewing all of the information currently available regarding the approximately 207 lawsuits under existing protocols to determine what action must be taken with respect to any allegations involving living clergy in service at this time.

31. Based on our experience in past situations, the RCBSR expects the initial demands to be more than $2 million per claim. Based on these demands, I am informed and believe that the RCBSR's total exposure is likely to exceed its assets. The RCBSR is a not-for-profit religious organization with limited resources, including very limited or no insurance coverage for many of the 207 lawsuits pending against it. Thus, this avalanche of lawsuits puts the RCBSR in immediate and dire financial distress and in need of a forum to resolve these claims while continuing to serve the faithful and those in need.

32. Although there has been no claim of abuse having occurred within the past 12 years approximately, that does not diminish the pain and horrific acts which occurred before then, and which have affected far too many. The RCBSR is committed to preventing abuse from ever occurring again in the Diocese. Rebuilding the confidence of our congregants and society is a paramount goal for everyone in the Diocese.

E. The Reorganization Case

33. The RCBSR does not seek chapter 11 relief to avoid responsibility for past misconduct by clergy, nor to hide the truth or to deny claimants their day in court. The RCBSR is committed to pursuing the truth on all allegations of abuse. As noted, the RCBSR has made and requires criminal referrals to be made for all credible allegations of sexual abuse. Bishop Vasa has apologized for the past misconduct of the personnel of the Diocese and meets with survivors whenever requested to bring comfort to such individuals, as did his predecessor. The Diocese has established stringent standards for the training and background assessment of all employees, clerics

and volunteers who will likely interact with children and young people.

34. The RCBSR has filed this bankruptcy case as a further step toward fulfilling its moral obligation to try to compensate all Abuse survivors fairly and within a reasonable amount of time. As a result, the RCBSR cannot allow any single plaintiff to recover a disproportionate share of the limited funds available from the RCBSR and its insurance simply because that plaintiff's case proceeds to trial first. Through this bankruptcy case, the RCBSR seeks to ensure that fair, equitable, and reasonable recoveries are available to individuals with bona fide abuse claims through an expedited resolution mechanism.

35. In addition to the RCBSR's obligations to all of its creditors, the Diocese has a foundational and moral obligation to the Catholic faithful it serves, to the donors who have entrusted the Diocese with donations to serve the Diocese' missions, and to the larger communities which it serves, to continue the ministries of the Church in fulfillment of the Debtor's canonical and secular legal purposes. In order to fulfill these obligations, the RCBSR must survive.

36. I understand the Bankruptcy Court provides a forum and the Bankruptcy Code provides a mechanism whereby all the claims can be determined and paid on a fair and equitable basis and ensures that all claimants with similarly situated claims are essentially treated the same. The RCBSR requires the Bankruptcy Court's protection and the protection of the bankruptcy laws to make fair and equitable payment of the claims against it, including the survivors of abuse, trade creditors, the Parishes and others.

37. The RCBSR's goals in seeking chapter 11 relief are twofold: to protect and preserve the RCBSR's assets that are properly available for distribution to the RCBSR's creditors and ensure that whatever assets can be marshaled be distributed equitably to all creditors, not just a few; and to continue the work of the Church within the Diocese to the fullest extent possible using the resources dedicated to those purposes.

38. The RCBSR intends to negotiate a plan of reorganization as early as possible which will: (a) allocate the RCBSR's remaining assets fairly among the legitimate competing interests for such property; (b) provide a process to fully, fairly and expeditiously liquidate claims of Abuse survivors; and (c) permit the RCBSR to carry on the RCBSR's essential ministries and services so

-11-

the RCBSR can continue to meet the needs of the Non-Debtor Catholic Entities, parishioners, and others who rely on the RCBSR's ministry, education, and charitable outreach.

39. An expeditious reorganization process is extremely important given the Debtor's limited resources and because it is a not-for-profit religious corporation. The Diocese is dependent upon the charity of its faithful to sustain its very existence. This bankruptcy may cast a shadow upon the RCBSR, the Parishes, and the various Non-Debtor Catholic Entities and their numerous ministries. Some faithful may believe that, going forward, their charitable gifts to any Catholic entity will be diverted from their intended purpose and used to satisfy the claims of the Debtor's creditors rather than to fund the ongoing ministries of the Church that benefit the faithful and their community. The Debtor in Possession will use its best efforts to dispel this misconception by communicating openly and often about the chapter 11 process. However, I respectfully submit that the best way to alleviate any of these concerns is to address the insurmountable abuse claims in the bankruptcy forum and emerge from bankruptcy as soon as reasonably possible.

I declare under penalty of perjury that the foregoing it true and correct. Executed on March 13, 2023, at Santa Rosa, California.

*/s/ Deacon Joe Oberting*
Deacon Joe Oberting