PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

The following constitutes the order of the Court.
Signed: March 13, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,

Debtor In Possession.

CASE NO. 23-10113

[NO HEARING REQUIRED]

**ORDER AUTHORIZING OMNIBUS NOTICE FOR CERTAIN
FIRST DAY PLEADINGS AND SHORTENING TIME FOR NOTICE
AND HEARING OF FIRST-DAY MOTIONS**

An application for Order modifying B.L.R. 9013-1(b) to allow the filing of Omnibus First-Day Notice and for shortened time for the notice and hearing of the First-Day Motions[1] has been made (the "Application"). Based upon the Application, the declaration of Deacon Joe Oberting in support of the Chapter 11 Petition and First Day Motions and the separate declarations of Deacon Joe Oberting filed with each First Day Motion, and for good cause showing:

IT IS HEREBY ORDERED that:

1. Relief from B.L.R. 9013-1(b) is granted to allow Debtor in Possession to file (a) an Omnibus Notice of Hearings for all the First-Day Motions for the following first-day motions:

    a. Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits, and for Related Relief;

---
[1] Capitalized terms not defined herein shall have the meaning as defined by the Application.

b.  Motion for Order Determining Adequate Assurance of Payment For Postpetition Utility Services Under 11 U.S.C. § 366;

c.  Motion for Order Authorizing Continued Use of Existing (1) Cash Management System, Operational Bank Accounts, Related Investment Accounts; (2) To Excuse Compliance with Section 345(b); and (3) Authority to Continue Current Investment Policy;

d.  Motion for Order Establishing Notice Procedures and to File Confidential Information Under Seal; and

e.  Motion to Approve Retention of Donlin, Recano & Company, Inc. as Claims and Noticing Agent (collectively the "First-Day Motions").

2. The hearing on the First-Day Motions shall be conducted at 1:00 p.m. on March 16, 2023, and shall be held in person and by Zoom (the "First-Day Hearings").

3. By March 14, 2023, the Debtor in Possession shall file all First-Day Motion moving documents.

4. By March 14, 2023, by email, facsimile, or overnight delivery, the Debtor in Possession shall serve all moving documents respecting the First-Day Motions on the 20 largest unsecured creditors, the secured creditors, if any, the Office of the United States Trustee, the Internal Revenue Service, corresponding state agencies, as well as other governmental agencies, to the extent required by the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Northern District of California, and those persons who have formally appeared and requested service in this case pursuant to Bankruptcy Rule 2002.

*** END OF ORDER***