Robert M. Charles, Jr.
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
Tel:   520.629.4427
Fax:  520.622.3088

Attorneys for Parishes of the Roman Catholic Diocese of Santa Rosa

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>          Debtor. | Case No. 23-10113 CN<br><br>Chapter 11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

      I, Robert M. Charles, Jr., an active member in good standing of the bar of Arizona, hereby respectfully applies for admission to practice pro hac vice in the Northern District of California representing the Parishes of the Roman Catholic Diocese of Santa Rosa in the above-entitled action. My local co-counsel in this case is Patrick Emerson McCormick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 307298.

| One South Church Avenue, Suite 2000 | 203 Redwood Shores Parkway, Suite 670 |
|---|---|
| Tucson, AZ 85701-1611 | Redwood City, CA 94065 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| | |
| 520.629.4427 | 520.629.4455 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| | |
| RCharles@lewisroca.com | PMcCormick@lewisroca.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my Arizona bar number is 007359 and my Nevada bar number is 006593.

120487163.1

NOTICE OF APPEARANCE 23-10113 CN

203 Redwood Shores Parkway, Suite 670
Redwood City, CA 94065
LEWIS ROCA

A true and correct copy of a certificate of good standing from the United States District Court, District of Arizona is attached to this application. A certificate of good standing has been ordered from the State Bar of Arizona.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application. I was granted pro hac vice admission in the United States District Court, Northern District of California, San Jose Division 1 time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for Attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2023

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Robert M. Charles, Jr.*
Robert M. Charles, Jr.
*Applicant*

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that Robert M. Charles was duly admitted to practice in this Court on November 5, 1982, and is in good standing as a member of the Bar of this Court.

Dated at Tucson, Arizona, on June 22, 2022

| Debra D. Lucas | Marizela Espinoza |
|---|---|
| District Court Executive/Clerk of Court | DEPUTY CLERK |