PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | CASE NO. 23-10113 |
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, | Chapter 11 |
| Debtor-In-Possession | **CERTIFICATE OF SERVICE** |

I, Edward A. Calderon, declare:

I am a citizen of the United States and am employed in the County of Kings. I am over the age of 18 years and not a party to the within-entitled action. My business address is 6201 15th Avenue, Brooklyn, N.Y. 11219.

**I.**     **CORE/2002 Service List**

On the 13th day of March, 2023, I caused to be served the following document(s):

- **Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Excusing Compliance with Section 345(b); and (3) Authorizing Continued Use of Current Investment Policy (Docket No. 5);**

Case: 23-10113   Doc# 20   Filed: 03/15/23   Entered: 03/15/23 08:37:28   Page 1 of 22

- **Declaration of Deacon Joe Oberting in Support of Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Excusing Compliance with Section 345(b); and (3) Authorizing Continued Use of Current Investment Policy (Docket No. 5-1);**

- **Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks (Docket No. 6);**

- **Declaration of Deacon Joe Oberting in Support of Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks (Docket No. 6-1);**

- **Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing (Docket No. 7);**

- **Declaration of Deacon Joe Oberting in Support of Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, and (3) Establishing Procedures for Determining Adequate Assurance of Payment (4) Scheduling a Final Hearing (Docket No. 7-1);**

- **Debtor's Motion to Establish Notice Procedures and to File Confidential Information Under Seal (Docket No. 8);**

- **Declaration of Deacon Joe Oberting in Support of Debtor's Motion to Establish Notice Procedures and to File Confidential Information Under Seal (Docket No. 8-1);**

- **Debtor's Application for Entry of an Order (I) Authorizing and Approving the Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief (Docket No. 9);**

- **Declaration of Nellwyn Voorhies in Support of Debtor's Application for Entry of an Order (I) Authorizing and Approving the Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief (Docket No. 9-1);**

- **Application for Order for Relief from B.L.R. 9013-1 to Allow Omnibus Pleadings Respecting First-Day Motions and for Order Shortening Time for Hearing on First-Day Motions (Docket No. 11);**

- **Declaration of Adrienne Moran in Support of Chapter 11 Petition and First Day Motions (Docket No. 12);**

- **Declaration of Deacon Joe Oberting in Support of Chapter 11 Petition and First Day Motions (Docket No. 13); and**

- **Omnibus Notice of Hearing on Debtor in Possession's Motions (Docket No. 14),**

on each party listed below in the following manner:

[X]   **by e-mail transmission upon the parties as set forth on <u>Exhibit 1</u>, attached hereto,**

[X]   **by Federal Express Priority Overnight Delivery upon the parties as set forth on <u>Exhibit 2</u>, attached hereto,**

**and**

[X]   **by USPS Express Mail Overnight upon the parties as set forth on <u>Exhibit 3</u>, attached hereto.**

II.   <u>**Cash Management Banks**</u>

On the 13th day of March, 2023, I caused to be served the following document(s):

- **Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Excusing Compliance with Section 345(b); and (3) Authorizing Continued Use of Current Investment Policy (Docket No. 5);**

- **Declaration of Deacon Joe Oberting in Support of Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts and Related Investment Accounts; (2) Excusing Compliance with Section 345(b); and (3) Authorizing Continued Use of Current Investment Policy (Docket No. 5-1);**

- **Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks (Docket No. 6);**

- **Declaration of Deacon Joe Oberting in Support of Motion for Order (1) Authorizing Payment of Prepetition Wages, Salaries, and Employee Expenses; (2) to Pay Accrued Employee Benefits and Taxes; and (3) Directing Banks to Honor Payroll and Expense Checks (Docket No. 6-1);**

- **Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing (Docket No. 7);**

- **Declaration of Deacon Joe Oberting in Support of Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, and (3) Establishing Procedures for Determining Adequate Assurance of Payment (4) Scheduling a Final Hearing (Docket No. 7-1);**

