PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: <br><br> THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, <br><br> Debtor In Possession. | CASE NO. 23-10113 <br><br> Chapter 11 <br><br> Date: March 16, 2023 <br> Time: 1:00 p.m. <br> Location: 1300 Clay Street, Ctrm 215 <br> Oakland, CA <br> [In person or via Zoom] <br> Judge: Hon. Charles Novack <br><br> Order Shortening Time |

**NOTICE OF PROPOSED AGENDA FOR MARCH 16, 2023 OMNIBUS HEARING ON DEBTOR IN POSSESSION'S FIRST DAY MOTIONS**

**I.  <u>MATTERS SCHEDULED TO BE HEARD</u>:**

1.  **Cash Management Motion:** Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts, and Related Investment Account, (2) Excusing Compliance with Section 345(b), and (3) Authorizing Continued Use of Current Investment Policy **(Dkt. No. 5).**

///

///

Response Deadline: At the hearing.

Responses: Comments from U.S. Trustee expected.

Related Documents:
a. Declaration of Deacon Joe Oberting in support of Motion for Order (1) Authorizing Continued Use of Existing Cash Management System, Operational Bank Accounts, and Related Investment Account, (2) Excusing Compliance with Section 345(b), and (3) Authorizing Continued Use of Current Investment Policy **(Dkt. No. 5-1)**
b. Declaration of Adrienne Moran in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 12)**
c. Declaration of Deacon Joe Oberting in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 13)**
d. Proof of Service **(Dkt. No 20)**

Status: Subject to discussion at the hearing, Debtor in Possession requests that the motion be granted.

2. **Payroll Motion**: Motion for Order Authorizing Payment of Prepetition Wages, Salaries and Employee Expenses, to Pay Accrued Employee Benefits and Taxes, and Directing Banks to Honor Payroll and Expense Checks **(Dkt. No. 6).**

Response Deadline: At the hearing.

Responses: Comments from U.S. Trustee expected.

Related Documents:
a. Declaration of Deacon Joe Oberting in support of Motion for Order Authorizing Payment of Prepetition Wages, Salaries and Employee Expenses, to Pay Accrued Employee Benefits and Taxes, and Directing Banks to Honor Payroll and Expense Checks **(Dkt. No. 6-1)**
b. Declaration of Adrienne Moran in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 12)**
c. Declaration of Deacon Joe Oberting in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 13)**
d. Proof of Service **(Dkt. No 20)**

Status: Subject to discussion at the hearing, Debtor In Possession requests that the motion be granted.

3. **Utility Motion**: Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, and (3) Establishing Procedures for Determining Adequate Assurance of Payment **(Dkt. No. 7).**

Response Deadline: At the hearing.

Responses: U.S. Trustee has provided comments.

Related Documents:
  a. Declaration of Deacon Joe Oberting in support of Debtor's Motion for Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (2) Determining Adequate Assurance of Payment for Postpetition Utility Services Under 11 U.S.C. § 366, and (3) Establishing Procedures for Determining Adequate Assurance of Payment **(Dkt. No. 7-1)**
  b. Declaration of Adrienne Moran in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 12)**
  c. Declaration of Deacon Joe Oberting in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 13)**
  d. Proof of Service **(Dkt. No 20)**

Status: Subject to discussion at the hearing, Debtor In Possession requests that the motion be granted.

4. **Limit Notice Motion**: Motion for Order Establishing Notice Procedures and to File Confidential Information under Seal **(Dkt. No. 8).**

Response Deadline: At the hearing.

Responses: Comments from U.S. Trustee expected.

Related Documents:
  a. Declaration of Deacon Joe Oberting in support of Debtor's Motion for Order Establishing Notice Procedures and to File Confidential Information under Seal **(Dkt. No. 8-1)**
  b. Declaration of Adrienne Moran in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 12)**
  c. Declaration of Deacon Joe Oberting in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 13)**
  d. Proof of Service **(Dkt. No 20)**

Status: Subject to discussion at the hearing, Debtor in Possession requests that the motion be granted.

5. **Claims & Noticing Agent Motion:** Application for Entry of an Order (I) Authorizing and Approving the Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief **(Dkt. No. 9).**

Response Deadline: At the hearing.

Responses: U.S. Trustee has provided comments.

Related Documents:
  a. Declaration of Nellwyn Voorhies in support of Debtor's Application for Entry of an Order (I) Authorizing and Approving the Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent, and (II) Granting Related Relief **(Dkt. No. 9-1)**

    b.  Declaration of Adrienne Moran in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 12)**
    c.  Declaration of Deacon Joe Oberting in support of Chapter 11 Petition and First Day Motions **(Dkt. No. 13)**
    d.  Proof of Service **(Dkt. No 20)**

<u>Status</u>: Subject to discussion at the hearing, Debtor in Possession requests that the motion be granted.

## II.   RESOLVED AND CONTINUED MATTERS:

None.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov (PACER password required), (ii) by contacting the Office of the clerk of the Court at 1300 Clay Street, Ctrm 215, Oakland, CA 95612, or (iii) from the website maintained by the Debtor in Possession's proposed Noticing Agent, Donlin Recano & Co., at https://www.donlinrecano.com/rcbsr.

Dated: March 15, 2023

            FELDERSTEIN FITZGERALD
            WILLOUGHBY PASCUZZI & RIOS LLP


            By: */s/ Paul J. Pascuzzi*
              PAUL J. PASCUZZI
              Proposed Attorneys for The Roman
              Catholic Bishop of Santa Rosa