UNITED STATES BANKRUPTCY COURT
Northern District of California Santa Rosa

| In re:<br>The Roman Catholic Bishop of Santa Rosa,<br>　　　　Debtor(s). | Case No.: 23-10113<br>Chapter: 11 |
|---|---|

# CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on March 16, 2023 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

U.S. Trustee's Omnibus Objection to Debtor's First Day Motions (ECF Nos. 5, 6 &amp; 8) and Reservation of Rights

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
March 16, 2023

*Tinamarie Feil*
Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**The Roman Catholic Bishop of Santa Rosa 23-10113**

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 7499 | Douglas B. Provencher , 823 Sonoma Avenue, Santa Rosa, CA, 95404-4714 | **First Class** |
| 7499 | Paul J. Pascuzzi , Felderstein Fitzgerald et al LLP, 500 Capitol Mall #2250, Sacramento, CA, 95814-4760 | **First Class** |
| 7499 | Robert M. Charles Jr., Lewis Roca, One South Church Avenue, Suite 2000, Tucson, AZ, 85701-1611 | **First Class** |
| 7499 | The Roman Catholic Bishop of Santa Rosa , P O Box 1297, Santa Rosa, CA, 95402-1297 | **First Class** |