Jeff D. Kahane (SBN 223329)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: JKahane@duanemorris.com

Attorneys for Creditors: Certain Underwriters at
Lloyd's, London and Certain London Market
Insurance Companies

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, AKA DIOCESE OF SANTA ROSA,<br><br>Debtor. | Case No.: 23-10113<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Jeff Kahane, declare that on March 17, 2023, I caused the below document to be served by means as indicated below:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**BY NEF:**

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SR
trevor.fehr@usdoj.gov

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Paul J. Pascuzzi on behalf of Debtor The Roman Catholic Bishop of Santa Rosa
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Douglas B. Provencher on behalf of Other Prof. Douglas B. Provencher
dbp@provlaw.com

Phillip John Shine on behalf the U.S. Trustee / SR
phillip.shine@usdoj.gov

**By U.S. MAIL:**

Robert M. Charles, Jr.
One South Church Avenue Suite 2000
Tucson, AZ 85701-1611

Dated: March 17, 2023                **DUANE MORRIS LLP**

*/s/ Jeff D. Kahane*
Jeff D. Kahane

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies*

2
CERTIFICATE OF SERVICE