PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

The following constitutes the order of the Court.
Signed: March 16, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor In Possession. | CASE NO. 23-10113<br><br>[NO HEARING REQUIRED] |

**ORDER DESIGNATING RESPONSIBLE INDIVIDUAL**

On consideration of the Debtor in Possession's application and good cause appearing, it is,

ORDERED that Bishop Robert F. Vasa, be and hereby is appointed as the responsible individual for the duties and obligation of the Debtor in Possession. His address and phone number are as follows:

>Bishop Robert F. Vasa
>985 Airway Court
>Santa Rosa, CA 95403
>Tele: (707) 566-3325

**\*\*END OF ORDER\*\***

Court Service List