

Entered on Docket
March 17, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert M. Charles, Jr.
RCharles@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
203 Redwood Shores Parkway
Suite 670
Redwood City, CA 94065
Tel: 520.629.4427
Fax: 520.622.3088

Attorneys for Parishes of the Roman Catholic Diocese of Santa Rosa

The following constitutes the order of the Court.
Signed: March 16, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor | Case No. 23-10113 CN<br><br>Chapter 11 |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert M. Charles, Jr., whose business address and telephone number are 203 Redwood Shores Parkway, Suite 670, Redwood City, CA 94065 and One South Church Avenue, Suite 2000, Tucson, Arizona 85701; (520) 629-4427 and who is an active member in good standing of the bars of Arizona and Nevada, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Parishes of the Roman Catholic Diocese of Santa Rosa,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***