PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

The following constitutes the order of the Court.
Signed: March 17, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Proposed Attorneys for
The Roman Catholic Bishop of Santa Rosa

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor In Possession. | CASE NO. 23-10113<br><br>Chapter 11<br><br>Date: March 16, 2023<br>Time: 1:00 p.m.<br>Location: 1300 Clay Street, Ctrm. 215<br>Oakland, CA<br>[In person or via Zoom]<br>Judge: Hon. Charles Novack |

**INTERIM ORDER GRANTING DEBTOR'S MOTION FOR ORDER
(1) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING
OR DISCONTINUING SERVICE, (2) DETERMINING ADEQUATE ASSURANCE
OF PAYMENT FOR POSTPETITION UTILITY SERVICES UNDER 11 U.S.C.
§ 366, AND (3) ESTABLISHING PROCEDURES FOR DETERMINING
ADEQUATE ASSURANCE OF PAYMENT (4) SCHEDULING A FINAL HEARING**

The motion of The Roman Catholic Bishop of Santa Rosa ("RCBSR" or "Debtor in Possession"), for an Order (1) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service; (2) Determining that the Debtor in Possession's Furnishing of Deposits to Utility Companies listed on Exhibit 1 (attached to the Motion) in an amount that represents fifty percent of the debtor's estimated average monthly usage over the past twelve months of such utility respectively constitutes adequate assurance of payment; (3) Establishing Procedures for Assurance

Requests by the Affected Utilities and for Determining Adequate Assurance of Payment; and (4) Scheduling a final hearing (the "Motion") came on for hearing on an interim basis on March 16, 2023, at 1:00 p.m., in Courtroom 215 of the United States Bankruptcy Court for the Northern District of California. The Debtor in Possession appeared through its counsel, Paul J. Pascuzzi. Other appearances were noted on the record. All capitalized terms used but not defined in this Order shall have the meanings given to them in the Motion.

The Court having considered the Motion, the Declaration of Joe Oberting regarding description of Debtor in Possession and Pre-Filing History filed on the Petition Date, the Declaration of Joe Oberting filed in support of this Motion, and the matters reflected in the record of the hearing, and the Court having found that it has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Motion has been given to the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors, and any applicable governmental entities; that no further notice is necessary; that the relief sought in the Motion is in the best interests of the Debtor in Possession, its estate, and its creditors; and that good and sufficient cause exists for such relief,

Accordingly, it is hereby ORDERED as follows:

1. The Motion (Docket No. 7) is GRANTED on an interim basis as provided herein.

2. Within five (5) business days of the Court's entry of this Order, the Debtor in Possession shall serve each Utility Company listed on <u>Exhibit 1</u> to this Order with a copy of this Order via first class mail, and the Debtor in Possession shall serve all persons requesting special notice herein, counsel for any statutory committee(s), if one has been appointed or, if not, on the 20 largest unsecured creditors for the Debtor in Possession as identified in the Debtor in Possession's petition, on the Office of the United States Trustee for the Northern District of California, and counsel for the secured creditors, pursuant to Federal Rules of Bankruptcy Procedure Rule 4001(b).

3. The Debtor in Possession is authorized, but not required, to timely remit payments for undisputed invoices for postpetition services by the Utility Companies in accordance with the Debtor in Possession's prepetition practices.

4.  Within ten (10) court days of the receipt by the Debtor in Possession or its bankruptcy counsel of a written request from a Utility Company for adequate assurance under the Bankruptcy Code, the Debtor in Possession will provide each Utility Company a cash deposit (the "Deposit") in an amount equal to fifty percent of the Debtor in Possession's estimated monthly cost of its utility consumption from each Utility Company. If a Utility Company provides the Debtor in Possession with services under multiple accounts, then the Debtor in Possession may provide that Utility Company with one deposit that equals fifty percent of the aggregate estimated monthly usage under all of the Debtor in Possession's accounts with that Utility Company.

5.  Except in accordance with the procedures set forth herein, and absent further order of the Court, each Utility Company is prohibited from (a) altering, refusing, or discontinuing utility services solely on the basis of the commencement of Debtor in Possession's case under the Bankruptcy Code or on account of any unpaid prepetition invoice for utility services, and (b) requiring the payment of any additional deposit or other security to the Utility Companies for the continued provision of utility services.

6.  If a Utility Company is not satisfied with the assurance of future payment provided by the Debtor in Possession, the Utility Company must serve upon counsel for the Debtor in Possession a written request for adequate assurance ("Assurance Request"), setting forth (i) the location and account number(s) for which utility services are provided; (ii) the outstanding balance on the account and a summary of the Debtor in Possession's payment history; (iii) the reasons why the Deposit does not constitute satisfactory adequate assurance of payment; and (iv) a proposal of what would constitute satisfactory adequate assurance of payment.

7.  The Assurance Request must be received by the Debtor in Possession's counsel, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, 500 Capitol Mall, Suite 2250, Sacramento, California 95814 (Attention: Paul J. Pascuzzi) within forty-five (45) calendar days of the date a Final Order granting the Motion is served upon the Utility Company making the Assurance Request.

8.  Without further order of the Court, the Debtor in Possession may enter into agreements granting additional adequate assurance to a Utility Company serving an Assurance

Request, if the Debtor in Possession, in its discretion, determines that the request is reasonable.

