CHRISTINA L. GOEBELSMANN (CA SBN 273379)
Assistant United States Trustee
JASON BLUMBERG (CA SBN 330150)
Trial Attorney
TREVOR R. FEHR (CA SBN 316699)
Trial Attorney
PHILLIP J. SHINE (CA SBN 318840)
Trial Attorney
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, California 94102
Phone: (415) 705-3333
Facsimile: (415) 705-3379
Email: jason.blumberg@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>**THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,**<br><br>Debtor and Debtor in Possession. | Bankruptcy Case No. 23-10113 CN<br><br>Chapter 11 |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. Robin Kiraly
2. Kristen Walton
3. Kevin Kielty
4. Michael Andrew Mugridge
5. Darryl Evans
6. James Demartini
7. Mark Eugene Amador
8. Paul Verdu
9. Patricia Johnson-Martinez

Dated: March 27, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ *Christina Goebelsmann*
Christina Goebelsmann
Assistant United States Trustee

2