PAUL J. PASCUZZI, State Bar No. 148810
JASON E. RIOS, State Bar No. 190086
THOMAS R. PHINNEY, State Bar No. 159435
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com

The following constitutes the order of the Court.
Signed: June 9, 2023

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorneys for
The Roman Catholic Bishop of Santa Rosa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor In Possession. | Case No.  23-10113<br><br>Chapter 11<br><br>Date: June 7, 2023<br>Time: 11:00 a.m.<br>Location: 1300 Clay Street, Ctrm. 215<br>Oakland, CA  94612<br>[In person or via Zoom]<br>Judge: Hon. Charles Novack |

**ORDER ON MOTION FOR APPROVAL OF (1) TERMINATION OF PRIEST'S SUPPLEMENTAL RETIREMENT PLAN (SERP) (2) TRANSFER OF FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES**

The motion of The Roman Catholic Bishop of Santa Rosa ("Debtor"), debtor in possession, for an order authorizing the Debtor to enter into a stipulation (the "Stipulation") with U.S. Bank National Association ("U.S. Bank" or "Trustee") in its capacity as trustee under the trust agreement for The Diocese of Santa Rosa Priests Supplemental Retirement Plan (SERP) (the "Trust Agreement") for turnover of the trust funds currently in the Trustee's possession pursuant to the Trust Agreement (the "SERP Trust Funds"), less the Trustee's reasonable

-1-
ORDER ON MOTION FOR APPROVAL OF: (1) TERMINATION OF RETIREMENT SERP; (2) TRANSFER FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES

Case: 23-10113    Doc# 250    Filed: 06/09/23    Entered: 06/09/23 20:14:13    Page 1 of 4

expenses and attorney fees (the "Motion"),[1] came on for hearing on June 7, 2023, at 11:00 a.m., in Courtroom 215 of the United States Bankruptcy Court for the Northern District of California. The Debtor appeared through its counsel, Paul J. Pascuzzi. Other appearances were noted on the record. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

Based upon the Motion and supporting pleadings, any other relevant papers filed in connection with the Motion, arguments of counsel appearing at the hearing on the Motion, and for good and sufficient cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Stipulation for Turnover of SERP Trust Funds ("Stipulation") filed with the Motion as Exhibit B filed at Docket No. 195-2 is approved.

3. As provided in the Stipulation, the Trustee is directed to turn over the SERP Trust Funds to the Debtor, minus the Trustee's reasonable expenses and attorney fees, within fifteen (15) days after entry of this order, provided that no appeal, motion for rehearing or other motion for relief from such order has been filed prior to the expiration of such period. The Court reserves the jurisdiction to resolve any dispute relating to the amount of the Trustee's expenses and fees.

4. Upon receipt of the SERP Trust Funds by the Debtor, the Trust Agreement shall be deemed terminated, and all duties and obligations of the Debtor and the Trustee under the Trust Agreement shall be terminated.

5. Pending further order of this Court, the Debtor shall hold the SERP Trust Funds in a segregated account that is a debtor in possession account at a bank that is an authorized depository in the Northern District of California and not use them for any purpose.

6. All rights of all parties in interest to seek an Order of the Court that the SERP Trust Funds are property of the estate are reserved, and nothing in this Stipulation shall be construed to be a waiver of that claim.

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

ORDER ON MOTION FOR APPROVAL OF: (1) TERMINATION OF RETIREMENT SERP; (2) TRANSFER FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES

-2-

Case: 23-10113    Doc# 250    Filed: 06/09/23    Entered: 06/09/23 20:14:13    Page 2 of 4

APPROVED AS TO FORM.

STINSON, LLP

By: */s/ Robert T. Kugler*

ROBERT T. KUGLER
Attorneys for the Official Committee
of Unsecured Creditors

FAEGRE BAKER DANIELS LLP

By: */s/ Michael R. Stewart*

MICHAEL R. STEWART
Attorneys for U.S. Bank National Association

OFFICE OF THE UNITED STATES TRUSTEE

By: */s/ Jason Blumberg*
    JASON BLUMBERG

**\*\*\* END OF ORDER \*\*\***

ORDER ON MOTION FOR APPROVAL OF: (1) TERMINATION OF RETIREMENT SERP; (2) TRANSFER FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES

-3-

Case: 23-10113　Doc# 250　Filed: 06/09/23　Entered: 06/09/23 20:14:13　Page 3 of 4

**Court Service List**

No service required.

ORDER ON MOTION FOR APPROVAL OF: (1) TERMINATION OF RETIREMENT SERP; (2) TRANSFER FUNDS, AND (3) PAYMENT OF TRUST TERMINATION EXPENSES

Case: 23-10113    Doc# 250    Filed: 06/09/23    Entered: 06/09/23 20:14:13    Page 4 of 4