

The following constitutes the order of the Court.
Signed: July 20, 2023

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor. | Case No. 23-10113 CN<br>Chapter 11<br><br>**ORDER DENYING REQUEST TO RESTRICT AUTHORIZED SIGNEE ON SUPPLEMENT TO CONFIDENTIAL SURVIVOR PROOF OF CLAIM** |
|---|---|

On July 19, 2023, the court conducted a continued hearing on Debtor's Motion for Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice. Appearances were stated on the record. At the conclusion of the hearing, the court took under advisement Pacific Indemnity Company and Century Indemnity Company's request to require a claimant to personally attest to the allegations in their Supplement to Confidential Survivor Proof of Claim (the "Supplement") and to prevent a claimant's attorney from signing the Supplement on their behalf. Upon further consideration,

**IT IS HEREBY ORDERED** that Pacific Indemnity Company's request is denied. An attorney is permitted to attest to the allegations in the Supplement on their client's behalf.

***END OF ORDER***

| | |
|---|---|
| 1 | Case No. 23-10113 CN |
| 2 | **<u>COURT SERVICE LIST</u>** |
| 3 | |
| 4 | The Roman Catholic Bishop of Santa Rosa<br>P O Box 1297 |
| 5 | Santa Rosa, CA 95402 |
| 6 | |
| 7 | Robert F. Vasa<br>985 Airway Court |
| 8 | Santa Rosa, CA 95403 |
| 9 | Other recipients are ECF participants. |