**STINSON LLP**
Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930) *Admitted Pro Hac Vice*
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com
Kacie.Tawfic@stinson.com

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal Bar No. 151445)
Jane Kim (Cal. Bar No. 298192)
Gabrielle L. Albert (Cal. Bar No. 190895)
650 California Street, Suite 1900
Tel: (415) 496-6723
Fax: (650) 636-9251
tkeller@kbkllp.com
jkim@kbkllp.com
galbert@kbkllp.com

*Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>                Debtor. | Case No. 23-10113 CN<br><br>Chapter 11<br><br>**MONTHLY PROFESSIONAL FEE STATEMENT OF STINSON LLP [JULY 2023]** |

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that Stinson LLP ("Stinson"), counsel to The Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Bishop of Santa Rosa (the "Debtor"), hereby files its Monthly Professional Fee Statement for the period of July 1, 2023 through July 31, 2023 ("Compensation Period"). Pursuant to the *Order Establishing Procedures and Authorizing Payment of Professional Fees and*

*Expenses on a Monthly Basis* [Dkt. No. 243] ("Compensation Order") entered by the Court on April 24, 2023, the total legal fees and costs expended by Stinson on account of the Committee for the Compensation Period is as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 1, 2023 – July 31, 2023 | $77,659.50 | $706.58 | $78,366.08 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $62,127.60 | $706.58 | $62,834.18 |

The itemized billing statements for the fees and costs billed are attached hereto as **Exhibit A**.

In accordance with the Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 5:00 p.m. (prevailing Pacific time) on the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay Stinson 80% of the fees and 100% of the expenses requested in this Fee Statement.

OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

Dated: August 18, 2023

*/s/ Robert T. Kugler*

Robert T. Kugler (MN #0194116)
Edwin H. Caldie (MN #0388930)
*Admitted Pro Hac Vice*
STINSON LLP
50 S 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335- 1500
Robert.Kugler@stinson.com
Ed.Caldie@stinson.com
*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A



PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

August 17, 2023

Official Committee of Unsecured Creditors of The
Roman Catholic Bishop of Santa Rosa Bankruptcy
NA

Invoice No: 43513612
Robert T Kugler

Re:    Diocese of Santa Rosa Bankruptcy

       File No: 3528017.0002

## Invoice Summary

Professional services and disbursements rendered through July 31, 2023

| | |
|---|---:|
| Current Professional Services | $77,659.50 |
| Current Disbursements | $706.58 |
| **Total Current Invoice** | **$78,366.08** |

Payment Terms: Net 30
Tax ID #44-0643135

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| C.J. Harayda | Partner | 515.00 | 0.80 | 412.00 |
| Christopher Sevedge | Partner | 440.00 | 3.60 | 1,584.00 |
| Edwin H Caldie | Partner | 625.00 | 34.90 | 21,812.50 |
| Robert T Kugler | Partner | 650.00 | 46.70 | 30,355.00 |
| Janae Aune | Associate | 355.00 | 4.90 | 1,739.50 |
| Kacie Phillips | Associate | 410.00 | 41.30 | 16,933.00 |
| Kacie Phillips | Associate | | 7.60 | No Charge |
| Logan Kugler | Associate | 390.00 | 0.30 | 117.00 |
| Rachel North | Associate | 340.00 | 4.00 | 1,360.00 |
| Jessica Rehbein | Paralegal | 285.00 | 8.90 | 2,536.50 |
| Jessica Rehbein | Paralegal | | 1.40 | No Charge |
| Zac Uren | eDisc & Prac PM | 270.00 | 3.00 | 810.00 |
| Zac Uren | eDisc & Prac PM | | 0.90 | No Charge |
| **Current Professional Services** | | | **158.30** | **$77,659.50** |

| Professional Services | | | | |
|---|---|---|---|---|
| **Date** | **Task** | **Description/Timekeeper** | **Hours** | **Amount** |
| **B115 - Mediation** | | | | |
| 07/14/23 | B115 | Compile information for proposed financial advisors and summarize initial approach to building mediation strategy.<br>Edwin H Caldie | 0.60 | 375.00 |
| 07/19/23 | B115 | Address mediation scheduling and preparation questions (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/27/23 | B115 | Evaluate strategic options relating to mediation issues (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/31/23 | B115 | Address questions relating to the structure and timing of the mediation process.<br>Edwin H Caldie | 0.40 | 250.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| **Total B115 - Mediation** | | | **1.80** | **1,125.00** |

