**STINSON LLP**
ROBERT T. KUGLER (Minn. Bar No. 194116)
robert.kugler@stinson.com
EDWIN H. CALDIE (*pro hac vice*)
ed.caldie@stinson.com
CLARISSA BRADY (*pro hac vice*)
clarissa.brady@stinson.com
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 335- 1500

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
(tkeller@kbkllp.com)
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
(galbert@kbkllp.com)
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**BURNS BAIR LLP**
TIMOTHY W. BURNS (admitted pro hac vice)
tburns@burnsbair.com
JESSE J. BAIR (admitted pro hac vice)
jbair@burnsbair.com
10 E. Doty Street, Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2302

*Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| **In re:** | Case No. 23-10113 (CN) |
| **THE ROMAN CATHOLIC BISHOP OF SANTA ROSA** | Chapter 11 Bankruptcy |
| **Debtor.** | **MONTHLY PROFESSIONAL FEE STATEMENT FOR BURNS BAIR LLP [JULY 17, 2023 THROUGH AUGUST 31, 2023]** |

1

**TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD**:

**NOTICE IS HEREBY GIVEN** that Burns Bair LLP ("Burns Bair"), special insurance counsel to The Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Bishop of Santa Rosa (the "Debtor"), hereby files its Monthly Professional Fee Statement for the period of July 17, 2023, through August 31, 2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional Fees and Expenses on a Monthly Basis [Dkt. No. 243] entered by the Court on June 8, 2023, the total legal fees and costs expended by Burns Bair on account of the Committee for the period of July 17, 2023, through August 31, 2023 is as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| July 17 – August 31, 2023 | $4,174.00 | $674.00 | $4,848.00 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $3,339.20 | $674.00 | $4,013.20 |

The itemized billing statements for the fees and costs billed are attached hereto as **Exhibit A**. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon Burns Bair within fourteen (14) days from the date of service of this Statement.

Dated: September 20, 2023

**BURNS BAIR LLP**

Jesse J. Bair
*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

2