# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Bishop of Santa Rosa UCC**  **Issue Date :** 9/18/2023
 **Bill # :** 01229

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/21/2023 | Jesse Bair | Review status update correspondence from Stinson re POC hearing outcome (.1); | 0.10 | $90.00 |
| 7/28/2023 | Timothy Burns | Participate in call with Stinson team re insurance case strategy, planning, and assignments (.2); additional analysis re same (.1); | 0.30 | $336.00 |
| 7/29/2023 | Timothy Burns | Reviewed and revised task list from R. Kugler re insurance case management and strategy (.3); | 0.30 | $336.00 |
| 8/3/2023 | Timothy Burns | Brief review of retention application material and related emails from KBK (.2); | 0.20 | $224.00 |
| 8/9/2023 | Jesse Bair | Participate in call with Stinson team and T. Burns re case insurance strategy and next-steps (.2); | 0.20 | $180.00 |
| 8/9/2023 | Timothy Burns | Participate in call with Stinson team and J. Bair re case insurance strategy and next-steps (.2); | 0.20 | $224.00 |
| 8/10/2023 | Jesse Bair | Review and edit Burns Bair retention application (.3); | 0.30 | $270.00 |
| 8/10/2023 | Jesse Bair | Review and edit Burns declaration in support of retention application (.3); | 0.30 | $270.00 |
| 8/10/2023 | Jesse Bair | Review draft Order approving Burns Bair retention application (.1); | 0.10 | $90.00 |
| 8/10/2023 | Jesse Bair | Analysis re firm connections to case parties and draft Schedule 2 re same for Burns Bair application (.2); | 0.20 | $180.00 |
| 8/11/2023 | Jesse Bair | Review and edit pro hac vice applications for T. Burns and J. Bair (.1); correspondence with K. Dempski re same (.1); | 0.20 | $180.00 |
| 8/12/2023 | Timothy Burns | Review emails re retention application with J. Bair, Stinson, and KBK (.2); | 0.20 | $224.00 |
| 8/17/2023 | Timothy Burns | Participate in meeting with Stinson team and J. Bair re case strategy and insurance action items (.2); | 0.20 | $224.00 |

Case: 23-10113    Doc# 431-1    Filed: 09/20/23    Entered: 09/20/23 11:42:02    Page 1 of 2

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/17/2023 | Jesse Bair | Participate in meeting with Stinson team and T. Burns re case strategy and insurance action items (.2); | 0.20 | $180.00 |
| 8/24/2023 | Jesse Bair | Participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.30 | $270.00 |
| 8/24/2023 | Timothy Burns | Prepare for weekly insurance strategy meeting with Stinson team (.1); participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.40 | $448.00 |
| 8/31/2023 | Timothy Burns | Participate in weekly strategy and case management call with Stinson team re case insurance issues (.4); | 0.40 | $448.00 |
| | | **Totals for Insurance Adversary Proceeding** | **4.10** | **$4,174.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **4.10** | **$4,174.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Western District of Wisconsin Certificate of Good Standing for T. Burns and J. Bair | $40.00 |
| 08/11/2023 | Pro hac vice application fee, T. Burns | $317.00 |
| 08/11/2023 | Pro hac vice application fee, J. Bair | $317.00 |
| **Total Expenses** | | **$674.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jesse Bair | 1.90 | $900.00 | $1,710.00 |
| Timothy Burns | 2.20 | $1,120.00 | $2,464.00 |

**Total Due This Invoice:** **$4,848.00**