<h1 style="text-align:center">EXHIBIT A</h1>



10 E. Doty St., Suite 600<br>
Madison, Wisconsin 53703-3392<br>
608-286-2302<br>
www.BurnsBair.com

**The Bishop of Santa Rosa UCC**　　　　　　　　　　　　　　　　**Issue Date :**　10/13/2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Bill # :**　01249

**Matter:** Insurance

<h3 style="text-align:center">PROFESSIONAL SERVICES RENDERED</h3>

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Jesse Bair | Participate in call with G. Albert re Burns Bair monthly fee submission (.1); review and edit Burns Bair monthly fee submission (.1); correspondence with G. Albert and B. Horn re same (.1); | 0.30 | $270.00 |
| 9/18/2023 | Brenda Horn-Edwards | Draft BB monthly professional fee statement (.6); | 0.60 | $204.00 |
| 9/18/2023 | Brenda Horn-Edwards | Generate and edit Exhibit A to BB monthly professional fee statement (.1); | 0.10 | $34.00 |
| 9/19/2023 | Jesse Bair | Review and edit Burns Bair monthly fee application (.1); correspondence with G. Albert re same (.1); | 0.20 | $180.00 |
| 9/20/2023 | Jesse Bair | Finalize BB fee application (.1); correspondence with G. Albert re same (.1); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **1.40** | **$868.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/8/2023 | Jesse Bair | Attend case status conference for insurance purposes (.4); | 0.40 | $360.00 |
| | | **Totals for Hearings** | **0.40** | **$360.00** |

**Insurance Adversary Proceeding**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Timothy Burns | Conference with J. Bair re case developments and ongoing insurance projects (.4); | 0.40 | $448.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Jesse Bair | Conference with T. Burns re case developments and ongoing insurance projects (.4); | 0.40 | $360.00 |
| 9/2/2023 | Jesse Bair | Preliminary review re Diocesan coverage information (.2); | 0.20 | $180.00 |
| 9/3/2023 | Jesse Bair | Correspondence with N. Kuenzi re insurance 2004 motion (.1); | 0.10 | $90.00 |
| 9/3/2023 | Nathan Kuenzi | Review case materials in preparation for drafting insurer 2004 motion and discovery topics (.4); | 0.40 | $220.00 |
| 9/4/2023 | Nathan Kuenzi | Begin drafting potential Rule 2004 topics to the insurers (.5); | 0.50 | $275.00 |
| 9/5/2023 | Jesse Bair | Provide additional instructions to N. Kuenzi re potential Rule 2004 motion against insurers (.1); | 0.10 | $90.00 |
| 9/6/2023 | Jesse Bair | Conference with N. Kuenzi re insurer 2004 motion drafting (.1); | 0.10 | $90.00 |
| 9/6/2023 | Nathan Kuenzi | Participate in conference with J. Bair re insurer 2004 motion drafting (.1); | 0.10 | $55.00 |
| 9/7/2023 | Nathan Kuenzi | Analyze case law in connection with insurer Rule 2004 motion (1.0); | 1.00 | $550.00 |
| 9/7/2023 | Nathan Kuenzi | Analyze Diocesan insurance information in connection with preparing Rule 2004 topics and insurer Rule 2004 motion (.8); | 0.80 | $440.00 |
| 9/8/2023 | Nathan Kuenzi | Continue drafting insurer Rule 2004 discovery topics (.5); | 0.50 | $275.00 |
| 9/12/2023 | Nathan Kuenzi | Begin drafting insurer Rule 2004 motion (3.0); | 3.00 | $1,650.00 |
| 9/13/2023 | Jesse Bair | Analysis re case status and insurance action items (.2); | 0.20 | $180.00 |
| 9/14/2023 | Timothy Burns | Analysis regarding case insurance initiatives (.1); participate in call with Stinson team re case status, insurance strategy, and next-steps (.2); | 0.30 | $336.00 |
| 9/14/2023 | Jesse Bair | Participate in call with Stinson team re case status, insurance strategy, and next-steps (.2). | 0.20 | $180.00 |
| 9/18/2023 | Nathan Kuenzi | Revise draft 2004 insurer discovery topics (.5); | 0.50 | $275.00 |
| 9/18/2023 | Timothy Burns | Participate in conference with J. Bair re case status and insurance action items (.1); | 0.10 | $112.00 |
| 9/18/2023 | Timothy Burns | Review and analysis of fraudulent conveyance complaint (.4); | 0.40 | $448.00 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re case status and insurance action items (.1); | 0.10 | $90.00 |
| 9/18/2023 | Jesse Bair | Correspondence with N. Kuenzi and K. Jonch-Clausen re revising insurer 2004 motion (.1); | 0.10 | $90.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2023 | Jesse Bair | Participate in weekly strategy call with Stinson team re insurance case strategy, status, and next-steps (.2); | 0.20 | $180.00 |
| 9/22/2023 | Timothy Burns | Participate in weekly strategy call with Stinson team re insurance case strategy, status, and next-steps (.2); | 0.20 | $224.00 |
| 9/25/2023 | Karin Jonch-Clausen | Supplemental case law analysis in connection with insurer Rule 2004 motion (1.5); | 1.50 | $825.00 |
| 9/27/2023 | Karin Jonch-Clausen | Continue drafting insurer 2004 motion and topics (3.5); | 3.50 | $1,925.00 |
| | | **Totals for Insurance Adversary Proceeding** | **14.90** | **$9,588.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **16.70** | **$10,816.00** |

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.70 | $340.00 | $238.00 |
| Jesse Bair | Partner | 2.80 | $900.00 | $2,520.00 |
| Karin Jonch-Clausen | Associate | 5.00 | $550.00 | $2,750.00 |
| Nathan Kuenzi | Associate | 6.80 | $550.00 | $3,740.00 |
| Timothy Burns | Partner | 1.40 | $1,120.00 | $1,568.00 |

**Total Due This Invoice:** **$10,816.00**