# EXHIBIT A

 **STINSON**

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

November 9, 2023

Official Committee of Unsecured Creditors of The
Roman Catholic Bishop of Santa Rosa Bankruptcy
NA

Invoice No: 43529122
Robert T Kugler

Re:    Diocese of Santa Rosa Bankruptcy

File No: 3528017.0002

## Invoice Summary

Professional services and disbursements rendered through October 31, 2023

| | |
|---|---|
| Current Professional Services | $69,440.00 |
| Current Disbursements | $100.00 |
| **Total Current Invoice** | **$69,540.00** |

Payment Terms: Net 30
Tax ID #44-0643135

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Christopher Sevedge | Partner | 440.00 | 4.40 | 1,936.00 |
| Edwin H Caldie | Partner | 625.00 | 41.10 | 25,687.50 |
| Robert T Kugler | Partner | 650.00 | 41.20 | 26,780.00 |
| Andrew Glasnovich | Associate | 455.00 | 1.20 | 546.00 |
| Clarissa Brady | Associate | 360.00 | 14.70 | 5,292.00 |
| Logan Kugler | Associate | 390.00 | 3.00 | 1,170.00 |
| Rachel North | Associate | 340.00 | 12.80 | 4,352.00 |
| Jessica Rehbein | Paralegal | 285.00 | 12.90 | 3,676.50 |
| Jessica Rehbein | Paralegal | | 1.10 | No Charge |
| Zac Uren | eDisc & Prac PM | | 0.80 | No Charge |
| **Current Professional Services** | | | **133.20** | **$69,440.00** |

## Professional Services

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| **B110 - Case Administration** | | | | |
| 10/30/23 | B110 | Add data to document repository to facilitate Legal team review.<br>Zac Uren | 0.80 | No Charge |
| **Total B110 - Case Administration** | | | **0.80** | **0.00** |
| **B115 - Mediation** | | | | |
| 10/02/23 | B115 | Evaluate outstanding questions relating to mediation and settlement strategy and draft reply to related questions for Committee.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/02/23 | B115 | Analyze strategy issues relating to insurance coverage and mediation and review related information relating to estate coverage and insurer defenses.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/02/23 | B115 | Review emails with Debtor and insurers regarding mediation and mediators. | 0.60 | 390.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 10/03/23 | B115 | Address insurance coverage and mediation questions and evaluate related motion terms.<br>Edwin H Caldie | 0.80 | 500.00 |
| 10/04/23 | B115 | Analyze strategy issues relating to mediator selection and potential, related concerns based on past cases.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/04/23 | B115 | Review mediation status and strategy.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/05/23 | B115 | Review and revise mediation motion.<br>Robert T Kugler | 0.90 | 585.00 |
| 10/06/23 | B115 | Review emails with Debtor regarding mediator motion.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/06/23 | B115 | Review revisions to mediation motion.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/09/23 | B115 | Address potential mediation strategy questions.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/09/23 | B115 | Review and revise mediation motion.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/09/23 | B115 | Confer with insurance counsel regarding mediation motion.<br>Robert T Kugler | 0.50 | 325.00 |
| 10/10/23 | B115 | Review revisions to proposed mediation order.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/11/23 | B115 | Review mediation strategy.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/11/23 | B115 | Review additional edits to mediation motion.<br>Robert T Kugler | 0.50 | 325.00 |
| 10/12/23 | B115 | Address mediation scheduling and preparation questions.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/16/23 | B115 | Address mediation strategy issues.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/16/23 | B115 | Address issues relating to mediator selection and mediation motion to be filed by the Debtor. | 0.50 | 312.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Edwin H Caldie | | |
| 10/16/23 | B115 | Confer with Mr. Kugler and Mr. Caldie regarding mediation motion and outstanding issues, and update chart.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/17/23 | B115 | Prepare information summary on estate assets for use in mediation.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/17/23 | B115 | Review status of mediation motion.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/17/23 | B115 | Review strategy regarding mediation.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/19/23 | B115 | Address questions relating to draft mediation motion by the Debtor.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/19/23 | B115 | Review mediation motion revisions.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/20/23 | B115 | Evaluate issues relating to estate insurer discovery.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/20/23 | B115 | Review emails regarding mediation motion.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/20/23 | B115 | Analyze mediation status.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/23/23 | B115 | Confer with Mr. Kugler and Mr. Caldie regarding mediation status and timing, and update chart.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/23/23 | B115 | Assemble information in support of mediation for mediator.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/24/23 | B115 | Review and evaluate information from survivor counsel regarding mediator selection and timing and process issues.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/24/23 | B115 | Review insurance strategy regarding mediation.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/25/23 | B115 | Review information on proposed confidentiality | 0.40 | 250.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | requirements for the case and formulate related issue list.<br>Edwin H Caldie | | |
| 10/25/23 | B115 | Review emails with interested parties regarding mediator selection.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/26/23 | B115 | Review emails with state court counsel regarding mediator options.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/27/23 | B115 | Address mediator selection issues and related mediation strategy questions.<br>Edwin H Caldie | 0.40 | 250.00 |
| **Total B115 - Mediation** | | | **18.60** | **11,737.50** |

