1    PAUL J. PASCUZZI, State Bar No. 148810
     JASON E. RIOS, State Bar No. 190086
2    THOMAS R. PHINNEY, State Bar No. 159435
     FELDERSTEIN FITZGERALD
3    WILLOUGHBY PASCUZZI & RIOS LLP
     500 Capitol Mall, Suite 2250
4    Sacramento, CA  95814
     Telephone: (916) 329-7400
5    Facsimile: (916) 329-7435
     ppascuzzi@ffwplaw.com
6    jrios@ffwplaw.com
     tphinney@ffwplaw.com
7
     *Attorneys for Debtor and
8    Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 23-10113 |
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, | Chapter 11 |
| Debtor In Possession. | [No Hearing required] |

**NOTICE OF FILING OF SIXTH MONTHLY FEE STATEMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC D/B/A B. RILEY ADVISORY SERVICES FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

-1-

| Name of Applicant: | **GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services** |
|---|---|
| Authorized to Provide Services to: | Debtor |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation Requested: | $14,350.00 |
| Net of 20% Holdback: | $11,480.00 |
| Amount of Expenses Requested: | $32.00 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $11,512.00 |

Pursuant to sections 327(e) and 328(a) of Chapter 11 of Title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Establishing Procedures and Authorizing Payment of Professionals on a Monthly Basis* [Dkt. No. 243] (the "Monthly Compensation Order"), and the *Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services as Financial Advisor to the Debtor Effective as of March 13, 2023* [Dkt. No. 179] (the "Retention Order"), GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley") hereby submits this statement (the "Fee Statement") seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtors"), for the period from October 1, 2023 through October 31, 2023 (the "Fee Period"). By this sixth statement, B. Riley seeks payment in the amount of $11,512.00, which comprises (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fee Period, and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services. As described in more detail in the Retention Order, the compensation sought herein is comprised of the services provided to the Debtor based on hourly rates.

Attached hereto as **Exhibit 1** is a summary of B. Riley's professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual, and (d) amount of fees earned by each B. Riley professional during the Fee Period. Attached hereto as **Exhibit 2** is a summary of the services rendered and compensation sought by project category

during the Fee Period.

Attached hereto as **Exhibit 3** is a summary of expenses incurred and reimbursement sought, by expense category, during the Fee Period.

Finally, attached hereto as **Exhibit 4**, are records of B. Riley's fees incurred during the period October 1, 2023 through October 31, 2023, consisting of contemporaneously maintained time entries for each professional in increments of tenths (1/10) of an hour.

In accordance with the Monthly Compensation Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 5:00 p.m. (prevailing Pacific time) on the 14th day (or the next business day if such day is not a business day) following the date this Fee Statement is served (the "Objection Deadline").

Upon the expiration of the Objection Deadline, the Debtors are to pay B. Riley 80% of the fees and 100% of the expenses requested in this Fee Statement.

Dated: November 20, 2023

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS

By: */s/ Paul. J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney

*Attorneys for Debtor and Debtor in Possession*

**Exhibit 1**

**Summary of Total Hours and Fees by Professional**

**Compensation by Professional Person for Hourly Services**
**for the Period from October 1, 2023 through October 31, 2023**

| Name | Position | Rate | Hours | Amount |
|---|---|---|---|---|
| Wayne P. Weitz | Sr. Managing Director | $675.00 | 1.4 | $945.00 |
| Coral Hansen | Managing Director | $450.00 | 12.6 | $5,670.00 |
| David Greenblatt | Director | $525.00 | 14.4 | $7,560.00 |
| Marilee Greene | Project Assistant | $250.00 | 0.7 | $175.00 |
| **TOTAL** | | | **29.1** | **$14,350.00** |

**Exhibit 2**

**Summary of Compensation by Project Category**

**Compensation by Project Category for Hourly Services**
**for the period from October 1, 2023 through October 31, 2023**

| Description | Hours | Amount |
|---|---:|---:|
| Business Analysis | 26.7 | $13,162.50 |
| Employment/Fee Applications | 2.0 | $917.50 |
| Litigation | 0.4 | $270.00 |
| **TOTAL** | **29.1** | **$14,350.00** |

## **Exhibit 3**

## **Summary of Expenses**

## Disbursement Summary

| Expenses (by Category) | Amounts |
|---|---:|
| **Ocrolus Program - Convert Bank Statements to Excel** | **$32.00** |

