1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA 95814
   Telephone: (916) 329-7400
5  Facsimile: (916) 329-7435
   ppascuzzi@ffwplaw.com
6  jrios@ffwplaw.com
   tphinney@ffwplaw.com
7
   Attorneys for The Roman Catholic Bishop of Santa Rosa
8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SANTA ROSA DIVISION

12  In re:                              Case No. 23-10113

13  THE ROMAN CATHOLIC BISHOP OF        Chapter 11
    SANTA ROSA,
14                                      **[NO HEARING REQUIRED]**
           Debtor in Possession.
15

16

17       **MONTHLY PROFESSIONAL FEE STATEMENT FOR FELDERSTEIN
           FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**
18                          **[OCTOBER 2023]**

19  **TO ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD:**

20         **NOTICE IS HEREBY GIVEN** that Felderstein Fitzgerald Willoughby Pascuzzi & Rios

21  LLP, (hereinafter "FFWPR"), attorneys for Debtor and Debtor in Possession The Roman Catholic

22  Bishop of Santa Rosa, hereby files its Monthly Professional Fee Statement for the month of October

23  2023. Pursuant to the Order Establishing Procedures and Authorizing Payment of Professional

24  Fees and Expenses on a Monthly Basis [Dkt. 243], entered by the Court on June 8, 2023, the total

25  legal fees and costs expended by FFWPR on account of the Debtor for the month of October 2023

26  are as follows:

27  ///

28  ///

| Period | Fees | Expenses | Total |
|---|---|---|---|
| October 1 – October 31, 2023 | $59,695.00 | $61.70 | $59,756.70 |
| Net Total Allowed Payments this Statement Period: (80% of Fees and 100% of Costs) | $47,756.00 | $61.70 | $47,817.70 |

The itemized billing statement for the fees and costs billed is attached hereto as ***Exhibit A***. The Net Total Allowed Payments detailed above shall be paid from funds held by the Debtor's estate unless an objection is filed with the Clerk of the Court and served upon FFWPR within 14 days from the date of service of this Statement.

Dated: November 20, 2023

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP


By:*/s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
Attorneys for Debtor and Debtor in Possession
The Roman Catholic Bishop of Santa Rosa

FFWPR MONTHLY PROFESSIONAL FEE
STATEMENT FOR OCTOBER 2023

1    <u>Exhibit A</u>

2    October 2023 Invoice

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**
500 Capitol Mall, Suite 2250
Sacramento, CA 95814



**Diocese of Santa Rosa**
Deacon Joe Oberting
P O Box 1297
Santa Rosa, CA 95402
Email: joberting@srdiocese.org

# Invoice 13056

| Date | Nov 09, 2023 |
|---|---|
| **Terms** | |
| **Service Thru** | Oct 31, 2023 |

**In Reference To: Diocese of Santa Rosa - Post Petition (Biller)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 10/02/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on status of all claims procedures order compliance, documenting same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/02/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review B. Weinstein comments on mediation prep outline (.1). Revise same and consider strategy on mediation prep (.7). Email to R. Kugler, E. Caldie re insurer proposal for mediator for insurance issues (.1). Calls to sources re suggested mediators (.2). Call with R. Charles re parishes and mediation issues (.2). | 1.30 | $ 525.00/hr | $ 682.50 |
| 10/02/2023 | ASK | **B185 - Assumption/Rejection of Leases and Contracts:** Submit Order regarding Chancery lease to court. | 0.10 | $ 0.00/hr | No Charge |
| 10/02/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Email to client team re client call re strategy and status (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/02/2023 | PJP | **L210 - Pleadings:** Committee Adversary: Review and revise draft stipulation and order re Committee adversary proceeding (.6). Email to C. Brady re same (.1). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/02/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Revisions to Motion for Mediation and Mediator. | 1.20 | $ 105.00/hr | $ 126.00 |