- **Application for Order for Relief from B.L.R. 9013-1 to Allow Omnibus Pleadings Respecting First-Day Motions and for Order Shortening Time for Hearing on First-Day Motions (Docket No. 11);**

- **Declaration of Adrienne Moran in Support of Chapter 11 Petition and First Day Motions (Docket No. 12);**

- **Declaration of Deacon Joe Oberting in Support of Chapter 11 Petition and First Day Motions (Docket No. 13); and**

- **Omnibus Notice of Hearing on Debtor in Possession's Motions (Docket No. 14),**

on each party listed below in the following manner:

**[X]**     **by e-mail transmission upon the parties as set forth on <u>Exhibit 4</u>, attached hereto,**

**[X]**     **by Federal Express Priority Overnight Delivery upon the parties as set forth on <u>Exhibit 5</u>, attached hereto,**

**and**

**[X]**     **by USPS Express Mail Overnight upon the parties as set forth on <u>Exhibit 6</u>, attached hereto.**

### III. Utility Parties

On the 13th day of March, 2023, I caused to be served the following document(s):

- **Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, (3) Establishing Procedures for Determining Adequate Assurance of Payment, and (4) Scheduling a Final Hearing (Docket No. 7);**

- **Declaration of Deacon Joe Oberting in Support of Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, and (3) Establishing Procedures for Determining Adequate Assurance of Payment (4) Scheduling a Final Hearing (Docket No. 7-1);**

- **Application for Order for Relief from B.L.R. 9013-1 to Allow Omnibus Pleadings Respecting First-Day Motions and for Order Shortening Time for Hearing on First-Day Motions (Docket No. 11);**

- **Declaration of Adrienne Moran in Support of Chapter 11 Petition and First Day Motions (Docket No. 12);**

- **Declaration of Deacon Joe Oberting in Support of Chapter 11 Petition and First Day Motions (Docket No. 13); and**

- **Omnibus Notice of Hearing on Debtor in Possession's Motions (Docket No. 14),**

on each party listed below in the following manner:

[X]   **by Federal Express Priority Overnight Delivery upon the parties as set forth on Exhibit 7, attached hereto,**

**and**

[X]   **by USPS Express Mail Overnight upon the parties as set forth on Exhibit 8, attached hereto.**

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct, and that this declaration was executed on March 14, 2023, Brooklyn, New York.

/s/ *Edward A. Calderon*
Edward A. Calderon

# EXHIBIT 1

000023P001-1504S-001
ARCHDIOCESE OF SAN FRANCISCO
C/O WEINTRAUB TOBIN CHEDIAK COLEMAN ET AL
PAUL GASPARI ESQ
475 SANSOME ST
STE 510
SAN FRANCISCO CA 94111
PGASPARI@WEINTRAUB.COM

000024P001-1504S-001
ARCHDIOCESE OF SAN FRANCISCO
PAULA CARNEY
1 PETER YORKE WAY
SAN FRANCISCO CA 94109
CARNEYP@SFARCH.ORG

000030P001-1504S-001
DENVER BOOKBINDING CO INC
1401 W 47TH AVE
DENVER CO 80211
DBBC@DENVERBOOK.COM

000047P001-1504S-001
EMBOLDEN LAW PC
DOUGLAS B PROVENCHER
823 SONOMA AVENUE
SANTA ROSA CA 95404-4714
DBP@PROVLAW.COM

000025P001-1504S-001
HEALDSBURG PRINTING
JOE VETTER
30 MILL ST
HEALDSBURG CA 94558
JOEV_HEADSBURGPRINTING@OUTLOOK.COM

000039P001-1504S-001
JOHN DOE 129
C/O JOSEPH GEORGE JR LAW CORP
JOSEPH GEORGE JR ESQ
601 UNIVERSITY AVE
STE 270
SACRAMENTO CA 95825
JGEORGEJR@PSYCLAW.COM