9. If the Debtor in Possession determines that an Assurance Request is unreasonable, then the Debtor in Possession shall, within twenty-one (21) days of receipt of such Assurance Request, file a motion ("Determination Motion") pursuant to 11 U.S.C. § 366(c)(3) seeking a determination from the Court that the Deposit, plus any additional consideration offered by Debtor in Possession, constitutes adequate assurance of payment and set the Determination Motion for hearing on shortened time. Pending notice and a hearing on the Determination Motion, the Utility Company that is the subject of the unresolved Assurance Request may not alter, refuse, or discontinue services to the Debtor in Possession or recover or setoff against a prepetition deposit.

10. Nothing set forth herein is intended to, nor shall it, modify or alter the burdens of proof in connection with a Determination Motion.

11. Based on the establishment of the Deposit, a Utility Company will be deemed to have adequate assurance of payment unless and until a future order of this Court is entered requiring further assurance of payment.

12. The deadline by which objections to the Motion must be filed is March 31, 2023, and such objections must be filed with the Clerk of the Bankruptcy Court and served upon counsel to the Debtor in Possession, counsel to the secured creditors, the Office of the United States Trustee for the Northern District of California, and counsel to any statutory committee(s) appointed in this case. A final hearing on the Motion before the undersigned United States Bankruptcy Judge shall be heard on April 5, 2023, at 11:00 a.m. (PT). If no objections are filed to the Motion, the Court may enter the Final Order without further notice or hearing.

13. The Debtor in Possession is authorized, in its sole discretion, to amend the list of Utility Companies attached as Exhibit 1 to add or delete any Utility Company. The Debtor in Possession shall serve the amended Exhibit 1 on any affected Utility Company withing five (5) business days of such amendment.

14. Nothing in the Motion, Exhibit 1 thereto or this Order constitutes a finding that any entity is or is not a utility company hereunder or under section 366 of the Bankruptcy Code.

15. Notwithstanding the relief granted herein and any actions taken pursuant hereto,

Case: 23-10113    Doc# 31    Filed: 03/17/23    Entered: 03/17/23 16:17:47    Page 4 of 8

nothing herein shall be deemed: (i) an admission as to the validity of any claim against the Debtor in Possession; (ii) a waiver of the Debtor in Possession's rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) an implication or admission that any particular claim is of a type specified or defined hereunder; (v) a request or authorization to assume any agreement, contract or lease pursuant to section 365 of title 11 of the Bankruptcy Code; or (vi) a waiver of the Debtor in Possession's rights under the Bankruptcy Code or any other applicable law.

16. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

17. The Debtor in Possession and its employees and agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

APPROVED AS TO FORM.

OFFICE OF THE UNITED STATES TRUSTEE

By: _/s/ Jason Blumberg_____
     Jason Blumberg

**\*\*\*END OF ORDER\*\*\***

# EXHIBIT 1

Case: 23-10113   Doc# 31   Filed: 03/17/23   Entered: 03/17/23 16:17:47   Page 6 of 8

**Exhibit 1: List of Utility Companies and Accounts**

| Name and Address of Utility | Type of Service/ Account No. | Property Address Where Utility Provided (if applicable) |
|---|---|---|
| AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | Mobile phones Acct# 8750444301 | |
| AT&T Teleconference Services P.O. Box 5002 Carol Stream, IL 60197-5002 | Shared Conferencing Acct# 43884495-00001 | |
| Bay Alarm P.O. BOX 51041 Los Angeles, CA 90051 | Office alarm system | 985 Airway Ct, Santa Rosa |
| City of Santa Rosa P.O. Box 1658 Santa Rosa, CA 95402-1658 | Water Acct# 008817 | Newman Center 1798 E Cotati Ave, Penngrove and 1240 Manhattan Way, Santa Rosa |
| Comcast P.O. Box 60533 City Of Industry, CA 91716-0533 | Phone service Acct# 960197914 | 24 Ursuline Rd., Santa Rosa Phones for several offices (campus of Cardinal Newman High School, several chancery ministries have offices there) |
| Comcast Business P.O. Box 37601 Philadelphia, PA 19101-0601 | Internet service Acct# 815530021-0174793 | 24 Ursuline Rd., Santa Rosa Internet for several offices (campus of Cardinal Newman High School, and several chancery ministries have offices there) |
| Mitel P.O. Box 53230 Phoenix, AZ 85072-3230 | Phone system Acct# 15222 | 985 Airway Ct, Santa Rosa |
| Penngrove Water 4982 Sonoma Hwy Santa Rosa, CA 95409-4247 | Water Acct# CM-685 | Newman Center 1798 E Cotati Ave, Penngrove, CA |
| PG&E P.O. BOX 997300 Sacramento, CA 95899-7300 | Gas & Electric Acct# 4780611722-3 & 3939888946-7 | 1240 Manhattan Way (bishop's residence) and Newman Center 1798 E Cotati Ave, Penngrove |
| Recology P.O. BOX 51219 Los Angeles, CA 90051-5519 | Compost and recycling, waste Acct# 1810791798 | 1240 Manhattan Way (bishop's residence) and Newman Center 1798 E Cotati Ave, Penngrove |
| Sonicnet Inc. | Internet Ref# ssunewman | Newman Center 1798 E Cotati Ave, Penngrove, CA |
| TPX Communications P.O. BOX 509013 San Diego, CA 92150-9013 | Internet (incl. hardware) and data storage Acct# 166854 | 985 Airway Ct, Santa Rosa |

<u>Court Service List</u>

No service required.