### B120 - Asset Analysis and Recovery

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/05/23 | B120 | Review and evaluate the Debtor's schedules and statement of financial affairs and address related questions from counsel for survivor claimants (.4). Edwin H Caldie | 0.40 | 250.00 |
| 07/05/23 | B120 | Review discovery issues relating to the Debtor's voluntary responses to information requests and formulate strategy for obtaining remaining information. Edwin H Caldie | 0.40 | 250.00 |
| 07/05/23 | B120 | Analyze emails regarding hearing transcript and save transcript to file. Jessica Rehbein | 0.10 | 28.50 |
| 07/06/23 | B120 | Evaluate questions and issues relating to the Committee's retention of financial and insurance professionals (.4). Edwin H Caldie | 0.40 | 250.00 |
| 07/06/23 | B120 | Address questions from insurer counsel regarding information provided by the Debtor and availability of additional, related data (.5). Edwin H Caldie | 0.50 | 312.50 |
| 07/06/23 | B120 | Address questions relating to estate expenses incurred by Debtor professionals (.3). Edwin H Caldie | 0.30 | 187.50 |
| 07/06/23 | B120 | Review filings containing detail on debtor asset holdings and updated related memoranda regarding the same (.5). Edwin H Caldie | 0.50 | 312.50 |
| 07/06/23 | B120 | Review insurance strategy regarding policy analysis (.4). Robert T Kugler | 0.40 | 260.00 |
| 07/06/23 | B120 | Research relating to extension of automatic stay to non-debtor parties. Kacie Phillips | 1.30 | 533.00 |
| 07/06/23 | B120 | Analyze outstanding issues regarding debtor document production and update chart. | 0.20 | 57.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Jessica Rehbein | | |
| 07/06/23 | B120 | Analyze outstanding insurance policy review issues and update chart.<br>Jessica Rehbein | 0.10 | 28.50 |
| 07/07/23 | B120 | Strategy call with Mr. Kugler and Mr. Caldie regarding insurance analysis and related issues.<br>Christopher Sevedge | 0.30 | 132.00 |
| 07/07/23 | B120 | Evaluate information reflecting estate real property holdings and potential changes to the title of the same.<br>Edwin H Caldie | 0.70 | 437.50 |
| 07/07/23 | B120 | Review and evaluate financial data filed by the Debtor and compare to responses at 341 (.8).<br>Edwin H Caldie | 0.80 | 500.00 |
| 07/07/23 | B120 | Review and evaluate information reflecting estate assets and prepetition transfer activity (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/07/23 | B120 | Review insurance strategy regarding document production, review and analysis (.8).<br>Robert T Kugler | 0.80 | 520.00 |
| 07/10/23 | B120 | Work on insurance analysis and confer with Ms. North regarding same.<br>Christopher Sevedge | 1.30 | 572.00 |
| 07/10/23 | B120 | Address question relating to Debtor's account records and review related filings.<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/10/23 | B120 | Evaluate strategy questions relating to sources for Debtor and Debtor-affiliate asset information.<br>Edwin H Caldie | 0.20 | 125.00 |
| 07/10/23 | B120 | Review Debtor asset information obtained via research and compare to reported data.<br>Edwin H Caldie | 0.50 | 312.50 |
| 07/10/23 | B120 | Discuss identification of relevant policy language for purposes of identifying key portions of insurance policies.<br>Rachel North | 0.50 | 170.00 |
| 07/11/23 | B120 | Review and address questions and communications relating to the Committee's retention of insurance | 0.40 | 250.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | litigation professionals (.4).<br>Edwin H Caldie | | |
| 07/11/23 | B120 | Review status of analysis of insurance policies and third party stay issues and update team.<br>Jessica Rehbein | 0.20 | 57.00 |
| 07/11/23 | B120 | Prepare chart for tracking document requests and responses.<br>Jessica Rehbein | 0.30 | 85.50 |
| 07/12/23 | B120 | Prepare for and conference regarding outstanding issues.<br>C.J. Harayda | 0.30 | 154.50 |
| 07/12/23 | B120 | Evaluate information reflecting estate real property holdings of the estate (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/12/23 | B120 | Review status of document production (1.1).<br>Robert T Kugler | 1.10 | 715.00 |
| 07/12/23 | B120 | Address issues relating to informal discovery requests to Debtor.<br>Kacie Phillips | 0.50 | 205.00 |
| 07/12/23 | B120 | Confer with Mr. Kugler and Mr. Caldie regarding outstanding document requests and strategy for discovery review.<br>Jessica Rehbein | 0.30 | 85.50 |
| 07/13/23 | B120 | Review and analyze available information relating to the Debtor's insurance program and formulate strategy for building claim-based policy valuation (1.1).<br>Edwin H Caldie | 1.10 | 687.50 |
| 07/13/23 | B120 | Review strategy regarding insurance coverage and settlement of claims (1.5).<br>Robert T Kugler | 1.50 | 975.00 |
| 07/13/23 | B120 | Analyze status of document requests and send information to Mr. Harayda and Ms. Phillips.<br>Jessica Rehbein | 0.20 | 57.00 |
| 07/13/23 | B120 | Confer with Mr. Caldie and Mr. Kugler regarding outstanding document request issues and update case task chart.<br>Jessica Rehbein | 0.30 | 85.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/13/23 | B120 | Create document repository and network storage locations to facilitate legal team review.<br>Zac Uren | 0.50 | 135.00 |
| 07/13/23 | B120 | Add opposing party production to document repository to facilitate Legal team review.<br>Zac Uren | 0.90 | 243.00 |
| 07/14/23 | B120 | Review and address issues relating to status of financial information requests to the Debtor (.7).<br>Edwin H Caldie | 0.70 | 437.50 |