**B120 - Asset Analysis and Recovery**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/02/23 | B120 | Correspondence with Mr. Burns and Mr. Bair regarding insurance policy analysis.<br>Christopher Sevedge | 0.10 | 44.00 |
| 10/02/23 | B120 | Evaluate need to hire Committee expert on insurance claim valuation issues.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/03/23 | B120 | Correspondence with insurance litigation counsel concerning insurance policy analysis.<br>Christopher Sevedge | 0.10 | 44.00 |
| 10/03/23 | B120 | Address questions and evaluate issues relating to contractual obligations of the estate related to Debtor affiliated parties.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/03/23 | B120 | Review information relating to Debtor holdings and reconcile with information produced by the Debtor.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/03/23 | B120 | Analyze estate claim information relating to the impact of non-Debtor claims on insurance assets.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/03/23 | B120 | Review insurance strategy and next steps. | 0.80 | 520.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 10/04/23 | B120 | Analyze and address issues raised by draft filings regarding mediator appointment and related issues. Edwin H Caldie | 0.60 | 375.00 |
| 10/04/23 | B120 | Review and evaluate estate asset information produced by the Debtor. Edwin H Caldie | 0.40 | 250.00 |
| 10/04/23 | B120 | Review case law regarding insurance issues. Robert T Kugler | 1.30 | 845.00 |
| 10/05/23 | B120 | Analysis concerning global case strategy and insurance issues. Christopher Sevedge | 0.40 | 176.00 |
| 10/05/23 | B120 | Analyze and confer with Ms. Rehbein regarding claims analysis as component part of insurance coverage analysis. Christopher Sevedge | 0.20 | 88.00 |
| 10/05/23 | B120 | Confer with Mr. Caldie regarding status of document review and BRG requests. Clarissa Brady | 0.60 | 216.00 |
| 10/06/23 | B120 | Follow up on real property valuation issues. Edwin H Caldie | 0.30 | 187.50 |
| 10/06/23 | B120 | Set up relativity file for document review. Clarissa Brady | 0.40 | 144.00 |
| 10/06/23 | B120 | Strategize concerning continued analysis of historic policies. Rachel North | 0.20 | 68.00 |
| 10/07/23 | B120 | Review insurance coverage strategy. Robert T Kugler | 1.20 | 780.00 |
| 10/09/23 | B120 | Work on updated insurance analysis. Christopher Sevedge | 0.30 | 132.00 |
| 10/09/23 | B120 | Correspondence with Ms. North regarding supplemental coverage analysis. Christopher Sevedge | 0.10 | 44.00 |
| 10/09/23 | B120 | Evaluate asset data collection and estate property valuation issues. Edwin H Caldie | 0.70 | 437.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/09/23 | B120 | Review document requests and compare with currently-produced information.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/09/23 | B120 | Review notes relating to 341 meeting relating to Debtor asset representations.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/09/23 | B120 | Review status of document production.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/09/23 | B120 | Formulate strategy for parish and diocese document production including key issues and strategy for staffing and execution.<br>Andrew Glasnovich | 0.50 | 227.50 |
| 10/09/23 | B120 | Analyze historic insurance policies and identify choice of law provisions.<br>Rachel North | 3.00 | 1,020.00 |
| 10/10/23 | B120 | Analyze case law and other authority regarding corporate formation law issues in California.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/10/23 | B120 | Review information relating to prepetition transfers.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/10/23 | B120 | Evaluate potential estate claims relating to transfers.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/10/23 | B120 | Review insurance strategy and next steps.<br>Robert T Kugler | 1.40 | 910.00 |