**Exhibit 4**

**Invoice**



*Formerly known as GlassRatner Advisory & Capital Group LLC*

November 9, 2023            Invoice # : 63336

DEACON JOE OBERTING
DIOCESE OF SANTA ROSA
985 AIRWAY COURT
SANTA ROSA CA 95403

In Reference To: **Santa Rosa Diocese - Financial Advisory Services**

For professional services rendered during the period October 1, 2023 through October 31, 2023

**Billing Recap by Professional**

| Name | Hours | Rate |
|---|---|---|
| Wayne P. Weitz | 1.40 | 675.00 |
| Coral Hansen, CPA, ABV, CFE, CFF | 12.60 | 450.00 |
| David Greenblatt, CPA, CIRA | 14.40 | 525.00 |
| Marilee Greene | 0.70 | 250.00 |

| | Hours | Amount |
|---|---|---|
| Total Professional Service Fees | 29.10 | $14,350.00 |

**Out-of-Pocket Expenses:**

| | |
|---|---|
| Data conversion charge | 32.00 |
| Total expenses | $32.00 |
| Total amount of this bill | $14,382.00 |

**Thank you for working with B. Riley Advisory, we don't take our clients for granted.**

For our wiring instructions, please contact B. Riley Advisory directly using the contact information below.    Tax ID Number: 83-1277218

*Payments can be made payable to GlassRatner Advisory & Capital Group, LLC and sent to the address below*
3445 Peachtree Rd. NE, Suite 1225 | Atlanta, GA 30326 | Tel: 470.346.6800 Fax 470.346.6804 | www.brileyfin.com

**Professional Services Detail**

| | | | Hours | |
|---|---|---|---:|---:|
| | Business Analysis | | | |
| 10/4/2023 | C. Hansen | Preparation of September MOR | | 0.60 |
| | D. Greenblatt | Prepare professional fee reconciliation and payment schedule for Debtor | | 1.80 |
| 10/5/2023 | C. Hansen | Call with D. Blum re: data for MOR | | 0.20 |
| | C. Hansen | Upload bank statements and send to T. Anderson for conversion to excel | | 0.20 |
| | D. Greenblatt | Call with W. Weitz re: professional fees | | 0.10 |
| | W. Weitz | Call with D. Greenblatt re: professional fees | | 0.10 |
| 10/6/2023 | C. Hansen | Begin preparation of MOR deposit analysis | | 2.40 |
| | C. Hansen | Begin preparation of MOR disbursement analysis | | 2.40 |
| 10/9/2023 | C. Hansen | Meeting with client re: MOR | | 0.50 |
| | D. Greenblatt | Call with internal BR team re: case update | | 0.50 |
| 10/10/2023 | C. Hansen | MOR analysis; Review edits made by D. Blum | | 2.20 |
| | C. Hansen | Continue to work on September MOR | | 1.90 |
| 10/11/2023 | D. Greenblatt | Update professional fee analysis tracker and send to Debtor for review | | 1.10 |
| 10/13/2023 | D. Greenblatt | Work on September MOR | | 1.60 |
| 10/16/2023 | D. Greenblatt | Continue to work on September MOR | | 1.70 |
| 10/17/2023 | D. Greenblatt | Continue to work on September MOR | | 2.40 |
| 10/18/2023 | C. Hansen | Review and quality control of September MOR | | 2.00 |
| | D. Greenblatt | Call with W. Weitz re: September MOR | | 0.50 |
| | D. Greenblatt | Finalize September MOR | | 1.40 |
| | W. Weitz | Call with D. Greenblatt re: September MOR | | 0.50 |
| 10/20/2023 | D. Greenblatt | Update professional fee analysis | | 1.30 |
| 10/25/2023 | D. Greenblatt | Update professional fee tracker schedule | | 1.10 |
| 10/26/2023 | C. Hansen | Call with D. Blum re: MOR | | 0.20 |
| | SUBTOTAL: | | [ 26.70 | 13162.50] |
| | Employment/Fee Applications | | | |
| 10/3/2023 | M. Greene | Prepare the September Fee Statement | | 0.70 |
| 10/9/2023 | D. Greenblatt | Prepare September 2023 monthly fee statement | | 0.70 |
| | W. Weitz | Review September fee statement | | 0.20 |
| 10/10/2023 | D. Greenblatt | Call with W. Weitz re: September fee statement | | 0.20 |
| | W. Weitz | Call with D. Greenblatt re: September fee statement | | 0.20 |
| | SUBTOTAL: | | [ 2.00 | 917.50] |
| | Litigation | | | |
| 10/4/2023 | W. Weitz | Extract plaintiff attorney service list and send to counsel | | 0.40 |
| | SUBTOTAL: | | [ 0.40 | 270.00] |

GlassRatner Advisory & Capital Group LLC