| 10/02/2023 | TRP | **B310 - Claims Administration and Objections:** Review updated logs of communications with Child Protection office and F. Jimenez (.7); draft email to F. Jimenez regarding same(.1); draft declaration of F. Jimenez regarding notices of claims bar date (2.0); Draft email to F. Jimenez regarding preliminary draft declaration (.1); draft email to C. Dickenson regarding bar date notice process (.2) emails with C. Dickenson regarding supplemental proof of service (.4). | 3.50 | $ 425.00/hr | $ 1,487.50 |
| 10/02/2023 | TRP | **L210 - Pleadings:** Committee Adversary: Review court order regarding initial disclosures and discovery conference in committee adversary proceeding. (.2); review and revise Stip to order to extend dates (.4); | 0.60 | $ 425.00/hr | $ 255.00 |
| 10/02/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review email from F. Perch regarding proposed mediator for insurance issues. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/03/2023 | PJP | **B160 - Fee/Employment Applications:** Email from court re first interim fee applications approval and orders (.1). Email to E. Caldie re consistent orders (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/03/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Email from A. Moran re mediation strategy (.1). Review and revise draft motion for mediation (2.1). Consider issues re same (.2). | 2.40 | $ 525.00/hr | $ 1,260.00 |
| 10/03/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client call re case status and strategy, mediation planning (.2). Attend call re same (1.5). | 1.70 | $ 525.00/hr | $ 892.50 |
| 10/03/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Emails from and to M. St. James re inquiry about purchase of property (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/03/2023 | TRP | **B410 - General Bankruptcy Advice/Opinions:** Debtor team zoom call regarding ongoing projects and status of bankruptcy case, and mediation preparation. | 1.50 | $ 425.00/hr | $ 637.50 |
| 10/03/2023 | TRP | **B160 - Fee/Employment Applications:** Telephone conference with K. Cifarelli regarding Lloyds demand for Debtor to engage third party administrator. | 0.40 | $ 425.00/hr | $ 170.00 |
| 10/03/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Draft email to W. Bettinelli regarding potential mediator role follow-up (.4); Revise Mediation Motion (.3); Meeting with P Pascuzzi regarding Mediation motion issues (.2) | 0.90 | $ 425.00/hr | $ 382.50 |
| 10/03/2023 | TRP | **L320 - Document Production:** Emails with R. Moran regarding drop box production of documents. | 1.00 | $ 425.00/hr | $ 425.00 |