000040P001-1504S-001
JOHN DOE 130
C/O JOSEPH GEORGE JR LAW CORP
JOSEPH GEORGE JR ESQ
601 UNIVERSITY AVE
STE 270
SACRAMENTO CA 95825
JGEORGEJR@PSYCLAW.COM

000037P001-1504S-001
JOHN DOE SR 1136
C/O JEFF ANDERSON AND ASSOCIATES
J MICHAEL RECK ESQ
12011 SAN VICENTE BLVD
STE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

000038P001-1504S-001
JOHN DOE SR 1536
C/O JEFF ANDERSON AND ASSOCIATES
J MICHAEL RECK ESQ
12011 SAN VICENTE BLVD
STE 700
LOS ANGELES CA 90049
MRECK@ANDERSONADVOCATES.COM

000043P001-1504S-001
JOHN DOE SR 99
C/O MARY ALEXANDER AND ASSOC PC
MARY ALEXANDER ESQ
44 MONTGOMERY ST
STE 1303
SAN FRANCISCO CA 94104
MALEXANDER@MARYALEXANDERLAW.COM

000041P001-1504S-001
JOHN ROE SR 424
C/O THE ZALKIN LAW FIRM PC
IRWIN ZALKIN ESQ
10590 W OCEAN AIR DR
STE 125
SAN DIEGO CA 92130
IRWIN@ZALKIN.COM

000042P001-1504S-001
JOHN ROE SR 477
C/O THE ZALKIN LAW FIRM PC
IRWIN ZALKIN ESQ
10590 W OCEAN AIR DR
STE 125
SAN DIEGO CA 92130
IRWIN@ZALKIN.COM

000027P001-1504S-001
MINUTEMAN PRESS
112 COMMERCIAL CT #4
SANTA ROSA CA 95407
SANTAROSA@MINUTEMANPRESS.COM

000026P001-1504S-001
NICOLAY CONSULTING GROUP
ANTHONY NICOLAY
231 SANSOME ST
STE 300
SAN FRANCISCO CA 94104
ANICOLAY@NICOLAYCONSULTING.COM

000044P001-1504S-001
OFFICE OF THE UNITED STATES TRUSTEE
JASON BLUMBERG
501 I STREET, STE 7-500
SACRAMENTO CA 95814
JASON.BLUMBERG@USDOJ.GOV

000045P001-1504S-001
OFFICE OF THE UNITED STATES TRUSTEE
TREVOR R FEHR
501 I STREET, SUITE 7-500
SACRAMENTO CA 95814
TREVOR.FEHR@USDOJ.GOV

000046P001-1504S-001
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J SHINE
280 SOUTH FIRST ST.,RM 268
SAN JOSE CA 95113
PHILLIP.SHINE@USDOJ.GOV