| 07/14/23 | B120 | Identify relevant policy language for purposes of identifying key portions of insurance policies.<br>Rachel North | 0.60 | 204.00 |
| 07/14/23 | B120 | Analyze outstanding issues with regards to parish documents.<br>Jessica Rehbein | 0.50 | 142.50 |
| 07/17/23 | B120 | Analyze coverage chart and available claims data and confer with Mr. Kugler regarding assessment of exposure relating to same.<br>Christopher Sevedge | 0.30 | 132.00 |
| 07/17/23 | B120 | Evaluate asset data collection and estate property valuation issues.<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/17/23 | B120 | Review document requests and compare with currently-produced information (.2).<br>Edwin H Caldie | 0.20 | 125.00 |
| 07/17/23 | B120 | Review notes relating to 341 meeting relating to debtor asset representations (.6).<br>Edwin H Caldie | 0.60 | 375.00 |
| 07/17/23 | B120 | Analyze historic insurance policies to identify key language.<br>Rachel North | 1.40 | 476.00 |
| 07/18/23 | B120 | Review case law and other research regarding derivative standing and California corporate formation law issues (.7).<br>Edwin H Caldie | 0.70 | 437.50 |
| 07/18/23 | B120 | Review information available relating to prepetition transfers by the Debtor (.3).<br>Edwin H Caldie | 0.30 | 187.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/18/23 | B120 | Review joinders filed by Insurance Co's to brief filed by Pacific Indemnity (.6).<br>Robert T Kugler | 0.60 | 390.00 |
| 07/19/23 | B120 | Evaluate asset data collection and estate property valuation issues (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/19/23 | B120 | Review document requests and compare with currently-produced information (.2).<br>Edwin H Caldie | 0.20 | 125.00 |
| 07/19/23 | B120 | Analyze historic insurance policies to identify key language.<br>Rachel North | 0.40 | 136.00 |
| 07/21/23 | B120 | Prepare for and attend work session with Ms. North regarding insurance analysis.<br>Christopher Sevedge | 0.40 | 176.00 |
| 07/21/23 | B120 | Review information available relating to prepetition transfers by the Debtor (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/21/23 | B120 | Analyze historic insurance policies to identify key language.<br>Rachel North | 0.80 | 272.00 |
| 07/24/23 | B120 | Address issues relating to scope of review of financial information by financial advisors for the committee (.4)<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/24/23 | B120 | Review and evaluate draft discovery requests for the Debtor (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/24/23 | B120 | Research and analyze issues relating to third party claims.<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/24/23 | B120 | Review accrual of monthly administrative expenses (.3).<br>Robert T Kugler | 0.30 | 195.00 |
| 07/24/23 | B120 | Analyze case calendar, review docket, and update case chart for upcoming weeks.<br>Jessica Rehbein | 0.40 | 114.00 |
| 07/25/23 | B120 | Address issues relating to compilation of materials and | 0.90 | 562.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | related logistics for review and analysis of Debtor's anticipated further document production.<br>Edwin H Caldie | | |
| 07/25/23 | B120 | Analyze and address questions relating to the retention of committee insurance professionals (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/26/23 | B120 | Review public information reflecting estate real property holdings (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/26/23 | B120 | Review and evaluate financial disclosures of the Debtor (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/27/23 | B120 | Review information relating to real property holdings of the estate (.2).<br>Edwin H Caldie | 0.20 | 125.00 |
| 07/27/23 | B120 | Attention to downloading additional files from the debtor, and uploading the documents to Relativity.<br>Jessica Rehbein | 0.70 | 199.50 |
| 07/28/23 | B120 | Work on information requests to debtor regarding insurance information.<br>Christopher Sevedge | 0.40 | 176.00 |
| 07/28/23 | B120 | Prepare for and attend strategy call with Mr. Kugler, Mr. Caldie, and Mr. Burns regarding coverage matters.<br>Christopher Sevedge | 0.20 | 88.00 |
| 07/28/23 | B120 | Analyze information relating to estate property valuation.<br>Edwin H Caldie | 0.90 | 562.50 |
| 07/28/23 | B120 | Review and revise draft document requests. (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/28/23 | B120 | Review notes relating to debtor information productions (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/28/23 | B120 | Assess status of policy language review.<br>Rachel North | 0.10 | 34.00 |
| 07/28/23 | B120 | Add opposing party production to document repository to facilitate Legal team review.<br>Zac Uren | 1.60 | 432.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/31/23 | B120 | Conference with K. Tawfic regarding document collection and issues; conference with Mr. Caldie regarding possible claims.<br>C.J. Harayda | 0.50 | 257.50 |
| 07/31/23 | B120 | Work on insurance analysis.<br>Christopher Sevedge | 0.70 | 308.00 |
| 07/31/23 | B120 | Review of policy language.<br>Rachel North | 0.20 | 68.00 |
| 07/31/23 | B120 | Confer with Mr. Kugler and Mr. Caldie regarding strategy for 2004 request and summarize outstanding issues.<br>Jessica Rehbein | 0.40 | 114.00 |
| 07/31/23 | B120 | Download additional documents provided by debtor and arrange for upload to Relativity.<br>Jessica Rehbein | 0.40 | 114.00 |