| 10/10/23 | B120 | Analyze historic insurance policies and identify choice of law provisions.<br>Rachel North | 1.90 | 646.00 |
| 10/11/23 | B120 | Work on updated insurance analysis.<br>Christopher Sevedge | 0.80 | 352.00 |
| 10/11/23 | B120 | Conference call regarding global strategy on matters pertaining to insurance recovery with Mr. Burns and Mr. Bair.<br>Christopher Sevedge | 0.60 | 264.00 |
| 10/11/23 | B120 | Evaluate asset data collection and estate property valuation issues.<br>Edwin H Caldie | 0.80 | 500.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/11/23 | B120 | Review document requests and currently-produced information. <br> Edwin H Caldie | 0.60 | 375.00 |
| 10/11/23 | B120 | Conduct review of document produced by the Debtor's in response to the Committee deficiency letter. <br> Clarissa Brady | 0.50 | 180.00 |
| 10/11/23 | B120 | Assemble set of issue tags for diocese document production review. <br> Jessica Rehbein | 0.30 | 85.50 |
| 10/11/23 | B120 | Analyze and respond to inquiries from Ms. Brady regarding document production and summary of additional documents provided. <br> Jessica Rehbein | 0.20 | 57.00 |
| 10/12/23 | B120 | Strategy session with Ms. North regarding supplements to coverage analysis and claims data and review issues. <br> Christopher Sevedge | 0.30 | 132.00 |
| 10/12/23 | B120 | Work on revisions to coverage analysis in light of yesterday's call and in preparation for discussion with Ms. North regarding same. <br> Christopher Sevedge | 0.40 | 176.00 |
| 10/12/23 | B120 | Correspondence with Ms. Rehbein regarding global case strategy, claims data, and insurance issues. <br> Christopher Sevedge | 0.20 | 88.00 |
| 10/12/23 | B120 | Review insurance strategy. <br> Robert T Kugler | 0.90 | 585.00 |
| 10/12/23 | B120 | Conference with Mr. Sevedge to discuss continuing research needs related to historic insurance policies. <br> Rachel North | 0.30 | 102.00 |
| 10/12/23 | B120 | Confer with Ms. Brady regarding outstanding production issues and review strategy. <br> Jessica Rehbein | 0.40 | 114.00 |
| 10/12/23 | B120 | Analyze and research estate asset information. <br> Jessica Rehbein | 2.20 | 627.00 |
| 10/13/23 | B120 | Review information available relating to prepetition transfers by the Debtor. <br> Edwin H Caldie | 0.50 | 312.50 |
| 10/13/23 | B120 | Review developing case law regarding insurer standing. | 0.80 | 520.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Robert T Kugler | | |
| 10/13/23 | B120 | Prepare materials for review of historic insurance policies to identify clauses related to insolvency of underlying insurance policies.<br>Rachel North | 0.10 | 34.00 |
| 10/15/23 | B120 | Review historic insurance policies and identify clauses related to insolvency of underlying insurance policies.<br>Rachel North | 1.30 | 442.00 |
| 10/16/23 | B120 | Communications regarding insurance review meeting with Burns Bair.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/16/23 | B120 | Confer with Mr. Kugler and Mr. Caldie regarding estate asset review and status.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/16/23 | B120 | Analyze and review outstanding information regarding document production and update chart.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/17/23 | B120 | Evaluate information relating to the value and extent of estate assets.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/18/23 | B120 | Analyze insurance information produced by the Debtor.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/18/23 | B120 | Evaluate strategies to increase likelihood of earlier settlements with insurance companies.<br>Edwin H Caldie | 0.80 | 500.00 |
| 10/19/23 | B120 | Address questions and issues relating to creation of summary and organization of produced information.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/19/23 | B120 | Review historic insurance policies and identify clauses related to insolvency of underlying insurance policies.<br>Rachel North | 0.40 | 136.00 |