| 10/03/2023 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with F. Jimenez regarding claims notices and preparing declaration (.5); telephone conference with C. Lyford regarding "publication" steps (.2); Second long telephone conference with C. Lyford regarding publication steps and preparation of declaration (1.0); review emails from C. Lyford regarding communications and requests for publication of notices (.2) Draft detailed email to J. Vetter regarding 47,990 postcard list (.3); review email from F. Jimenez regarding another historical list (.1); telephone conference with F. Jimenez regarding phone contacts (.1) | 2.40 | $ 425.00/hr | $ 1,020.00 |
| 10/03/2023 | PJP | **L210 - Pleadings:** Committee Adversary: Review revised stipulation to extend response time in Committee adversary, emails from and to C. Brady re same (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/04/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review and revise mediation motion (.5). Consider strategy on same (.2). Email to R. Kugler, E. Caldie re same (.2). | 0.90 | $ 525.00/hr | $ 472.50 |
| 10/04/2023 | PJP | **B160 - Fee/Employment Applications:** Email to Dn. Joe and professionals re no objections to August fee notices, status of first interim fee motion orders (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/04/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Revise Mediation Motion (.8); begin drafting Bettinelli declaration in support of mediation motion (.5); review and research appearance by insurance attorneys in relation to 91 scheduled insurance policies (.8); review emails from K. Cifarelli with insurance contacts (.1); review P. Pascuzzi edits to mediation motion (.2); | 2.40 | $ 425.00/hr | $ 1,020.00 |
| 10/04/2023 | TRP | **L320 - Document Production:** Review extensive new priest file for production via dropbox. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/04/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Draft/revise declaration for W. Bettinelli re Mediation motion. | 0.40 | $ 105.00/hr | $ 42.00 |
| 10/04/2023 | TRP | **B310 - Claims Administration and Objections:** Review detailed report of "rejected" addresses from J. Vetter (.2); Series of emails with Sr. Caritas regarding correction to extensive list (.3); Draft email to J. Vetter regarding second postcard notice (.2); conference with A. Kieser regarding process for devising corrected mailing list (.2) emails with C. Lyford regarding Bishop Accountability blog post (.1) | 1.00 | $ 425.00/hr | $ 425.00 |
| 10/04/2023 | TRP | **B160 - Fee/Employment Applications:** Review proposed (third party administrator) contract (.4); zoom meeting with Gallagher firm regarding TPA contract issues (.5); telephone conference with K. Cifarelli regarding TPA contract issues and insurance contacts (.2) | 1.10 | $ 425.00/hr | $ 467.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/05/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review edits from E. Caldie to meditation motion (.2); evaluate and direct research into compilation of complete and updated list of insurer contacts based on schedules, policies, attorney contacts, court filings (1.0); draft email to K. Cifarelli regarding same (.1); revise draft Mediation order (.6); draft detailed email to Bettinelli regarding interested parties to check for connections to bankruptcy case (.6); Review proposed mediation agreement (.2); draft Bettinelli declaration regarding mediation motion (1.0) | 3.70 | $ 425.00/hr | $ 1,572.50 |
| 10/05/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with Sr. Caritas regarding mailing lists for additional postcard (.3); review revised extensive mailing lists (.2); draft email to J. Vetter regarding postcard notice (.3); emails with P. Egloff regarding El Lenador publication (.1); emails with C. Lyford regarding Bishop Accountability posting (.1); review and reply to email from J. Blumberg with comments on proposed unknown claims rep. order (.3); review letter from claimant regarding survivor claim (.1) | 1.40 | $ 425.00/hr | $ 595.00 |
| 10/05/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Revise declaration of W. Bettinelli re mediation | 0.40 | $ 0.00/hr | No Charge |
| 10/06/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on claims procedures order compliance, declarations re same, proof of publication (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/06/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on Committee comments on mediation motion (.2). Review Committee comments on draft motion, revise same (.5). Email to E. Caldie re same (.2). Review and revise mediation motion (.4). Email to E. Caldie, R. Kugler re same (.1). Email to B. Weinstein, D. Galvin, A. Moran re same (.1). | 1.50 | $ 525.00/hr | $ 787.50 |
| 10/06/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Revisions to Exhibit to mediation motion. | 1.50 | $ 105.00/hr | $ 157.50 |
| 10/06/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with J. Vetter regarding USPS handling of second mailing list (.1) emails with Sr. Caritas regarding corrections to mailing lists (.1); revise declaration of C. Lyford regarding compliance with Bar Date Order (1.2); draft email to C. Lyford (.2); Telephone conference with C. Lyford regarding revisions to declaration (.3) | 1.90 | $ 425.00/hr | $ 807.50 |
| 10/06/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Revise contact information chart for insurers relating to 91 policies listed in schedules (.9); revise mediation motion relating to insurers (.6); draft email to K. Cifarelli regarding insurer contact list (.2); telephone conference with K. Cifarelli regarding same (.2) review revised chart from K. Cifarelli (.1) | 2.00 | $ 105.00/hr | $ 210.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/2023 | TRP | **L320 - Document Production:** Review email from M. Turner regarding document production plan (.1); draft reply regarding confidentiality and scope of production (.5). | 0.60 | $ 425.00/hr | $ 255.00 |
| 10/09/2023 | TRP | **B310 - Claims Administration and Objections:** Revise Jimenez Declaration (.7); Emails with F. Jimenez regarding same (.2); Emails with P. Egloff regarding Newspaper affidavits (.3); Review 2 affidavits from San Jose Mercury (.1); Revise Lyford Declaration (.5); Emails with C. Lyford regarding same (.1); revise statement of Compliance with Bar Date Order (1.0); Emails with C. Dickson regarding supplemental proof of service (.2); Review, organize and revise exhibits to Statement of Compliance (.8). | 3.90 | $ 425.00/hr | $ 1,657.50 |