000035P001-1504S-001
TOGETHER AND ASAMBLEA
3852 E FIRST ST
LOS ANGELES CA 90063
TOGETHER@SSPUSA.ORG

Records Printed :  **18**

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000031P001-1504S-001<br>AMERICAN BIBLE SOCIETY<br>101 N INDEPENDENCE MALL E<br>FL 8<br>PHILADELPHIA PA 19106-2155 | 000023P001-1504S-001<br>ARCHDIOCESE OF SAN FRANCISCO<br>C/O WEINTRAUB TOBIN CHEDIAK COLEMAN ET AL<br>PAUL GASPARI ESQ<br>475 SANSOME ST<br>STE 510<br>SAN FRANCISCO CA 94111 | 000024P001-1504S-001<br>ARCHDIOCESE OF SAN FRANCISCO<br>PAULA CARNEY<br>1 PETER YORKE WAY<br>SAN FRANCISCO CA 94109 | 000028P001-1504S-001<br>AUTOM<br>5226 S31ST PL<br>PHOENIX AZ 85040 |
| 000003P001-1504S-001<br>COMMODITY FUTURES TRADING COMMISSION<br>THREE LAFAYETTE CTR<br>1155 21ST ST NW<br>WASHINGTON DC 20581 | 000034P001-1504S-001<br>COTTER CHURCH SUPPLIES<br>1701 JAMES M WOOD BLVD<br>LOS ANGELES CA 90015-1001 | 000036P001-1504S-001<br>DENNIS PURIFICACION<br>130 KENNISON CT<br>VALLEJO CA 94589 | 000030P001-1504S-001<br>DENVER BOOKBINDING CO INC<br>1401 W 47TH AVE<br>DENVER CO 80211 |
| 000004P001-1504S-001<br>DEPT OF HOUSING AND URBAN DEVELOPMENT<br>OFFICE OF REGIONAL COUNSEL<br>ONE SANSOME ST<br>STE 1200<br>SAN FRANCISCO CA 94104 | 000047P001-1504S-001<br>EMBOLDEN LAW PC<br>DOUGLAS B PROVENCHER<br>823 SONOMA AVENUE<br>SANTA ROSA CA 95404-4714 | 000025P001-1504S-001<br>HEALDSBURG PRINTING<br>JOE VETTER<br>30 MILL ST<br>HEALDSBURG CA 94558 | 000039P001-1504S-001<br>JOHN DOE 129<br>C/O JOSEPH GEORGE JR LAW CORP<br>JOSEPH GEORGE JR ESQ<br>601 UNIVERSITY AVE<br>STE 270<br>SACRAMENTO CA 95825 |
| 000040P001-1504S-001<br>JOHN DOE 130<br>C/O JOSEPH GEORGE JR LAW CORP<br>JOSEPH GEORGE JR ESQ<br>601 UNIVERSITY AVE<br>STE 270<br>SACRAMENTO CA 95825 | 000037P001-1504S-001<br>JOHN DOE SR 1136<br>C/O JEFF ANDERSON AND ASSOCIATES<br>J MICHAEL RECK ESQ<br>12011 SAN VICENTE BLVD<br>STE 700<br>LOS ANGELES CA 90049 | 000038P001-1504S-001<br>JOHN DOE SR 1536<br>C/O JEFF ANDERSON AND ASSOCIATES<br>J MICHAEL RECK ESQ<br>12011 SAN VICENTE BLVD<br>STE 700<br>LOS ANGELES CA 90049 | 000043P001-1504S-001<br>JOHN DOE SR 99<br>C/O MARY ALEXANDER AND ASSOC PC<br>MARY ALEXANDER ESQ<br>44 MONTGOMERY ST<br>STE 1303<br>SAN FRANCISCO CA 94104 |
| 000041P001-1504S-001<br>JOHN ROE SR 424<br>C/O THE ZALKIN LAW FIRM PC<br>IRWIN ZALKIN ESQ<br>10590 W OCEAN AIR DR<br>STE 125<br>SAN DIEGO CA 92130 | 000042P001-1504S-001<br>JOHN ROE SR 477<br>C/O THE ZALKIN LAW FIRM PC<br>IRWIN ZALKIN ESQ<br>10590 W OCEAN AIR DR<br>STE 125<br>SAN DIEGO CA 92130 | 000007P001-1504S-001<br>LABOR COMMISSIONER<br>STATE OF CALIFORNIA<br>1515 CLAY ST<br>RM 801<br>OAKLAND CA 94612 | 000008P001-1504S-001<br>LEWIS MALDONADO US EPA<br>REGION 9 BANKRUPTCY CONTACT<br>OFFICE OF REGIONAL COUNSEL ORC-3<br>75 HAWTHRONE ST<br>SAN FRANCISCO CA 94105 |
| 000027P001-1504S-001<br>MINUTEMAN PRESS<br>112 COMMERCIAL CT #4<br>SANTA ROSA CA 95407 | 000026P001-1504S-001<br>NICOLAY CONSULTING GROUP<br>ANTHONY NICOLAY<br>231 SANSOME ST<br>STE 300<br>SAN FRANCISCO CA 94104 | 000044P001-1504S-001<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JASON BLUMBERG<br>501 I STREET, STE 7-500<br>SACRAMENTO CA 95814 | 000045P001-1504S-001<br>OFFICE OF THE UNITED STATES TRUSTEE<br>TREVOR R FEHR<br>501 I STREET, SUITE 7-500<br>SACRAMENTO CA 95814 |
| 000046P001-1504S-001<br>OFFICE OF THE UNITED STATES TRUSTEE<br>PHILLIP J SHINE<br>280 SOUTH FIRST ST.,RM 268<br>SAN JOSE CA 95113 | 000016P001-1504S-001<br>OFFICE OF THE UNTIED STATES TRUSTEE<br>450 GOLDEN GATE AVE<br>5TH FL - STE #05-0153<br>SAN FRANCISCO CA 94102 | 000009P001-1504S-001<br>PUBLIC HEALTH SVC<br>US DEPT OF HEALTH AND HUMAN SVC<br>RM 4A53 PARKLAWN BLDG<br>5600 FISHERS LN<br>ROCKVILLE MD 20857 | 000010P001-1504S-001<br>SECRETARY OF STATE<br>STATE OF CALIFORNIA<br>1500 11TH ST<br>SACRAMENTO CA 95814 |