**Total B120 - Asset Analysis and Recovery**                              **38.30**          **19,315.00**

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/03/23 | B150 | Address questions from survivors' counsel regarding the outcome of the hearing on claim issues and other questions.<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/05/23 | B150 | Review emails with Committee members regarding meetings.<br>Robert T Kugler | 0.40 | 260.00 |
| 07/05/23 | B150 | Analyze emails from state court counsel, and update committee member information.<br>Jessica Rehbein | 0.30 | 85.50 |
| 07/06/23 | B150 | Email to state court counsel regarding parish litigation (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 07/06/23 | B150 | Analyze and confer on issues regarding second committee trauma training with Mr. Kugler and Mr. Caldie.<br>Jessica Rehbein | 0.20 | 57.00 |

File No. 3528017.0002                                                         Page 10
Invoice No: 43513612

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/07/23 | B150 | Review and respond to questions from committee relating to child protection (.3).<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/11/23 | B150 | Address related questions from counsel for survivor claimants regarding debtor asset investigation and related information gathering initiatives (.3).<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/11/23 | B150 | Confirm date of Zero Abuse training with committee and update calendars.<br>Jessica Rehbein | 0.30 | 85.50 |
| 07/12/23 | B150 | Review and respond to questions from committee relating to child protection (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/13/23 | B150 | Respond to inquiries regarding information provided at the 341 (.2).<br>Edwin H Caldie | 0.20 | 125.00 |
| 07/14/23 | B150 | Review and address client communications on open case issues, including the retention of insurer professionals and potential third party claims.<br>Edwin H Caldie | 0.50 | 312.50 |
| 07/14/23 | B150 | Review agenda for Committee meeting (.6).<br>Robert T Kugler | 0.60 | 390.00 |
| 07/17/23 | B150 | Prepare for and attend Committee meeting (1.6).<br>Robert T Kugler | 1.60 | 1,040.00 |
| 07/17/23 | B150 | Prepare for and attend Committee Meeting.<br>Kacie Phillips | 0.70 | 287.00 |
| 07/20/23 | B150 | Review emails with Committee members regarding recent events (.8).<br>Robert T Kugler | 0.80 | 520.00 |
| 07/20/23 | B150 | Confer with Ms. Tawfic regarding strategy for handling survivor inquiries.<br>Jessica Rehbein | 0.20 | 57.00 |
| 07/24/23 | B150 | Address questions and issues raised by survivor counsel regarding investigatory initiatives of the Committee financial advisor (.5).<br>Edwin H Caldie | 0.50 | 312.50 |
| 07/24/23 | B150 | Review and address client communications on | 0.60 | 375.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | information gathering and claim processes.<br>Edwin H Caldie | | |
| 07/24/23 | B150 | Review and respond to emails with survivor counsel regarding claim form and notice.<br>Robert T Kugler | 0.70 | 455.00 |
| 07/26/23 | B150 | Address inquiries regarding child protection issues and Committee advances in other cases (.3).<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/28/23 | B150 | Review communications from pro se claimant and address related questions on case administration and timing issues (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/31/23 | B150 | Draft correspondence to Survivors' counsel regarding written consents for service of Survivor Claims Package (1.6).<br>Kacie Phillips | 1.60 | 656.00 |
| 07/31/23 | B150 | Analyze docket and schedules, and assemble list and contact information of survivor counsel for committee to contact regarding claims notices.<br>Jessica Rehbein | 1.00 | 285.00 |
| 07/31/23 | B150 | Finalize letter to survivor counsel and FedEx letter to all.<br>Jessica Rehbein | 0.40 | 114.00 |

**Total B150 - Meetings of and Comm. with Creditors**                    **12.70**        **6,706.00**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/10/23 | B160 | Review and revise Stinson invoices for fee applications (.6).<br>Kacie Phillips | 0.60 | No Charge |
| 07/11/23 | B160 | Review and revise Stinson invoices for fee applications.<br>Kacie Phillips | 1.80 | No Charge |
| 07/13/23 | B160 | Review and revise Stinson invoices for fee applications (2.3).<br>Kacie Phillips | 2.30 | No Charge |
| 07/17/23 | B160 | Revise invoice time entries for fee applications. | 1.60 | No Charge |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Kacie Phillips | | |
| 07/18/23 | B160 | Revise invoice time entries for fee application (1.3). Kacie Phillips | 1.30 | No Charge |
| 07/19/23 | B160 | Analyze order regarding professional fees; analyze monthly fee statements and prepare summary of fees to date. Jessica Rehbein | 1.20 | No Charge |
| 07/19/23 | B160 | Analyze invoices and prepare Monthly Fee Statement for Stinson. Jessica Rehbein | 0.20 | 57.00 |
| 07/24/23 | B160 | Analyze A/R and prepare summary of outstanding fees. Jessica Rehbein | 0.20 | No Charge |
| **Total B160 - Fee/Employment Applications** | | | **9.20** | **57.00** |

**B170 - Fee/Employment Objections**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/07/23 | B170 | Review reply filed by Debtor regarding motion to emp ordinary course professionals (.4). Robert T Kugler | 0.40 | 260.00 |
| 07/20/23 | B170 | Review Second Statement of Monthly Fees for Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, for June 2023 (.2). Robert T Kugler | 0.20 | 130.00 |
| 07/20/23 | B170 | Review Second Statement of Monthly Fees for Shapiro Galvin Shapiro & Moran, for June 2023 (.2). Robert T Kugler | 0.20 | 130.00 |
| 07/20/23 | B170 | Review Second Statement of Monthly Fees for Weinstein & Numbers LLP, for May and June 2023 (.2). Robert T Kugler | 0.20 | 130.00 |
| 07/20/23 | B170 | Review Second Statement of Monthly Fees of GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services, for June 2023. Robert T Kugler | 0.20 | 130.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| **Total B170 - Fee/Employment Objections** | | | **1.20** | **780.00** |