| 10/20/23 | B120 | Work session with team concerning global case strategy and insurance issues.<br>Christopher Sevedge | 0.30 | 132.00 |
| 10/20/23 | B120 | Evaluate strategy issues relating to leveraging insurer settlements.<br>Edwin H Caldie | 0.20 | 125.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/20/23 | B120 | Analyze documents produced by the Debtor.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/23/23 | B120 | Correspondence with Mr. Kugler and Ms. Rehbein regarding insurance document retrieval and review efforts.<br>Christopher Sevedge | 0.10 | 44.00 |
| 10/23/23 | B120 | Analyze information relating to prepetition transfers.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/23/23 | B120 | Review historic policies to identify clauses concerning insolvency of primary insurance.<br>Rachel North | 1.10 | 374.00 |
| 10/24/23 | B120 | Work session with Ms. North regarding updates to policy analysis and review and next steps in connection with same.<br>Christopher Sevedge | 0.30 | 132.00 |
| 10/24/23 | B120 | Address strategy and organizational considerations relating to Debtor's ongoing document production.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/24/23 | B120 | Telephone conference with team on document review strategy and status of analysis and summary.<br>Andrew Glasnovich | 0.50 | 227.50 |
| 10/24/23 | B120 | Review the Debtor's document production thoroughly and proceed with the classification of documents to identify those that are still needed from the Debtor.<br>Clarissa Brady | 0.50 | 180.00 |
| 10/24/23 | B120 | Review historic insurance policies and identify clauses related to insolvency of underlying insurance policies.<br>Rachel North | 1.50 | 510.00 |
| 10/24/23 | B120 | Strategize concerning outstanding action items and status of litigation.<br>Rachel North | 0.50 | 170.00 |
| 10/24/23 | B120 | Analyze and prepare financial summary of accounts.<br>Jessica Rehbein | 0.90 | 256.50 |
| 10/25/23 | B120 | Review historic insurance policies to identify clauses concerning application of defense costs to limit of liability.<br>Rachel North | 2.50 | 850.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/25/23 | B120 | Confer with Mr. Sevedge regarding insurance policy review and strategy.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/26/23 | B120 | Work session with team concerning global case strategy and insurance issues.<br>Christopher Sevedge | 0.20 | 88.00 |
| 10/26/23 | B120 | Review and analyze information produced by the Debtor in response to Committee informational requests.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/26/23 | B120 | Analyze document review status and present status to team.<br>Andrew Glasnovich | 0.20 | 91.00 |
| 10/26/23 | B120 | Analyze status of document review and outstanding production.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/26/23 | B120 | Revise case chart to include updates to discovery requests and outstanding issues.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/27/23 | B120 | Review inquiries from the Committee's financial advisory team and provide legal guidance.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/27/23 | B120 | Analyze Debtor asset information and other, related documentation flagged by associate attorney review team.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/30/23 | B120 | Analyze information relating to the incorporation of non-Debtor affiliates.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/30/23 | B120 | Review documents produced by Debtor.<br>Clarissa Brady | 0.40 | 144.00 |
| 10/30/23 | B120 | Review status of discovery requests and update chart.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/30/23 | B120 | Review open issues regarding 2004 requests and update chart.<br>Jessica Rehbein | 0.20 | 57.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| **Total B120 - Asset Analysis and Recovery** | | | **47.50** | **22,725.50** |