| 10/09/2023 | ASK | **B310 - Claims Administration and Objections:** Revise declaration of Lyford and Phinney, begin compiling their corresponding exhibits re statement of Compliance for claims notice. | 1.80 | $ 105.00/hr | $ 189.00 |
| 10/10/2023 | ASK | **B310 - Claims Administration and Objections:** Draft Exhibit page for statement of compliance re claims notice, finish compiling exhibits for Lyford and Phinney declarations. | 0.90 | $ 105.00/hr | $ 94.50 |
| 10/10/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with E. Caldie and R. Kugler re mediation issues (.3). Consider issues raised by Committee with T. Phinney re same (.2). Email from Bishop Vasa re mediation preparation, review information provided, consider strategy (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/10/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with C. Dickson regarding supplemental proof of service for claims notices (.2); meeting with P. Pascuzzi regarding preparation of Compliance Statement and declarations (.3); Draft email to C. Lyford regarding tracking extensive parish posting of notices etc. (.3) Revise set of exhibits and index of exhibits to Compliance statement (.8); review email from B. Vases regarding survivor claims (.1); | 1.70 | $ 425.00/hr | $ 722.50 |
| 10/10/2023 | TRP | **B190 - Other Contested Matters:** Review status of deadline to remove action and draft email to B. Jennings regarding preparation of motion to extend. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/10/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review comments from committee on mediation motion (.1); review email from P. Pascuzzi to debtor attorneys regarding revisions to mediation motion and initial comments from committee (.1). | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/10/2023 | BJ | **B160 - Fee/Employment Applications:** Draft Monthly Professional Fee Statement for Shapiro, Galvin, Shapiro & Moran; prepare exhibit cover page re same; review/redact litigation billing statements | 1.50 | $ 105.00/hr | $ 157.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/11/2023 | TRP | **B310 - Claims Administration and Objections:** Review series of 27 affidavits from newspapers (.2); draft Statement/Notice regarding 27 proofs of newspaper claims notices (.6); telephone conference with C. Lyford regarding compliance statement and activities of diverse parishes (.5); review and reply to email from Dn. J. Oberting regarding newspaper claims notices (.3); emails with J. Blumberg confirming no objection to proposed order (revised) regarding unknown claims representative (.2). | 1.80 | $ 425.00/hr | $ 765.00 |
| 10/11/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review redline from committee to mediator motion (additional edits) (.1); revise mediation order (.7); revise mediation motion (create redline) (.5); draft email to E. Caldie regarding revisions to mediation motion and order (.6); draft email to D. Galvin and debtor team regarding same (.3); | 2.20 | $ 425.00/hr | $ 935.00 |
| 10/11/2023 | ASK | **B310 - Claims Administration and Objections:** Revise Notice and Statement regarding filing of newspaper proofs and affidavits and compile corresponding exhibits. | 1.10 | $ 105.00/hr | $ 115.50 |
| 10/11/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review Committee comments to mediation motion, consider strategy (.3). Call to E. Caldie re same (.1). Email to D. Galvin, B. Weinstein re same (.1). Call with E. Caldie re mediation motion (.1). Further email to B. Weinstein re same (.2). Email to client team re same (.1). Review and revise proposed mediation order (.3). | 1.20 | $ 525.00/hr | $ 630.00 |
| 10/11/2023 | BJ | **B160 - Fee/Employment Applications:** Additional redactions to the Shapiro billing statements for the September 2023 Monthly Professional Fee Statement. | 0.70 | $ 105.00/hr | $ 73.50 |
| 10/11/2023 | PJP | **B160 - Fee/Employment Applications:** Email to professionals re September fee notices (.1). Email to D. Galvin re Sept SGSM fee notice (.1). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/12/2023 | BJ | **B160 - Fee/Employment Applications:** Review additional invoices re Monthly Professional Fee Statement. | 0.30 | $ 105.00/hr | $ 31.50 |
| 10/12/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Draft email to B. Weinstein regarding mediator candidates (.2); revise proposed declaration of William Bettinelli regarding Mediation motion (.6); draft email to W. Bettinelli regarding same (.2) | 1.00 | $ 425.00/hr | $ 425.00 |
| 10/12/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Call with B. Weinstein re mediation issues (.2). Further call from B. Weinstein re mediation issues (.4). | 0.60 | $ 525.00/hr | $ 315.00 |
| 10/12/2023 | BJ | **B160 - Fee/Employment Applications:** Review and breakdown invoices into categories. | 1.20 | $ 105.00/hr | $ 126.00 |
| 10/13/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Revise Mediation declaration, compile associated exhibits. | 0.60 | $ 0.00/hr | No Charge |
| 10/13/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review Bettinelli declaration re mediation motion (.2). | 0.20 | $ 525.00/hr | $ 105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review and reply to email from W. Bettinelli regarding edits to declaration (.2); accept edits to declaration and make additional edits (.5); conform edits to Mediation motion (.2); draft email to W. Bettinelli with revised declaration and exhibits (.4) | 1.30 | $ 425.00/hr | $ 552.50 |
| 10/13/2023 | TRP | **B310 - Claims Administration and Objections:** Review status of claims available on Donlin website and compare internal list of claims (.2); review email from C. Lyford regarding tracking of perish claims notices (.2) telephone conference with C. Lyford regarding same and other noticing steps (.5); revise statement of compliance with bar date (.6); revise Lyford declaration in support of Statement of compliance (.2); revise Jimenez declaration in support of Statement of compliance (.1); revise Phinney declaration in support of Statement of compliance (.3); | 2.10 | $ 425.00/hr | $ 892.50 |
| 10/13/2023 | BJ | **B190 - Other Contested Matters:** Prepare draft second motion for extension of deadline for removal of civil actions (.8). Review/respond to emails from T. Phinney regarding second motion for extension (.2); review motion for global mediation re same (.3); review original motion for extension (.2) | 1.50 | $ 105.00/hr | $ 157.50 |