000011P001-1504S-001
SECRETARY OF TREASURY
1500 PENNSYLVANIA AVE
WASHINGTON DC 20220

000012P001-1504S-001
SOCIAL SECURITY ADMINISTRATION
OFFICE OF GENERAL COUNSEL - BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE MD 21235

000018P001-1504S-001
STATE OF CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I STREET
SUITE 1740
SACRAMENTO CA 95814

000035P001-1504S-001
TOGETHER AND ASAMBLEA
3852 E FIRST ST
LOS ANGELES CA 90063

000017P001-1504S-001
UNITED STATES ATTORNEY
CIVIL DIVISION
450 GOLDEN DATE AVENUE
SAN FRANCISCO CA 94102-3400

000013P001-1504S-001
UNITED STATES DEPT OF VETERANS AFFAIRS
REGIONAL OFFICE
1301 CLAY ST
RM 1400N
OAKLAND CA 94612-5209

000014P001-1504S-001
US DEPT OF HEALTH AND HUMAN SVC
OFFICE OF GEN COUNSEL
200 INDEPENDENCE SW
WASHINGTON DC 20201

000015P001-1504S-001
US SECURITIES AND EXCHANGE COMMISSION
BANKRUPTCY COUNSEL
444 SOUTH FLOWER ST
STE 900
LOS ANGELES CA 90071-9591

Records Printed :   **36**

# EXHIBIT 3

| 000033P001-1504S-001 | 000001P001-1504S-001 | 000002P001-1504S-001 | 000005P001-1504S-001 |
|---|---|---|---|
| AT AND T TELECONFERENCE SVC | CALIFORNIA DEPT OF TAX AND FEE ADMIN | CALIFORNIA FRANCHISE TAX BOARD | EMPLOYMENT DEVELOPMENT DEPT |
| PO BOX 5002 | ACCOUNT INFORMATION GROUP MIC 29 | BANKRUPTCY SECTION MS A-340 | BANKRUPTCY UNIT MIC 92E |
| CAROL STREAM IL 60197 | PO BOX 942879 | PO BOX 2952 | PO BOX 826880 |
| | SACRAMENTO CA 94279 | SACRAMENTO CA 95812 | SACRAMENTO CA 94280 |

| 000032P001-1504S-001 | 000006P001-1504S-001 | 000029P001-1504S-001 | |
|---|---|---|---|
| FEDERAL EXPRESS | INTERNAL REVENUE SVC | PACIFIC GAS AND ELECTRIC | |
| PO BOX 7221 | PO BOX 7346 | PO BOX 997300 | |
| PASADENA CA 91109 | PHILADELPHIA PA 19101 | SACRAMENTO CA 95899 | |