### B190 - Other Contested Matters

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/03/23 | B190 | Review information relating to potential claims of the estate against affiliated third parties (.3). Edwin H Caldie | 0.30 | 187.50 |
| 07/03/23 | B190 | Review Buffalo claim form (.5). Robert T Kugler | 0.50 | 325.00 |
| 07/03/23 | B190 | Review insurance arguments regarding debtor's motion regarding POC form (.7). Robert T Kugler | 0.70 | 455.00 |
| 07/03/23 | B190 | Review discovery plan for documents produced by Debtor. Robert T Kugler | 0.60 | 390.00 |
| 07/03/23 | B190 | Research issues relating to Survivor questionnaire used in Diocese of Buffalo matter. Kacie Phillips | 0.40 | 164.00 |
| 07/05/23 | B190 | Evaluate third party stay issues and review related authority. Edwin H Caldie | 0.70 | 437.50 |
| 07/05/23 | B190 | Review and analyze information relating to the Debtor's corporate formation, history of asset holdings and transfers, and evaluate questions relating to potential claims of the estate against third parties (.7). Edwin H Caldie | 0.70 | 437.50 |
| 07/05/23 | B190 | Review emails with state court counsel regarding claims forms and filings (.5). Robert T Kugler | 0.50 | 325.00 |
| 07/05/23 | B190 | Telephone conference with state court counsel regarding hearing on POC Form motion. Robert T Kugler | 0.60 | 390.00 |
| 07/05/23 | B190 | Review transcript from June 30 hearing regarding POC form (.4). Robert T Kugler | 0.40 | 260.00 |
| 07/05/23 | B190 | Emails with claimant's counsel regarding third party stay status. | 0.20 | 78.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Logan Kugler | | |
| 07/05/23 | B190 | Analyze notice of hearing instructions and add information to team's calendars.<br>Jessica Rehbein | 0.10 | 28.50 |
| 07/06/23 | B190 | Prepare for and telephone conference Pascuzzi and Phinney regarding Claim form motion (.4).<br>Robert T Kugler | 0.40 | 260.00 |
| 07/06/23 | B190 | Review strategy regarding potential Third party stay motion/complaint.<br>Robert T Kugler | 0.40 | 260.00 |
| 07/07/23 | B190 | Review correspondence with United State Trustee regarding asset valuations (.4).<br>Robert T Kugler | 0.40 | 260.00 |
| 07/08/23 | B190 | Review revised draft of the Claims Procedure Order, Survivor Proof of Claim, General Bar Date Notice and Survivor Bar Date Notice (1.0).<br>Robert T Kugler | 1.00 | 650.00 |
| 07/10/23 | B190 | Review information on potential pre-petition asset transfers and review related testimony (.7).<br>Edwin H Caldie | 0.70 | 437.50 |
| 07/10/23 | B190 | Review emails with survivor's counsel regarding status.<br>Robert T Kugler | 0.60 | 390.00 |
| 07/10/23 | B190 | Review strategy regarding POC form and notice issues (1.1).<br>Robert T Kugler | 1.10 | 715.00 |
| 07/10/23 | B190 | Research issues relating to extension of automatic stay to non-debtor entities.<br>Kacie Phillips | 0.90 | 369.00 |
| 07/11/23 | B190 | Evaluate and address third party stay issues (.5).<br>Edwin H Caldie | 0.50 | 312.50 |
| 07/11/23 | B190 | Review and analyze information relating to the Debtor's historic asset holdings and the timing and character of potential transfers (.6).<br>Edwin H Caldie | 0.60 | 375.00 |
| 07/11/23 | B190 | Review revised documents from Debtor regarding POC and creditor notice (.8).<br>Robert T Kugler | 0.80 | 520.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 07/11/23 | B190 | Review and revise docs from debtor regarding POC form and notice. <br> Robert T Kugler | 0.70 | 455.00 |
| 07/12/23 | B190 | Evaluate issues relating to survivor claim format, review corollary information from other cases, and address questions relating to the same (.4). <br> Edwin H Caldie | 0.40 | 250.00 |
| 07/12/23 | B190 | Review emails with Pascuzzi regarding POC form and notice motion. <br> Robert T Kugler | 0.70 | 455.00 |
| 07/12/23 | B190 | Review developing case law regarding diocesan bankruptcy cases (.8). <br> Robert T Kugler | 0.80 | 520.00 |
| 07/12/23 | B190 | Research issues relating to extension of automatic stay to non-debtor entities. <br> Kacie Phillips | 1.20 | 492.00 |
| 07/12/23 | B190 | Update team calendars with hearing instructions. <br> Jessica Rehbein | 0.10 | 28.50 |
| 07/13/23 | B190 | Prepare arguments relating to third party stay and related issues (.9). <br> Edwin H Caldie | 0.90 | 562.50 |
| 07/13/23 | B190 | Review insurance co filings regarding POC form. <br> Robert T Kugler | 0.60 | 390.00 |
| 07/13/23 | B190 | Research issues relating to extension of automatic stay to non-debtor entities (3.9). <br> Kacie Phillips | 3.90 | 1,599.00 |
| 07/13/23 | B190 | Address issues relating to extension of automatic stay to third-parties (.2). <br> Kacie Phillips | 0.20 | 82.00 |
| 07/14/23 | B190 | Review developing case law regarding claims allowance (.7). <br> Robert T Kugler | 0.70 | 455.00 |