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/04/23 | B150 | Analyze bar date and claim submission questions from survivors' counsel.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/05/23 | B150 | Revise e-mail to Committee setting forth meeting agenda and detail on issues to be discussed.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/05/23 | B150 | Confer with counsel for Committee member to discuss strategy idea and potential need for additional information relating to prepetition activity of the Debtor.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/05/23 | B150 | Respond to Committee members' inquiries regarding the claims bar date and proof of claim process.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/05/23 | B150 | Participate in case update call and advise on issues relevant to request for third party stay.<br>Logan Kugler | 0.30 | 117.00 |
| 10/06/23 | B150 | Review emails with survivors regarding POC questions.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/06/23 | B150 | Draft reminder to Committee and Committee counsel of claims bar date.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/06/23 | B150 | Telephone conference with Ms. McCormick to discuss e-submission of claims through docket agent.<br>Clarissa Brady | 0.40 | 144.00 |
| 10/08/23 | B150 | Review questions regarding claim filing procedures.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/09/23 | B150 | Prepare for Committee Meeting.<br>Robert T Kugler | 1.40 | 910.00 |
| 10/09/23 | B150 | Attend Committee meeting.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/09/23 | B150 | Correspond with Committee members regarding upcoming meeting and review agenda. | 0.20 | 72.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Clarissa Brady | | |
| 10/09/23 | B150 | Email Committee members and counsel reminders of the claims bar deadline.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/09/23 | B150 | Participate in Committee meeting.<br>Clarissa Brady | 0.70 | 252.00 |
| 10/09/23 | B150 | Correspond with Committee state court counsel regarding the process for submitting claims through the docket agent.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/09/23 | B150 | Answer Committee member inquiries regarding the Committee meeting.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/10/23 | B150 | Analyze and address questions relating to claim form and submission logistics.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/10/23 | B150 | Address questions and issues raised by survivor counsel regarding investigatory initiatives of the Committee financial advisor.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/10/23 | B150 | Review and respond to continued inquiries from Committee counsel regarding the proof of claims filing process.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/11/23 | B150 | Participate in conference call with survivor counsel to address claim issues.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/11/23 | B150 | Analyze and address claim inquiries.<br>Jessica Rehbein | 0.30 | 85.50 |
| 10/12/23 | B150 | Analyze and address claim inquiries and assemble claim documents.<br>Jessica Rehbein | 0.40 | 114.00 |
| 10/13/23 | B150 | Review emails with Committee members regarding status.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/13/23 | B150 | Review emails with state court counsel regarding hearing attendance. | 0.40 | 260.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 10/13/23 | B150 | Review survivor questions regarding claim filing. Robert T Kugler | 0.60 | 390.00 |
| 10/17/23 | B150 | Respond to questions on claim submission issues. Edwin H Caldie | 0.30 | 187.50 |
| 10/17/23 | B150 | Reply to inquiries from state court counsel, Haley Aanestad, Carolina Klingensjo and the Zalkin Law Firm regarding proofs of claim process. Clarissa Brady | 0.50 | 180.00 |
| 10/18/23 | B150 | Participate in conference call with survivor counsel to address mediation and litigation issues. Edwin H Caldie | 0.80 | 500.00 |
| 10/18/23 | B150 | Respond to Survivor counsel inquiries regarding the process for filing proofs of claim and the bar date generally. Clarissa Brady | 0.50 | 180.00 |
| 10/19/23 | B150 | Review emails with claimants. Robert T Kugler | 0.60 | 390.00 |
| 10/20/23 | B150 | Address questions from survivor claimant on case timing, process, and claim administration. Edwin H Caldie | 0.60 | 375.00 |
| 10/20/23 | B150 | Address inquiry from survivor counsel on claim portal. Edwin H Caldie | 0.20 | 125.00 |
| 10/20/23 | B150 | Participate in team call regarding ongoing case strategy and issues. Logan Kugler | 0.40 | 156.00 |
| 10/23/23 | B150 | Analyze and address confidentiality issues. Jessica Rehbein | 0.30 | 85.50 |
| 10/24/23 | B150 | Address questions from survivor counsel regarding claim administration process. Edwin H Caldie | 0.40 | 250.00 |
| 10/24/23 | B150 | Prepare information for Committee circulation regarding mediation issues. Edwin H Caldie | 0.30 | 187.50 |
| 10/24/23 | B150 | Prepare information for Committee circulation regarding corporation sole lawsuit. | 0.20 | 125.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Edwin H Caldie | | |
| 10/24/23 | B150 | Prepare for Claro meeting with Committee.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/25/23 | B150 | Review emails with Committee members regarding meeting and agenda.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/25/23 | B150 | Review proposed agenda for Committee meeting.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/26/23 | B150 | Review and address third party stay questions from creditor counsel.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/26/23 | B150 | Address issues and questions relating to submission of supplemental claim questionnaires.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/26/23 | B150 | Address creditor questions regarding claim filing status, number of claims filed to date, and related issues.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/26/23 | B150 | Review emails with Pascuzzi regarding stay of adversary proceeding.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/26/23 | B150 | Revise Committee Meeting agenda.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/26/23 | B150 | Revise case information regarding hearing appearances for Committee.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/27/23 | B150 | Address follow-up questions from claimant counsel regarding the scope and effect of the automatic stay.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/27/23 | B150 | Communicate with survivor counsel to address open issues on the mediation process and proposed insurer mediator candidates.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/30/23 | B150 | Prepare for Committee meeting.<br>Robert T Kugler | 0.90 | 585.00 |
| 10/30/23 | B150 | Review emails with Committee members regarding claims. | 0.60 | 390.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Robert T Kugler | | |
| 10/30/23 | B150 | Attend Committee meeting.<br>Robert T Kugler | 1.00 | 650.00 |
| 10/30/23 | B150 | Assemble creditor information for Mr. Kugler to aid in response to creditor inquiries.<br>Jessica Rehbein | 0.30 | 85.50 |
| 10/31/23 | B150 | Respond to questions from survivor counsel regarding the status of claim filings and related timing and administration issues.<br>Edwin H Caldie | 0.50 | 312.50 |
| 10/31/23 | B150 | Review emails with survivor counsel regarding filed claims.<br>Robert T Kugler | 0.40 | 260.00 |