| 10/14/2023 | PJP | **B310 - Claims Administration and Objections:** Review draft notice of filing of publication affidavits, exhibits re same (.3). Review and revise draft statement of compliance, Lyford, Jimenez, and Phinney declarations (1.8). | 2.10 | $ 525.00/hr | $ 1,102.50 |
| 10/15/2023 | TRP | **B310 - Claims Administration and Objections:** Draft email to C. Lyford regarding additional responses from third parties regarding claims noticing. | 0.50 | $ 425.00/hr | $ 212.50 |
| 10/16/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on claims procedures order compliance statement, declarations (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/16/2023 | ASK | **B310 - Claims Administration and Objections:** Communicate with DRC regarding conflicting claim numbers and receiving copies of redacted general claims (.2). Organize exhibits for Compliance Statement (.3). | 0.50 | $ 105.00/hr | $ 52.50 |
| 10/16/2023 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with S. Spanos regarding redaction instructions for filing survivor claims (.2); emails with A. Logan regarding revision to instructions on Donlin website (.5); Review Donlin claims tracking system and access to "general" proofs of claim (.3); Detailed emails with C. Dickson to coordinate tracking of Donlin and court claims (.4); meeting with P. Pascuzzi regarding claims noticing compliance statement and supplementing same (.3); Obtain and review exhibits showing Donlin webpages and procedures for survivor claims (.4); review and revise Notice and Statement regarding filing of newspaper proofs with 27 exhibits (.5) | 2.60 | $ 425.00/hr | $ 1,105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/2023 | PJP | **B210 - Business Operations:** Emails from and to Dn. Joe re business issue (.2). Emails from M. St. James re possible interest in real property, emails to him and to Dn. Joe, D. Galvin re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/17/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to Insurer counsel re mediation motion (.2). Review and revise mediation motion, order (.5). Call to Dn. Joe re preparation (.9). Call with R. Charles (parishes) re mediation status (.2). Call with B. Weinstein re mediation issues (.2). | 2.00 | $ 525.00/hr | $ 1,050.00 |
| 10/17/2023 | ASK | **B310 - Claims Administration and Objections:** Finalize, file and instruct for service the Notice and Statement regarding filing of Newspaper Proofs and Affidavits in Compliance with noticing provisions of Bar Date Order. | 0.70 | $ 0.00/hr | No Charge |
| 10/17/2023 | PJP | **B160 - Fee/Employment Applications:** Email to client team re hearing on unknown claims rep motion (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/17/2023 | TRP | **B310 - Claims Administration and Objections:** Review updated instructions on Donlin website (.1); draft email to S. Spanos regarding same (.1); review email from C. Lyford regarding communications with other Diocese regarding notice of claims bar date (.2); review detailed charts from Donlin regarding claims status for general and survivor claims (.3); review internal claims tracking and direct calendaring (.1); review Notice of Stay filed by Shapiro, Glavin, Shapiro & Moran and Proof of Service in JCCP proceeding (.3); emails with R. Moran regarding same (.2); research and compare service list of survivor attorneys with bankruptcy service list for bar date order (.6); revise and supplement Declaration of T. Phinney in support of Compliance Statement (1). | 2.90 | $ 425.00/hr | $ 1,232.50 |
| 10/17/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on service of publication notices proofs (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/18/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on claims procedures order compliance (.2). Consider issues on filed survivor claims, access to client, Committee and insurers (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/18/2023 | ASK | **B110 - Case Administration:** File Monthly Operating Report for September 2023. | 0.20 | $ 0.00/hr | No Charge |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2023 | TRP | **B310 - Claims Administration and Objections:** Review Rockville decisions regarding due process and "actual notice" dispute regarding claims bar date order (.2); prepare for court hearing regarding appointment of Unknown Claims Rep (.3); appear at hearing (.2); review and revise final proposed order regarding Claims Rep (.4); draft email to US Trustee and Committee regarding proposed order (.2); revise and supplement Statement of Compliance with bar date order (1.8); revise and supplement exhibits in support of compliance statement (.6); revise declaration of F. Jimenez (.1); draft email to F. Jimenez regarding same (.2); revise declaration of C. Lyford (.4); draft email to C. Lyford regarding same (.4) | 4.80 | $ 425.00/hr | $ 2,040.00 |
| 10/18/2023 | PJP | **B310 - Claims Administration and Objections:** Prepare for hearing on motion to appoint unknown claims representative (.4 - no charge). Attend same by Zoom (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/18/2023 | PJP | **B110 - Case Administration:** Emails from and to D. Greenblatt re September monthly operating reports, attention to filing (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/18/2023 | BJ | **B160 - Fee/Employment Applications:** Review Weinstein billing statements and prepare category breakdown (.9). Draft Monthly Fee Statement for Weinstein & Numbers (.6). | 1.50 | $ 105.00/hr | $ 157.50 |
| 10/19/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Review and revise motion to appoint mediators (.7). Email from M. Weiss for insurers requesting more time, consider issues re same (.2). Email to B. Weinstein re same (.1). Email to R. Kugler, E. Caldie re same (.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/19/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** Organize list of insurance companies and create additional service list for Mediation Motion. | 1.60 | $ 105.00/hr | $ 168.00 |
| 10/19/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with R. Kugler and T. Fehr regarding Unknown Claims Rep Order (.1) telephone conference with Judge Hogan regarding granting of Motion (.3) review order entered and draft email to J. Hogan regarding same (.1); emails with F. Jimenez regarding compliance declaration (.1); emails with C. Lyford regarding declaration (.3); review updated chart of survivor claims (.3); email with C. Dickson regarding same (.1). | 1.30 | $ 425.00/hr | $ 552.50 |