Records Printed :  **7**

# EXHIBIT 4

000444P001-1504A-001A
SUMMIT STATE BANK
MARJORIE PETERSON VP BRANCH MANAGER
500 BICENTENNIAL WAY
SANTA ROSA CA 95403
MPETERSON@SUMMITSTATEBANK.COM

000442P001-1504A-001A
THE PNC FINANCIAL SVC GROUP, INC
NEIL MIKUS
VICE PRESIDENT INSTITUTIONAL TRUST OFFICER
116 ALLEGHENY CTR
P8-YB35-02-Z
PITTSBURGH PA 15222
NEIL.MIKUS1@PNC.COM

000449P001-1504A-001A
WELLS FARGO BANK NA
DANIELLE CARLSON ASSISTANT VICE PRESIDENT
1700 LINCOLN ST
7TH FL
DENVER CO 80203
DANIELLECARLSON@WELLSFARGO.COM

000450P001-1504A-001A
WELLS FARGO BANK NA
STEPHEN A HANSEN VICE PRESIDENT
299 S MAIN ST
8TH FL
SALT LAKE CITY UT 84111
STEPHEN.A.HANSEN@WELLSFARGO.COM

Records Printed : **4**

# EXHIBIT 5

# The Roman Catholic Bishop of Santa Rosa
## Federal Express
## Exhibit Page

| | | | |
|---|---|---|---|
| 000436P001-1504A-001A<br>BNY MELLON<br>240 GREENWICH ST<br>NEW YORK NY 10286 | 000437P001-1504A-001A<br>MERRIL LYNCH<br>555 CAPITOL MALL<br>STE 1400<br>SACRAMENTO CA 95814 | 000438P001-1504A-001A<br>MERRIL LYNCH<br>TWO WORLD FINANCIAL CTR<br>250 VESEY ST NORTH TOWER<br>NEW YORK NY 10080 | 000439P001-1504A-001A<br>MISSION DIOCESE FUND, LLC<br>150 SOUTH WACKER DR<br>STE 2000<br>CHICAGO IL 60606 |
| 000443P001-1504A-001A<br>SUMMIT STATE BANK<br>500 BICENTENNIAL WAY<br>SANTA ROSA CA 95403 | 000444P001-1504A-001A<br>SUMMIT STATE BANK<br>MARJORIE PETERSON VP BRANCH MANAGER<br>500 BICENTENNIAL WAY<br>SANTA ROSA CA 95403 | 000441P001-1504A-001A<br>THE PNC FINANCIAL SVC GROUP, INC<br>PNC BANK NA  LEGAL DEPT<br>PNC TOWER (18TH FLOOR)<br>300 FIFTH AVE MS PT-PTWR-18-1<br>PITTSBURGH PA 15222 | 000442P001-1504A-001A<br>THE PNC FINANCIAL SVC GROUP, INC<br>NEIL MIKUS<br>VICE PRESIDENT INSTITUTIONAL TRUST OFFICER<br>116 ALLEGHENY CTR<br>P8-YB35-02-Z<br>PITTSBURGH PA 15222 |
| 000446P001-1504A-001A<br>US BANK<br>INSTITUTE AND TRUST<br>800 NICOLLET MALL<br>MINNEAPOLIS MN 55402 | 000448P001-1504A-001A<br>WELLS FARGO BANK NA<br>420 MONTGOMERY ST<br>SAN FRANCISCO CA 94104 | 000449P001-1504A-001A<br>WELLS FARGO BANK NA<br>DANIELLE CARLSON ASSISTANT VICE PRESIDENT<br>1700 LINCOLN ST<br>7TH FL<br>DENVER CO 80203 | 000450P001-1504A-001A<br>WELLS FARGO BANK NA<br>STEPHEN A HANSEN VICE PRESIDENT<br>299 S MAIN ST<br>8TH FL<br>SALT LAKE CITY UT 84111 |
| 000451P001-1504A-001A<br>WEST AMERICA BANK<br>111 SANTA ROSA AVE<br>SANTA ROSA CA 95404 | | | |