| 07/14/23 | B190 | Review strategy regarding extension of automatic stay to parishes. <br> Robert T Kugler | 0.80 | 520.00 |
| 07/14/23 | B190 | Telephone conference with K. Phillips concerning transcript review; Docket review of Rockville Diocese | 1.90 | 674.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | case concerning Committee's Motion to Dismiss.<br>Janae Aune | | |
| 07/14/23 | B190 | Research issues relating to extension of automatic stay to non-debtor entities.<br>Kacie Phillips | 4.40 | 1,804.00 |
| 07/16/23 | B190 | Review correspondence from Debtor regarding motion regarding bar date and POC form (.9).<br>Robert T Kugler | 0.90 | 585.00 |
| 07/17/23 | B190 | Address potential mediation strategy questions.<br>Edwin H Caldie | 0.30 | 187.50 |
| 07/17/23 | B190 | Review schedule of ordinary course professionals (.5).<br>Robert T Kugler | 0.50 | 325.00 |
| 07/17/23 | B190 | Review analysis of claim form and related exhibits with updated redlining (.8).<br>Robert T Kugler | 0.80 | 520.00 |
| 07/17/23 | B190 | Review Brief in Addressing Issues Raised at the June 30 Case Conference About the Debtor's POC Motion filed by Pacific Indemnity (1.2).<br>Robert T Kugler | 1.20 | 780.00 |
| 07/17/23 | B190 | Review status report filed by Debtor.<br>Robert T Kugler | 0.70 | 455.00 |
| 07/17/23 | B190 | Review emails with KBK regarding retention of Burns Baer.<br>Robert T Kugler | 0.40 | 260.00 |
| 07/17/23 | B190 | Review Rockville Diocese Committee's Motion to Dismiss and related pleadings for discussion of survivors rights; email summarizing review.<br>Janae Aune | 3.00 | 1,065.00 |
| 07/17/23 | B190 | Review and analyze Supplement Brief of Pacific Indemnity Company regarding issues raised at June 30 case conference and cases cited therein (3.3).<br>Kacie Phillips | 3.30 | 1,353.00 |
| 07/17/23 | B190 | Summarize outstanding claim form issues.<br>Jessica Rehbein | 0.20 | 57.00 |
| 07/18/23 | B190 | Evaluate issues relating to form of claim and address related negotiation points (.6).<br>Edwin H Caldie | 0.60 | 375.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/18/23 | B190 | Prepare information for hearing on bar date and claim form motion (.5).<br>Edwin H Caldie | 0.50 | 312.50 |
| 07/18/23 | B190 | Review status of insurance coverage and claims (1.8).<br>Robert T Kugler | 1.80 | 1,170.00 |
| 07/18/23 | B190 | Prepare for hearing on bar date and POC form (1.2).<br>Robert T Kugler | 1.20 | 780.00 |
| 07/18/23 | B190 | Telephone conference with Debtor regarding resolution of objections to motion regarding bar date and POC form (1.0).<br>Robert T Kugler | 1.00 | 650.00 |
| 07/18/23 | B190 | Review and analyze Insurers' Joinder to Limited Objection to Debtor's Motion to Establish Claims Bar Date (.2).<br>Kacie Phillips | 0.20 | 82.00 |
| 07/18/23 | B190 | Draft Objection and Motion to Strike Insurers' Limited Objection to Debtor's Motion to Establish Claims Bar Date.<br>Kacie Phillips | 4.90 | 2,009.00 |
| 07/19/23 | B190 | Prepare for, and participate in hearing on bar date and claim form and questionnaire issues (1.2).<br>Edwin H Caldie | 1.20 | 750.00 |
| 07/19/23 | B190 | Prepare for and attend hearing on motion regarding bar date and POC form (2.3).<br>Robert T Kugler | 2.30 | 1,495.00 |
| 07/19/23 | B190 | Review revisions to Order and Exhibits regarding bar date and POC form motion (.8).<br>Robert T Kugler | 0.80 | 520.00 |
| 07/19/23 | B190 | Review and revise draft letter to survivors.<br>Robert T Kugler | 0.50 | 325.00 |
| 07/19/23 | B190 | Review draft redline version of proposed order (.3).<br>Robert T Kugler | 0.30 | 195.00 |
| 07/19/23 | B190 | Review draft redline version of Survivor POC form (.3).<br>Robert T Kugler | 0.30 | 195.00 |
| 07/19/23 | B190 | Prepare for and observe hearing on Debtor's Motion to Establish Claims Bar Date. | 2.90 | 1,189.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Kacie Phillips | | |
| 07/19/23 | B190 | Review and analyze Debtor's document production to determine additional discovery needs (1.8). Kacie Phillips | 1.80 | 738.00 |
| 07/20/23 | B190 | Evaluate authority and respond to questions and communications relating to third party stay issues raised by the Debtor (.8). Edwin H Caldie | 0.80 | 500.00 |
| 07/20/23 | B190 | Review correspondence with Debtor regarding Committee letter. Robert T Kugler | 0.30 | 195.00 |
| 07/20/23 | B190 | Review Order Denying Request to Restrict Authorized Signee on Supplement to Confidential Survivor Proof of Claim (.2). Robert T Kugler | 0.20 | 130.00 |
| 07/20/23 | B190 | Review and analyze Debtor's document production to determine additional discovery needs (2.7). Kacie Phillips | 2.70 | 1,107.00 |
| 07/20/23 | B190 | Prepare and revise Committee Support Letter regarding Debtor's Motion to Establish Bar Date and Procedures (.9). Kacie Phillips | 0.90 | 369.00 |