**Total B150 - Meetings of and Comm. with Creditors**                   **23.40**     **13,285.50**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/05/23 | B160 | Review and address questions relating to pending employment application for Committee insurance professionals.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/05/23 | B160 | Confer with Mr. Caldie regarding status of Stout application.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/09/23 | B160 | Review emails with Claro regarding emp app.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/09/23 | B160 | Correspond with Claro professionals regarding scope of employments and status.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/09/23 | B160 | Assist with issue related to employment of claim valuation expert.<br>Logan Kugler | 0.10 | 39.00 |
| 10/11/23 | B160 | Assemble information and documents for Claro employment application.<br>Jessica Rehbein | 0.20 | 57.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/12/23 | B160 | Review and revise monthly fee statement and note voluntary reductions.<br>Clarissa Brady | 0.50 | 180.00 |
| 10/13/23 | B160 | Prepare Monthly Fee Statement.<br>Jessica Rehbein | 1.00 | 285.00 |
| 10/16/23 | B160 | Review status of Claro employment application.<br>Robert T Kugler | 0.50 | 325.00 |
| 10/16/23 | B160 | Follow up with the Court regarding the order on Stinson's fee application.<br>Clarissa Brady | 0.10 | 36.00 |
| 10/16/23 | B160 | Correspond with Ms. McNally regarding the Claro employment application and schedule of interested parties.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/16/23 | B160 | Confer with Mr. Caldie regarding issues raised by UST regarding fee applications.<br>Jessica Rehbein | 0.10 | 28.50 |
| 10/18/23 | B160 | Draft Claro Employment Application.<br>Clarissa Brady | 0.90 | 324.00 |
| 10/18/23 | B160 | Draft declaration in support of the Claro Employment Application.<br>Clarissa Brady | 0.70 | 252.00 |
| 10/18/23 | B160 | Draft proposed order granting the Claro Employment Application.<br>Clarissa Brady | 0.40 | 144.00 |
| 10/19/23 | B160 | Review Stinson's monthly invoices and make voluntary reductions in compliance with the UST guidelines and prepare Stinson's monthly fee statement for filing.<br>Clarissa Brady | 1.50 | 540.00 |
| 10/19/23 | B160 | Prepare monthly fee statement.<br>Jessica Rehbein | 1.10 | No Charge |
| 10/20/23 | B160 | Analyze status of professional employment applications.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/20/23 | B160 | Assist with preparation of Claro employment application.<br>Logan Kugler | 0.10 | 39.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/23/23 | B160 | Assemble information for Claro to assist in employment application.<br>Jessica Rehbein | 0.30 | 85.50 |
| 10/25/23 | B160 | Draft and revise Claro employment application.<br>Clarissa Brady | 1.20 | 432.00 |
| 10/25/23 | B160 | Draft and revise declaration in support of employment application.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/25/23 | B160 | Correspond with Ms. McNally regarding employment application and schedule of interested parties for scheduling related parties.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/26/23 | B160 | Analyze status of Claro Employment Application.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/26/23 | B160 | Review status of administrative expenses.<br>Logan Kugler | 0.20 | 78.00 |
| 10/30/23 | B160 | Correspond with Ms. McNally regarding fee application.<br>Clarissa Brady | 0.60 | 216.00 |