| 10/19/2023 | TRP | **L320 - Document Production:** Review extensive proposed protective order from Lloyds attorney. | 1.20 | $ 425.00/hr | $ 510.00 |
| 10/19/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Revise Mediation motion (.8); draft notice of hearing (1); revise proposed order (.5); draft email to R. Kugler and E. Caldie regarding revised mediation motion (.4); review and revise special service list for numerous insurers (.4); draft email to K. Cifarelli regarding same (.1); telephone conference with K. Cifarelli regarding insurer contact information and status of diverse policies and insurance companies (.5). | 3.70 | $ 425.00/hr | $ 1,572.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Email to insurers re mediation motion status (.2). Call with T. Phinney re mediation motion (.2). Email to R. Kugler and E. Caldie re mediator for insurance issues (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 10/20/2023 | ASK | **L160 - Settlement/Non-Binding ADR:** File and arrange service for Mediation Motion. | 0.40 | $ 0.00/hr | No Charge |
| 10/20/2023 | ASK | **B160 - Fee/Employment Applications:** Initial draft of Ordinary Course Professional Quarterly Statement. | 0.50 | $ 105.00/hr | $ 52.50 |
| 10/20/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Emails with E. Caldie regarding mediation motion (.1); review and revise detailed supplemental service list regarding insurers (.4) revise mediation motion (.5); revise proposed order (.4); revise notice of hearing (.2). | 1.60 | $ 425.00/hr | $ 680.00 |
| 10/20/2023 | TRP | **B310 - Claims Administration and Objections:** Revise Notice and Statement of Compliance with Bar Date Order (1.6); revise exhibits in support of Statement (.7); revise T. Phinney declaration (.7); research regarding services issue and case counts in JCCP 5108 (.6); emails with R. Moran regarding same (.2); review email from R. Simons regarding same (.1); review updated survivor claim chart and email with C. Dickson regarding same (.2). | 4.10 | $ 425.00/hr | $ 1,742.50 |
| 10/20/2023 | TRP | **B160 - Fee/Employment Applications:** Review Ordinary Course Professional order (.1); draft email to Dn. J. Oberting regarding filing quarterly statement (.1); initial drafting of Notice of Quarterly Statement (.2) | 0.40 | $ 425.00/hr | $ 170.00 |
| 10/20/2023 | PJP | **B160 - Fee/Employment Applications:** Review Committee monthly fee notices--Stinson, KBK, Burns and Bair (.3). Email to client team re same (.1). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/23/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Draft agenda for client call (1.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/23/2023 | PJP | **B310 - Claims Administration and Objections:** Consider issues on survivor claims count, supplement count, other related claims (.2). Consider issues on access to claims (.3). Email to client team re preliminary claims numbers (.2). | 0.70 | $ 525.00/hr | $ 367.50 |
| 10/23/2023 | ASK | **B310 - Claims Administration and Objections:** Review/organize claims chart received from Donlin. | 0.50 | $ 105.00/hr | $ 52.50 |
| 10/23/2023 | TRP | **B310 - Claims Administration and Objections:** Draft email to E. Caldie and R. Kugler regarding Survivor Claims (.2); review and organize status of confidentiality Agreements regarding Survivor Claims (.5); draft detailed email to Judge Hogan regarding initiation of Unknown Claims Representative role (.8); draft detailed email to C. Dickson regarding access to Survivor Proof of Claims for "permitted parties" (.5). | 2.00 | $ 425.00/hr | $ 850.00 |
| 10/23/2023 | TRP | **L320 - Document Production:** Review extensive priest files and privilege logs (1.2); draft detailed email to R. Moran regarding redaction and production issues (.6) | 1.80 | $ 425.00/hr | $ 765.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/23/2023 | TRP | **B190 - Other Contested Matters:** Review and revise Motion to Extend Time to Remove Action. | 0.60 | $ 425.00/hr | $ 255.00 |
| 10/24/2023 | PJP | **B310 - Claims Administration and Objections:** Emails from and to A. Kieser re claims report from Donlin (.2). Review spreadsheet re same (.2). | 0.40 | $ 525.00/hr | $ 210.00 |
| 10/24/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Review and revise client team call agenda, email to client team re same (.3). | 0.30 | $ 525.00/hr | $ 157.50 |
| 10/24/2023 | ASK | **L320 - Document Production:** Create dropbox of survivor claims for Weinstein and Galvin team. | 0.50 | $ 105.00/hr | $ 52.50 |
| 10/24/2023 | TRP | **L320 - Document Production:** Review and reply to detailed email from R. Moran regarding production of priest files (.6); consider and direct process for access to proof of claims by Committee and Debtor teams (.5). | 1.10 | $ 425.00/hr | $ 467.50 |
| 10/24/2023 | PJP | **L320 - Document Production:** Review proposed protective order from insurers, consider strategy (1.1). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/24/2023 | TRP | **B310 - Claims Administration and Objections:** Review claimant letter (.2); draft email to F. Jimenez re same (.2); review and initial analysis of survivor claims and claims chart (.5); review proposed "Confidentiality and Protective Order" and agreement from insurer counsel (1.0); compare with CA Northern District form orders and order proposed in Oakland Diocese cases (.8); draft redline edits to proposed order (.8); review and reply to email from Dn. J. Oberting regarding proof of claim received in the mail (.1). | 3.60 | $ 425.00/hr | $ 1,530.00 |
| 10/24/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Review Proof of Service regarding Mediation Motion and draft email regarding amending Proof of Service. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/25/2023 | PJP | **B410 - General Bankruptcy Advice/Opinions:** Prepare for client team call (.3). Attend same (1.2). | 1.50 | $ 525.00/hr | $ 787.50 |
| 10/25/2023 | TRP | **B310 - Claims Administration and Objections:** Telephone conference with P. Cabrera regarding Detroit Archdiocese claims (.1); draft email to P. Cabrera regarding same (.1); draft email to Dn. J. Oberting regarding same (.1). | 0.30 | $ 425.00/hr | $ 127.50 |