Records Printed :   **13**

# EXHIBIT 6

000435P001-1504A-001A
BNY MELLON
CASH SUPPORT GROUP
PO BOX 36150
PITTSBURGH PA 15250

000440P001-1504A-001A
PNC FINANCIAL SVC GROUP
PO BOX 645861
PITTSBURGH PA 15264

000445P001-1504A-001A
US BANK INSTITUTE AND TRUST
DSR SERP 5400 CONTRIBUT
PO BOX 511649
LOS ANGELES CA 90051-

000447P001-1504A-001A
WELLS FARGO BANK NA
NW 7091
PO BOX 1450
MINNEAPOLIS MN 55485-

000452P001-1504A-001A
WEST AMERICA BANK
GENERAL BANK CORRESPONDENCE
PO BOX 1200
SUISUN CITY CA 94585

Records Printed : **5**

# EXHIBIT 7

| | | | |
|---|---|---|---|
| 000798P002-1504A-001B<br>AT AND T MOBILITY<br>1025 LENOX PARK BLVD<br>ATLANTA GA 30319 | 000798S002-1504A-001B<br>AT AND T MOBILITY<br>GLENRIDGE HIGHLANDS 2<br>5565 GLENRIDGE CONNECTOR<br>ATLANTA GA 30342 | 000799P001-1504A-001B<br>AT AND T TELECONFERENCE SVC<br>208 S AKARD ST<br>DALLAS TX 75202 | 000800P001-1504A-001B<br>CITY OF SANTA ROSA<br>69 STONY CIR<br>SANTA ROSA CA 95401 |
| 000801P001-1504A-001B<br>COMCAST<br>COMCAST CENTER 1701 JFK BLVD<br>PHILADELPHIA PA 19103 | 000802P001-1504A-001B<br>COMCAST BUSINESS<br>COMCAST CENTER 1701 JFK BLVD<br>PHILADELPHIA PA 19103 | 000803P001-1504A-001B<br>MITEL<br>490 DE GUIGNE DR<br>SUNNYVALE CA 94085-3903 | 000804P001-1504A-001B<br>PENNGROVE WATER<br>4982 SONOMA HWY<br>SANTA ROSA CA 95409-4247 |
| 000805P001-1504A-001B<br>PG AND E<br>77 BEALE ST<br>SAN FRANCISCO CA 94177 | 000806P001-1504A-001B<br>RECOLOGY<br>50 CALIFORNIA ST FL 24<br>SAN FRANCISCO CA 94111 | 000278P001-1504A-001B<br>SONICNET INC<br>2260 APOLLO WAY<br>SANTA ROSA CA 95407 | 000807P001-1504A-001B<br>TPX COMMUNICATIONS<br>303 COLORADO ST<br>STE 2075<br>AUSTIN TX 78701 |

Records Printed :  **12**

**EXHIBIT 8**

000798S001-1504A-001B
AT AND T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197

000799S001-1504A-001B
AT AND T TELECONFERENCE SVC
PO BOX 5002
CAROL STREAM IL 60197

000800S001-1504A-001B
CITY OF SANTA ROSA
PO BOX 1658
SANTA ROSA CA 95402

000801S001-1504A-001B
COMCAST
PO BOX 60533
CITY OF INDUSTRY CA 91716

000802S001-1504A-001B
COMCAST BUSINESS
PO BOX 37601
PHILADELPHIA PA 19101

000803S001-1504A-001B
MITEL
PO BOX 53230
PHOENIX AZ 85072

000805S001-1504A-001B
PG AND E
PO BOX 997300
SACRAMENTO CA 95899

000806S001-1504A-001B
RECOLOGY
PO BOX 51219
LOS ANGELES CA 90051

000807S001-1504A-001B
TPX COMMUNICATIONS
PO BOX 509013
SAN DIEGO CA 92150

Records Printed :   **9**