| 07/20/23 | B190 | Submit proposed exhibit G to claim notice to the court. Jessica Rehbein | 0.10 | 28.50 |
| 07/21/23 | B190 | Review case law and other research regarding derivative standing issues (.5). Edwin H Caldie | 0.50 | 312.50 |
| 07/21/23 | B190 | Analyze options and issues relating to derivative standing and affirmative estate claims (.3). Edwin H Caldie | 0.30 | 187.50 |
| 07/21/23 | B190 | Review docket order regarding Ex G. Robert T Kugler | 0.10 | 65.00 |
| 07/21/23 | B190 | Review abusive priest files (.8). Robert T Kugler | 0.80 | 520.00 |
| 07/21/23 | B190 | Draft correspondence to Debtor's counsel regarding discovery deficiencies. Kacie Phillips | 1.70 | 697.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/24/23 | B190 | Review strategy with state court counsel regarding case progress and resolution (1.3).<br>Robert T Kugler | 1.30 | 845.00 |
| 07/25/23 | B190 | Review emails with Pascuzzi regarding administrative expenses (.3).<br>Robert T Kugler | 0.30 | 195.00 |
| 07/25/23 | B190 | Review "Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice (Related Doc # [231]) Proofs of Claims due by 10/20/2023. (Attachments: # (1) Exhibit A - General Proof of Claim Form # (2) Exhibit B - Confidential Survivor Proof of Claim Form # (3) Exhibit C - Confidentiality Agreement # (4) Exhibit D - General Bar Date Notice # (5) Exhibit E - Survivor Claim Bar Date Notice # (6) Exhibit F - Publication Notice # (7) Exhibit G - Committee Support Letter)" (.5).<br>Robert T Kugler | 0.50 | 325.00 |
| 07/25/23 | B190 | Review emails with Phinney regarding Committee support letter (.3).<br>Robert T Kugler | 0.30 | 195.00 |
| 07/26/23 | B190 | Review and analyze case law and New York statutes relating to the pleading requirements for negligent supervision claims and review related decisions (.6).<br>Edwin H Caldie | 0.60 | 375.00 |
| 07/26/23 | B190 | Review strategy regarding parish involvement and protection of stay (1.2).<br>Robert T Kugler | 1.20 | 780.00 |
| 07/26/23 | B190 | Review and analyze documents produced by Debtor to determine additional discovery needs (1.3).<br>Kacie Phillips | 1.30 | 533.00 |
| 07/27/23 | B190 | Review an analyze authority and communications relating to third party stay questions and review analogous filings in other courts (.7).<br>Edwin H Caldie | 0.70 | 437.50 |
| 07/27/23 | B190 | Review document review status and strategy (.8).<br>Robert T Kugler | 0.80 | 520.00 |
| 07/27/23 | B190 | Review coordinated strategy regarding insurance issues. | 0.60 | 390.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 07/27/23 | B190 | Address issues relating to Debtor's document production (.2).<br>Kacie Phillips | 0.20 | 82.00 |
| 07/27/23 | B190 | Research issues relating to insurance coverage (3.2).<br>Kacie Phillips | 3.20 | 1,312.00 |
| 07/27/23 | B190 | Confer with Mr. Caldie and Mr. Kugler regarding claim form issues and committee concerns update internal chart.<br>Jessica Rehbein | 0.40 | 114.00 |
| 07/28/23 | B190 | Analysis of options to secure carrier engagement (1.5).<br>Robert T Kugler | 1.50 | 975.00 |
| 07/28/23 | B190 | Review correspondence from Phinney regarding notice of bar date communications.<br>Robert T Kugler | 0.30 | 195.00 |
| 07/29/23 | B190 | Review notes regarding insurance carrier strategy and develop action plan to implement strategy (.5).<br>Robert T Kugler | 0.50 | 325.00 |
| 07/31/23 | B190 | Review and revise draft filings relating to the third party stay and review related materials from analogous cases (1.1).<br>Edwin H Caldie | 1.10 | 687.50 |
| 07/31/23 | B190 | Evaluate strategic considerations and internal recommendations relating to insurer standing issues and potential claim-related concerns (.4).<br>Edwin H Caldie | 0.40 | 250.00 |
| 07/31/23 | B190 | Review insurance litigation strategy and next steps.<br>Robert T Kugler | 0.50 | 325.00 |
| 07/31/23 | B190 | Review emails with survivor counsel regarding status and next steps (.6).<br>Robert T Kugler | 0.60 | 390.00 |
| 07/31/23 | B190 | Review diocese documents provided by Phinney (1.1).<br>Robert T Kugler | 1.10 | 715.00 |
| 07/31/23 | B190 | Review Thirteenth Combined Monthly Fee Statement of Mackenzie Hughes LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of | 0.30 | 195.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Syracuse, New York for the Period June 1, 2023 Through June 30, 2023 (.3). Robert T Kugler | | |
| 07/31/23 | B190 | Review emails to survivor counsel regarding consent to service (.5) Robert T Kugler | 0.50 | 325.00 |
| 07/31/23 | B190 | Review and analyze Debtor's document production to determine additional discovery needs. Kacie Phillips | 3.10 | 1,271.00 |
| **Total B190 - Other Contested Matters** | | | **91.70** | **48,556.00** |