**Total B160 - Fee/Employment Applications**                    **11.90**    **4,147.00**

**B170 - Fee/Employment Objections**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 10/16/23 | B170 | Review fee information submitted by non-Committee, estate professionals.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/19/23 | B170 | Analyze Fifth Statement of Monthly Fee Statement of GlassRatner.<br>Robert T Kugler | 0.30 | 195.00 |
| 10/19/23 | B170 | Analyze Statement of Monthly Fee Statement of Shapiro Galvin Shapiro & Moran.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/25/23 | B170 | Evaluate issues pertaining to fees and costs of Committee professionals other than Stinson.<br>Edwin H Caldie | 0.20 | 125.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/30/23 | B170 | Review Statement of Quarterly Amounts Paid to Ordinary Course Professionals from July 1, 2023 to September 30, 2023.<br>Robert T Kugler | 0.30 | 195.00 |

**Total B170 - Fee/Employment Objections**                                       **1.50**     **962.50**

**B190 - Other Contested Matters**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/02/23 | B190 | Finalize stipulation to extend deadlines and motion to continue scheduling conference with Debtor's counsel.<br>Clarissa Brady | 0.30 | 108.00 |
| 10/02/23 | B190 | Evaluate ongoing issues in related bankruptcy cases.<br>Logan Kugler | 0.80 | 312.00 |
| 10/03/23 | B190 | Evaluate and address issues relating to potential 2004 motion seeking information from non-Debtor entities.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/03/23 | B190 | Review issues related to retention of Unknown Claims Representative.<br>Logan Kugler | 0.20 | 78.00 |
| 10/05/23 | B190 | Analyze information relating to estate claims against third parties and the potential need to broaden scope of adversary complaint.<br>Edwin H Caldie | 0.80 | 500.00 |
| 10/06/23 | B190 | Review case calendar and evaluate contract assumption issues.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/06/23 | B190 | Review issues regarding bankruptcy disclosures by survivors.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/09/23 | B190 | Review issues regarding agreements between parishes and Diocese.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/12/23 | B190 | Evaluate and address questions relating to third party stay issues and potential claims to be asserted against the estate.<br>Edwin H Caldie | 0.70 | 437.50 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/13/23 | B190 | Review authority on derivative standing issues. <br> Edwin H Caldie | 0.60 | 375.00 |
| 10/13/23 | B190 | Analyze issues relating to affirmative estate claims. <br> Edwin H Caldie | 0.80 | 500.00 |
| 10/16/23 | B190 | Review and evaluate summary of potential, additional issues to be addressed in corporate sole litigation. <br> Edwin H Caldie | 0.40 | 250.00 |
| 10/16/23 | B190 | Evaluate issues relating to the terms of the parish operating agreements and their beneficial value to the estate. <br> Edwin H Caldie | 0.30 | 187.50 |
| 10/16/23 | B190 | Analyze developments in related diocesan cases for impact on Santa Rosa case. <br> Logan Kugler | 0.60 | 234.00 |
| 10/16/23 | B190 | Analyze calendar and upcoming hearings and update case tracking chart. <br> Jessica Rehbein | 0.10 | 28.50 |
| 10/18/23 | B190 | Prepare for hearing on motion to employ Hogan. <br> Robert T Kugler | 0.30 | 195.00 |
| 10/18/23 | B190 | Review proposed order regarding Hogan employment. <br> Robert T Kugler | 0.20 | 130.00 |
| 10/18/23 | B190 | Attend hearing on motion to employ Hogan. <br> Robert T Kugler | 0.20 | 130.00 |
| 10/18/23 | B190 | Confer with Mr. Caldie on issues related to third party releases and implications for Hanna Boys Center. <br> Logan Kugler | 0.30 | 117.00 |
| 10/19/23 | B190 | Review litigation evidence chart relating to corporation sole lawsuit and review related findings in analogous litigated matters. <br> Edwin H Caldie | 0.60 | 375.00 |
| 10/19/23 | B190 | Analyze upcoming dates and deadlines, revise tracking chart, and send update to team. <br> Jessica Rehbein | 0.10 | 28.50 |
| 10/20/23 | B190 | Review developing case law regarding confirmation. <br> Robert T Kugler | 1.00 | 650.00 |
| 10/20/23 | B190 | Confer with legal team regarding case updates and strategy. | 0.20 | 72.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Clarissa Brady | | |
| 10/23/23 | B190 | Review and revise memoranda summarizing potential estate claims and related strategy options and considerations.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/23/23 | B190 | Analyze strategy relating to potential insurer lawsuit.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/23/23 | B190 | Review and analyze mediation stipulation language to address question from insurance litigation counsel.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/23/23 | B190 | Review confidentiality agreement.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/23/23 | B190 | Analyze Notice of hearing on mediation motion, calendar hearing for team, and add hearing to case calendar.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/25/23 | B190 | Draft written summary relating to the scope of potential motion under 2004 to obtain information from third parties relating to insurance and Debtor assets generally.<br>Edwin H Caldie | 0.80 | 500.00 |
| 10/25/23 | B190 | Evaluate and address questions and issues relating to the stay of actions against parishes and other non-Debtor affiliates.<br>Edwin H Caldie | 0.60 | 375.00 |
| 10/25/23 | B190 | Review developing law regarding third party releases.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/26/23 | B190 | Review status of adversary proceeding.<br>Robert T Kugler | 0.60 | 390.00 |
| 10/26/23 | B190 | Analyze status of upcoming deadlines in adversary proceeding and update case chart.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/27/23 | B190 | Review emails and language regarding insurer confidentiality agreement.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/29/23 | B190 | Review draft 2004 motion.<br>Robert T Kugler | 0.80 | 520.00 |