| 10/25/2023 | TRP | **L320 - Document Production:** Direct organization of drop box for survivor claim information (.4); draft emails to Debtor attorney teams regarding access (.2); draft detailed email to B. Weinstein regarding protection orders, Proof of Claim confidentiality agreements, and production of records to diverse insurers (1.0). | 1.60 | $ 425.00/hr | $ 680.00 |
| 10/25/2023 | TRP | **B410 - General Bankruptcy Advice/Opinions:** Debtor team zoom meeting regarding bankruptcy status, mediation. | 1.20 | $ 425.00/hr | $ 510.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 10/25/2023 | TRP | **B160 - Fee/Employment Applications:** Review lengthy Third Party Agreement proposed by Gallagher Basset (.8); emails w/ Lauren Zanbelli regarding separate "Services Agreement" and review example Service Agreement (.3); draft redline in Third Parte Agreement (.8); draft email to K. Cifarelli and B. Weinstein regarding same (.3). | 2.20 | $ 425.00/hr | $ 935.00 |
| 10/25/2023 | TRP | **B160 - Fee/Employment Applications:** Emails with D. Blum and Dn. J. Oberting regarding Ordinary Course Professional Quarterly Statements. | 0.20 | $ 425.00/hr | $ 85.00 |
| 10/26/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Emails from and to R. Kugler re mediators issues (.2). Email to M. Weiss and other insurer counsel re mediator issues (.2). Email from and call from P. Gaspari re mediation (.2). | 0.60 | $ 525.00/hr | $ 315.00 |
| 10/26/2023 | TRP | **B160 - Fee/Employment Applications:** Review and revise Notice of Quarterly Ordinary Course Professionals statement (.3); draft Notice of Supplemental Ordinary Course Professional (Gallagher) (.4); draft email to L. Zambelli regarding Ordinary Course Professionals Questionnaire and Declaration (.2). | 0.90 | $ 425.00/hr | $ 382.50 |
| 10/26/2023 | TRP | **B160 - Fee/Employment Applications:** Draft redline of Third Party Agreement (.8) draft email to L. Zambelli with redline Third Party Agreement (.1). | 0.90 | $ 425.00/hr | $ 382.50 |
| 10/26/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with P. Cabrera regarding Detroit Archdiocese claim (.1); draft email to Blaise Curet regarding Proof of Claim Confidentiality Agreement and draft Protective Order (.5); telephone conference with E. Jones regarding draft Confidentiality Agreement and Protective Order (.4); draft email to D. Calvin and A. Moran regarding proposed Protective Order (.2); draft email to R. Kugler and E. Caldie regarding insurer proposed global Protective Order (.6); | 1.80 | $ 425.00/hr | $ 765.00 |
| 10/26/2023 | TRP | **L320 - Document Production:** Review Mission Diocese records for committee production. | 0.80 | $ 425.00/hr | $ 340.00 |
| 10/26/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Emails with R. Kugler regarding Mediation candidates. | 0.10 | $ 425.00/hr | $ 42.50 |
| 10/26/2023 | TRP | **L320 - Document Production:** Review and organize records for production to Committee. | 3.00 | $ 425.00/hr | $ 1,275.00 |
| 10/27/2023 | PJP | **L210 - Pleadings:** Committee v Debtor Adversary: Draft further stipulation to extend responsive pleading deadline, order re same (.5). | 0.50 | $ 525.00/hr | $ 262.50 |
| 10/27/2023 | TRP | **B310 - Claims Administration and Objections:** Emails with C. Dickson regarding categorization of Proof of Claims (.1); Review four special creditor Proof of Claims (.4). | 0.50 | $ 425.00/hr | $ 212.50 |
| 10/27/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Research regarding mediator Janet Fields (.5); telephone conference with J. Fields regarding potential role (.4). | 0.90 | $ 425.00/hr | $ 382.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/27/2023 | TRP | **B160 - Fee/Employment Applications:** Draft email to Dcn. Oberting regarding Ordinary Course Professional Quarterly Statement. | 0.10 | $ 425.00/hr | $ 42.50 |
| 10/27/2023 | TRP | **L320 - Document Production:** Review and organize Mission Diocese records for production to Committee. | 2.20 | $ 425.00/hr | $ 935.00 |
| 10/27/2023 | PJP | **L320 - Document Production:** Consider issues on document production to Committee (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/30/2023 | PJP | **B110 - Case Administration:** Email to C. Dickson re updated service list (.1). | 0.10 | $ 525.00/hr | $ 52.50 |
| 10/30/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on mediator (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/30/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Draft email to B. Weinstein and D. Glavin regarding potential mediator (.4); draft email to potential mediator regarding role as mediator and terms of compensation (.3). | 0.70 | $ 425.00/hr | $ 297.50 |
| 10/30/2023 | TRP | **B160 - Fee/Employment Applications:** Revise Quarterly Ordinary Course Professional Statement. | 0.30 | $ 425.00/hr | $ 127.50 |
| 10/30/2023 | TRP | **B320 - Plan and Disclosure Statement:** Research regarding non-monetary obligations of Debtors in recent Diocese Ch 11 plans (Camden, Harrisburg, Agana) | 2.40 | $ 425.00/hr | $ 1,020.00 |
| 10/30/2023 | TRP | **B310 - Claims Administration and Objections:** Review selected Survivor Proofs of Claim (1.0); review revised claims chart from Donlin (.4); direct analysis and organization of filed survivor claims (.8) | 2.20 | $ 425.00/hr | $ 935.00 |
| 10/30/2023 | PJP | **B150 - Meetings of and Communications with Creditors:** Call from creditor lawyer re case issues (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/31/2023 | PJP | **L160 - Settlement/Non-Binding ADR:** Consider issues on review of survivor claims for mediation preparation (.5). Email to A. Moran, D. Galvin, B. Weinstein, client team re mediation preparation, other participants (.6). | 1.10 | $ 525.00/hr | $ 577.50 |
| 10/31/2023 | PJP | **L210 - Pleadings:** Committee Adversary: Email to R. Kugler, E. Caldie re further stipulation on responsive pleading (.2). | 0.20 | $ 525.00/hr | $ 105.00 |
| 10/31/2023 | ASK | **B310 - Claims Administration and Objections:** Review and make notes on submitted claims. | 1.80 | $ 105.00/hr | $ 189.00 |
| 10/31/2023 | TRP | **L160 - Settlement/Non-Binding ADR:** Email with potential mediator regarding compensation (.1); review 2023 and 2024 compensation schedules (.5); emails with potential mediator assistant regarding possible adjustment of rates (.4). | 1.00 | $ 425.00/hr | $ 425.00 |
| 10/31/2023 | TRP | **B320 - Plan and Disclosure Statement:** Further research regarding non-monetary obligations of Debtors in recent Diocese Ch 11 plans (Camden, Harrisburg, Agana) | 2.70 | $ 425.00/hr | $ 1,147.50 |