**B310 - Claims Administration and Objections**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 07/03/23 | B310 | Evaluate and address questions relating to dispute regarding claims filing process. Edwin H Caldie | 0.60 | 375.00 |
| 07/06/23 | B310 | Evaluate and address questions relating to claim submission and review. Edwin H Caldie | 0.60 | 375.00 |
| 07/26/23 | B310 | Assemble claim review data points for relativity database. Jessica Rehbein | 0.50 | 142.50 |
| 07/26/23 | B310 | Assemble final version of confidentiality agreement and obtain signature for Mr. Kugler. Jessica Rehbein | 0.20 | 57.00 |
| 07/27/23 | B310 | Continue to assemble claim review data points for relativity database. Jessica Rehbein | 0.60 | 171.00 |
| 07/31/23 | B310 | Create searches in document repository to facilitate legal team review. Zac Uren | 0.90 | No Charge |
| **Total B310 - Claims Administration and Objections** | | | **3.40** | **1,120.50** |
| **Current Professional Services** | | | **158.30** | **$77,659.50** |

| Date | Description | Amount |
|------|-------------|--------|
| | **Disbursements** | |

| Date | Description | Amount |
|------|-------------|--------|
| | Pacer | No Charge |
| | Relativity Database Charges | 100.00 |
| 06/12/23 | Pro hac vice fee for CA Northern Bankruptcy Court on Invoice 0723 0440 Kugler | 317.00 |
| 06/29/23 | Professional Services Rendered to Zero Abuse Project for TIC Training series for Santa Rosa Committee on Invoice INV0964 | No Charge |
| 07/13/23 | Airfare for travel from/to MSP/SFO on 07/18/2023 - 07/19/2023 for Attend hearing in-person. | No Charge |
| 07/18/23 | Cash TipsCash TipsHOTEL tips by Robert T Kugler for Tip | No Charge |
| 07/18/23 | Dinner for Dinner. for Jane Kim-N/A, Brelle Albert-n/a, Robert T Kugler, Edwin H Caldie | No Charge |
| 07/19/23 | Cash TipsCash TipsHOTEL tips by Robert T Kugler for Tip | No Charge |
| 07/19/23 | Hotel - Lodging on 07/18/2023 - 07/19/2023 Attend hearing in-person. | No Charge |
| 07/19/23 | Parking for Attend hearing in-person. | No Charge |
| 07/19/23 | Parking for Attend hearing in-person. | No Charge |
| 07/20/23 | Hotel - Lodging on 07/18/2023 - 07/19/2023 room | No Charge |
| 07/20/23 | Other for expansion | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Other for destination | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Other for tax | No Charge |
| 07/20/23 | Airfare for travel from/to Minneapolis to San Francisco on 07/18/2023 - | No Charge |

| Date | Description | Amount |
|------|-------------|--------|
| | 07/19/2023 for motion hearing | |
| 07/20/23 | Other for tax | No Charge |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872557419 To: Attn Jenn Liakos Liakos Law, APC 955 Deep Valley Drive PALOS VERDES PENIN, CA 90274 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872402020 To: Boucher LLP 21600 Oxnard Street WOODLAND HILLS, CA 91367 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872548274 To: Baer Treger LLP 1999 Avenue of the Stars LOS ANGELES, CA 90067 From: Jessica Rehbein Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781873270848 To: Abbey, Weitzenberg, Warren & Emery, P C 100 Stony Point Rd SANTA ROSA, CA 95401 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781873380326 To: The Ramirez Firm 7121 Magnolia Avenue RIVERSIDE, CA 92504 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872062962 To: Tracey Cowan, Esq INFORMATION NOT SUPPLIED 1519 Robert C Blakes St Drive NEW ORLEANS, LA 70130 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 27.69 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872875780 To: ATTN Derek Braslow Ketterer, Browne & Associates, 336 South Main Street BEL AIR, MD 21014 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 20.66 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872411859 To: Levin Simes Abrams 1700 Montgomery Street SAN FRANCISCO, CA 94111 From: Jessica Rehbein Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872814171 To: Panish Shea Boyle Ravipudi LLP 11111 Santa Monica Boulevard LOS ANGELES, CA 90025 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781872247729 To: | 27.29 |

File No. 3528017.0002                                                          Page 24
Invoice No: 43513612

| Date | Description | Amount |
|------|-------------|--------|
| | Herman Law 9434 Deschutes Road PALO CEDRO, CA 96073 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 821766508 Tracking No: 781873081438 To: Attn Diane Josephs Josephs and Blum 1436 Union Street SAN FRANCISCO, CA 94109 From: Robert Kugler Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 29.70 |
| 07/31/23 | Ship Date: 07/31/2023 Inv: # 822493740 Tracking No: 781872896300 To: Keane Law Firm, P C 548 Market Street SAN FRANCISCO, CA 94104 From: Jessica Rehbein Stinson LLP 50 South Sixth Street MINNEAPOLIS, MN 55402 | 23.03 |

**Total Disbursements**                                                       **$706.58**

**CERTIFICATE OF SERVICE**

I, Jess Rehbein, hereby certify that on August 18, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all ECF participants. Additionally, I served the same on the following Notice Parties via email:

| Attorneys for the Debtor | United States Trustee |
|---|---|
| Paul J. Pascuzzi | Jason Blumberg |
| ppascuzzi@ffwplaw.com | jason.blumberg@usdoj.gov |
| Thomas R. Phinney | |
| tphinney@ffwplaw.com | |

Date: August 18, 2023              */s/ Jess Rehbein*
                                   Jess Rehbein