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/30/23 | B190 | Analyze strategy relating to insurer discovery.<br>Edwin H Caldie | 0.70 | 437.50 |
| 10/30/23 | B190 | Phone call with insurance valuation expert regarding strategy.<br>Robert T Kugler | 0.80 | 520.00 |
| 10/31/23 | B190 | Review and analyze mediation issues raised by insurance litigation counsel.<br>Edwin H Caldie | 0.30 | 187.50 |
| 10/31/23 | B190 | Review emails with Debtor regarding adversary proceeding.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/31/23 | B190 | Review redline of insurers proposed protective order.<br>Robert T Kugler | 0.40 | 260.00 |

**Total B190 - Other Contested Matters**                              **20.10**      **11,987.00**

**B270 - Financial Condition of the Debtor**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/05/23 | B270 | Analyze outstanding issues relating to estate financing, the estate's use of cash resources, and related questions.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/06/23 | B270 | Address inquiries relating to estate finances.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/18/23 | B270 | Review Monthly Operation Report.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/19/23 | B270 | Statement of Monthly Fee Statement of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP from September 2023.<br>Robert T Kugler | 0.40 | 260.00 |
| 10/25/23 | B270 | Review Monthly Operating Report analysis.<br>Robert T Kugler | 0.40 | 260.00 |

**Total B270 - Financial Condition of the Debtor**                    **2.10**       **1,350.00**

**B310 - Claims Administration and Objections**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 10/04/23 | B310 | Analyze strategy considerations relating to claim values and related evidence.<br>Edwin H Caldie | 0.80 | 500.00 |
| 10/06/23 | B310 | Address questions and issues relating to claims submission and administration.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/16/23 | B310 | Evaluate and address issues relating to claim data confidentiality and security.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/16/23 | B310 | Confer with Mr. Kugler and Mr. Caldie regarding claims review strategy and outstanding issues.<br>Jessica Rehbein | 0.40 | 114.00 |
| 10/26/23 | B310 | Confer with legal team regarding case updates including claims count.<br>Clarissa Brady | 0.20 | 72.00 |
| 10/30/23 | B310 | Analyze claims and prepare claim summary.<br>Jessica Rehbein | 1.20 | 342.00 |
| 10/30/23 | B310 | Review open issues regarding claim review.<br>Jessica Rehbein | 0.20 | 57.00 |
| 10/30/23 | B310 | Review proof of claims and prepare claim summary.<br>Jessica Rehbein | 2.00 | 570.00 |
| 10/31/23 | B310 | Review information relating to filed claims.<br>Edwin H Caldie | 0.40 | 250.00 |
| 10/31/23 | B310 | Address outstanding issues relating to claim confidentiality issues.<br>Edwin H Caldie | 0.20 | 125.00 |
| 10/31/23 | B310 | Review Debtor motion setting claims bar date.<br>Robert T Kugler | 0.70 | 455.00 |
| 10/31/23 | B310 | Review status of filed claims.<br>Robert T Kugler | 0.40 | 260.00 |

| | | | | |
|------|------|----------------------|-------|--------|
| **Total B310 - Claims Administration and Objections** | | | **7.30** | **3,245.00** |
| **Current Professional Services** | | | **133.20** | **$69,440.00** |

| Disbursements | | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Relativity Database Charges | 100.00 |
| **Total Disbursements** | | **$100.00** |