| 10/31/2023 | TRP | **B310 - Claims Administration and Objections:** Draft email to R. Kugler and E. Caldie regarding edits to Confidential and Protective Order (.4); draft email to large insurer group with redline edits to detailed Confidential and Protective Order (.5); Review and research 10 detailed "special creditor" Proofs of Claim based upon indemnity litigation claims as co-defendants or potential co-defendants (1.0); review information in schedules and internal lawsuit tracker regarding same (.9). | 2.80 | $ 425.00/hr | $ 1,190.00 |
| 10/31/2023 | TRP | **B190 - Other Contested Matters:** Draft Notice of Hearing on 2nd Motion to Extend Removal Deadline (.5); revise motion (.3) | 0.80 | $ 425.00/hr | $ 340.00 |

**In Reference To: Diocese of Santa Rosa - Post Petition (Expenses)**

| Date | By | Expenses | Amount |
|------|-----|----------|--------|
| 10/31/2023 | FA | Pacer - August & September 2023 (617 Pages) | $ 61.70 |

| | |
|---|---|
| **Total Hours** | 151.80 hrs |
| **Total Biller** | $ 59,695.00 |
| **Total Expenses** | $ 61.70 |
| **Total Invoice Amount** | $ 59,756.70 |
| **Previous Balance** | **$ 153,907.99** |
| 10/30/2023 Payment - Trust Account Payment taken from the Trust Account per Order | ($94,267.65) |
| **Balance (Amount Due)** | **$ 119,397.04** |

**Trust Account Summary**

**Billing Period: 10/02/2023 - 11/09/2023**

**Matters: Diocese of Santa Rosa - Post Petition**

| Total Deposits | Total Disbursements | Current Balance |
|---|---|---|
| $94,267.65 | $94,267.65 | $0.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 10/13/2023 | Received From-Diocese of Santa Rosa | $94,267.65 | | $94,267.65 |
| 10/30/2023 | Applied to invoice #12578 | | $10,216.50 | $84,051.15 |
| 10/30/2023 | Applied to invoice #12645 | | $10,459.15 | $73,592.00 |
| 10/30/2023 | Applied to invoice #12705 | | $11,770.60 | $61,821.40 |
| 10/30/2023 | Applied to invoice #12791 | | $9,995.20 | $51,826.20 |
| 10/30/2023 | Applied to invoice #12834 | | $9,835.00 | $41,991.20 |
| 10/30/2023 | Applied to invoice #12938 | | $41,991.20 | $0.00 |

**User Hours Summary**

**Billing Period: 10/02/2023 - 10/31/2023**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---|---|---|
| Paul J Pascuzzi | 29.20 | $ 525.00 | $ 15,330.00 |
| Thomas R Phinney | 99.20 | $ 425.00 | $ 42,160.00 |
| Allison Kieser | 14.30 | $ 105.00 | $ 1,501.50 |
| Allison Kieser | 2.40 | $ 105.00 | $ 0.00 |
| Brenda Jennings | 6.70 | $ 105.00 | $ 703.50 |