1  PAUL J. PASCUZZI, State Bar No. 148810
   JASON E. RIOS, State Bar No. 190086
2  THOMAS R. PHINNEY, State Bar No. 159435
   FELDERSTEIN FITZGERALD
3  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
4  Sacramento, CA  95814
   Telephone: (916) 329-7400
5  ppascuzzi@ffwplaw.com
   tphinney@ffwplaw.com
6
   Attorneys for
7  The Roman Catholic Bishop of Santa Rosa

8              UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SANTA ROSA DIVISION

11

12 | In re:                              | Case No.  23-10113

13 | THE ROMAN CATHOLIC BISHOP OF        | Chapter 11
   | SANTA ROSA,
14 |
   |        Debtor In Possession.        | Date:      November 17, 2023
15 |                                     | Time:      11:00 a.m.
   |                                     | Location:  1300 Clay Street, Ctrm. 215
16 |                                     |            Oakland, CA  94612
   |                                     |            [In person or via Zoom]
17 |                                     | Judge:     Hon. Charles Novack

18

19    **DECLARATION OF JANET RUBIN FIELDS IN SUPPORT OF DEBTOR'S MOTION**
      **FOR ENTRY OF AN ORDER REFERRING PARTIES TO GLOBAL MEDIATION,**
20    **APPOINTING MEDIATOR AND GRANTING RELATED RELIEF**

21         I, Janet Rubin Fields, hereby declare and state as follows:

22         1.      I am an attorney, duly admitted in the State of California.  I am presently a full-time

23 mediator for 23 years with Judicate West, and have a specialization in sexual abuse claims

24 mediation.  I submit this declaration in support of the *Motion for Entry of an Order Referring*

25 *Parties to Global Mediation, Appointing Mediator and Granting Related Relief* (the "Motion").

26 Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to

27 them in the Motion.

28

2.      I am informed that I have been proposed by insurers in the case, and that the Debtor has agreed, after consultation with the Committee and other parties, to seek my engagement as a mediator in the above-captioned case.

3.      I have extensive experience in conducting mediations, having mediated and resolved over 6000 cases with an emphasis on sexual abuse claims litigation in the last several years. Attached hereto as *Exhibit 1* is a copy of my Curriculum vitae.

4.      I have made the following investigation of disinterestedness and connections prior to submitting this Declaration: In connection with my proposed retention as Mediator, I was provided a Schedule of Interested Parties, a copy of which is attached hereto as *Exhibit 2*. I reviewed the Schedule of Interested Parties and concluded that I do not have any conflicts with any of the entities or individuals listed therein. I am not mediating claims against other dioceses and have not been hired as a claims reviewer for any plaintiff firms in group settlements or for any trusts.

5.      Certain counsel representing Tort Claimants in this case have also represented Plaintiffs in other unrelated abuse and other subject matter cases which I was involved as a Mediator. Certain counsel representing insurance companies in this case have also represented the insurance companies in other unrelated abuse and other subject matter cases in which I was involved as the Mediator.

6.      I lived in Sonoma County, attended Sonoma State from 1974-1978, Empire College of Law through 1984 during which time I worked as a legal secretary for Sonoma County lawyers none of which are listed on the Schedule of Interested Parties.

7.      To the best of my knowledge and information available, I have no connection with the Debtor or any other party in interest in these Cases. Certain counsel representing Tort Claimants in this case have also represented plaintiffs in other cases which I was involved as a Mediator.

8.      To the best of my knowledge, I do not represent any interest adverse to the Debtor or any party in interest in the matters upon which I am to be engaged.

9.      I am not affiliated nor have any connection with the Office of the United States Trustee or any of its employees.

10. I have not received any transfer, assignment or pledge of property of the Debtor's estate or any of the Tort Claimants as of the date of this Declaration.

11. I have not shared or agreed to share with any other person, other than with my mediation company Judicate West, any compensation to be paid with respect to these Cases.

12. The terms agreed to with the Debtor, subject to Court approval, are described below. Certain insurers that will be participating in the mediation have agreed to pay 50% of my monthly compensation in this case. I have agreed, as an accommodation, to use my 2023 compensation rates for this mediation process notwithstanding that my 2024 rates are about 19% higher. My hourly rate is $1,260/hour (2023 rate). There is also a $375 fee per party.

13. I expect to impose the $375 "per party" fee for the insurers collectively rather than for each insurer. The compensation terms are that the per party fee applies each time there is a blocked out mediation session, but will not apply to smaller meetings. I will also seek reimbursement of reasonable out of pocket expenses and costs. I understand that all pre-confirmation hourly rates, fees and expenses are subject to approval by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 5, 2023 at Los Angeles, California.

*Janet Rubin Fields*
Janet Rubin Fields

# EXHIBIT 1



# Janet Rubin Fields, Esq.



Since 1999, Janet has mediated and resolved over 6,000 cases. Over the years her practice has evolved to specialize in highly sensitive cases, particularly those involving sexual assault, molestation, and abuse. Her view is that every dispute is different and while the law and the facts may be similar, it's the parties who make each mediation unique. She thoroughly prepares for each case and her enthusiasm and optimism to achieve a resolution are apparent. She is known for her unwavering commitment as she will follow up with the parties for as long as it takes, whether it is weeks, months, or even years later, constantly offering new and creative solutions in order to obtain a settlement. One attorney commented, "Janet recognizes that disputes are about people, and she gets the human element." Another said, "I select Janet on cases that have many different and difficult dynamics. The issues are usually complex with multiple layers of insurance, and many different personalities, and knowing that these cases are hard to settle in one session, I need a mediator who will stick with it. Janet has a proven track record and gets it done!"

| | |
|---|---|
| **MEDIATION** | This neutral is available only for cases involving Mediation |
| **LEGAL EXPERIENCE** | • Neutral, Judicate West (2004-Present)<br>• Full time Neutral (1999-Present)<br>• Arbitrator (1999-2008)<br>• Partner, Fields & Fields, specializing professional liability plaintiff and defense (1993-1999)<br>• Trial Attorney, specializing plaintiff's personal injury, commercial litigation, professional liability and real estate (1989-1993) |
| **EDUCATION & PROFESSIONAL AFFILIATIONS** | • J.D., Empire College of Law, Santa Rosa (1984)<br>• B.A., Sonoma State University (1978)<br>• Pepperdine University, School of Law, Straus Institute for Dispute Resolution, "Masters in Mediation"<br>• International Academy of Mediators, Fellow and Board of Governors<br>• Los Angeles County Bar Association, Member |
| **PRACTICE AREAS** | Business/Commercial, Employment, Insurance, Professional Malpractice, Real Estate, Tort |
| **ACHIEVEMENTS** | • Speaker, "Resolving Cases Virtually: Plaintiff & Defense Perspectives," Webinar (November 2020)<br>• Recognized each year by Los Angeles Magazine as one of California's "Super Lawyers", in the field of Alternative Dispute Resolution since 2002.<br>• Selected by the Daily Journal as one of the "Top Neutrals in California" consecutively from 2007-2015. |
| **INTERESTS** | Ms. Rubin Fields relishes family and friend time, enjoys golf, snow skiing, cooking, wine, traveling, and collects salt and pepper shakers. |
| **LOCATIONS** | Los Angeles, All of California |

**WWW.JUDICATEWEST.COM | 800-488-8805**

# EXHIBIT 2

# SCHEDULE OF INTERESTED PARTIES

**The Debtor**

The Roman Catholic Bishop of Santa Rosa

**Parishes and Missions**

Cathedral of St. Eugene

Christ the King Church

Church of the Assumption

Holy Family Church

Holy Spirit Church

Our Lady of Good Counsel Church

Our Lady of Guadalupe Church

Our Lady of Perpetual Help Church

Our Lady of the Redwoods Church

Our Lady Queen of Peace Church

Resurrection Church

Sacred Heart Church

St. Aloysius Church

St. Anthony Church

St. Anthony of Padua Church

St. Apollinaris Church

St. Bernard Church

St. Elizabeth Ann Seton Church

St. Elizabeth Church

St. Francis Solano Church

St. Helena Church

St. James Church

St. Joan of Arc Church

St. John the Baptist Church (Healdsburg)

St. John the Baptist Church (Napa)

St. Joseph Church (Cotati)

St. Joseph Church (Crescent City)

St. Joseph Church (Fortuna)

St. Joseph Church (Middletown)

St. Leo the Great Church - Boyes Hot Springs

St. Mary Church

St. Mary Immaculate Church

St. Mary of the Angels Church

St. Peter Church

St. Philip the Apostle Church

St. Rose of Lima Church

St. Sebastian Church

St. Thomas Aquinas Church

St. Vincent de Paul Church

Star of the Valley Church

Blessed Sacrament (Elk)

Holy Family (Rutherford)

Holy Trinity (Trinidad)

Mary, Star of the Sea (Gualala)

Our Lady of Mt. Carmel (Asti)

Our Lady Queen of Peace (Covelo)

Our Lady of the Lakes (Loch Lomond)

Our Lady of the Pines (Cobb)

Queen of the Rosary (Lucerne)

Case: 23-10113   Doc# 535   Filed: 12/07/23   Entered: 12/07/23 15:57:09   Page 7 of 12

St Catherine of Siena (Monte Rio)

St Colman (Cazadero)

St Elizabeth Seton (Philo)

St Francis (Hopland)

St Joseph (Blue Lake)

St Joseph (Eureka)

St Kateri Tekakwitha (Hoopa)

St Patrick (Loleta)

St Patrick (Petrolia)

St Peter (Kelseyville)

St Robert & St Ann (Klamath)

St Teresa of Avila (Bodega)

Vietnamese Martyrs (Santa Rosa)

**Schools**

Archbishop Hanna School for Boys

Cardinal Newman High School

Justin-Siena High School

Kolbe-Trinity School

St. Apollinaris School

St. Bernard School

St. Eugene School

St. Francis Solano School

St. John the Baptist School (Healdsburg)

St. John the Baptist School (Napa)

St. Mary of the Angels School

St. Rose School

St. Vincent de Paul Elementary

St. Vincent de Paul High School

**Leadership and Officers**

Most Reverend Robert F. Vasa, Bishop and Chief Executive Officer

Rev. Samuel Moses Brown, Vicar General / Chancellor

Rev. Fergal McGuinness, Judicial Vicar

Deacon Joe Oberting, Chief Financial Officer

Doug Blum, Controller

**Banks**

Merrill Lynch

PNC Bank

Summit State Bank

U.S. Bank

Wells Fargo Bank

**Insurers and Brokers**

Catholic Mutual Group

Continental Casualty/CNA

Employers Reinsurance/Puritan/Swiss Re

Fireman's Fund

Insurance Company State of Pennsylvania/AIG

Interstate Casualty Co./Allianz

Lloyd's

Northern Insurance Co. of New York/Zurich

Pacific Indemnity/Insurance Co. of North America/Chubb

Phoenix Assurance Co.

The Ordinary Mutual

Case: 23-10113    Doc# 535    Filed: 12/07/23    Entered: 12/07/23 15:57:09    Page 8 of 12

Arthur J. Gallagher & Co.

**Certain Ordinary Course Professionals**

Boden Klein & Sneesby

Bohbot & Riles, PC

Law Office of Helaine C. Cunanan

Shapiro Galvin Shapiro & Moran

Weinstein & Numbers LLP

**Parties to Litigation[1]**

**Counsel to Litigation Parties**

Abbey, Weitzenberg, Warren & Emery

Allen, Glaessner, Hazelwood & Werth, LLP

Andreozzi + Foote

Andrews & Thornton

Arias Sanguinetti Wang & Torrijos LLP

Aylstock, Witkin, Kreis & Overholtz PLLC

Baer Treger LLP

Beck Law P.C.

Bledsoe, Diestel, Treppa & Crane LLP

Bonagofsky & Weiss

Boucher LLP

Christopher T. Aumais, Attorney at Law

DiMarco Araujo Montevideo

DLA Piper LLP

Dolen, Tucker, Tierney & Abraham

Donahoo & Associates, P.C.

Drivon Law Firm LLP

Edwards & De La Cerda, PLLC

Fiore Achermann

Fiumara Law, P.C

Foley & Lardner, LLP

Foran Glennon Palandech Ponzi & Rudloff PC

Forester Haynie PLLC

Franck & Associates

Furtado, Jaspovice & Simons

Gomez Trial Attorneys

Gordon Rees Scully Mansukhani, LLP

Greenberg Traurig LLP

Greene & Roberts

Gross & Belsky P.C.

Herman Law

Howie & Smith, LLP

Jackson Lewis P.C.

James, Vernon & Weeks, P.A.

---

[1] The names of certain individual plaintiffs are redacted consistent with the Debtor's *Motion for Entry of Interim and Final Orders (I) Authorizing and Approving Special Noticing and Confidentiality Procedures, (II) Authorizing and Approving Procedures for Providing Notice of*

*Commencement, and (III) Granting Related Relief.* The Debtor will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and any official committees appointed in this chapter 11 case upon request.

Jeff Anderson & Associates

Josephs and Blum

Justice Law Collaborative, LLC

Kabateck LLP

Kaufman Dolowich Voluck, LLP

Ketterer, Browne & Associates, LLC

Krankemann Law Offices P.C.

Kronenberg Law, PC

Law Office of Beth C. Hopwood

Law Office of Davey L. Turner

Law Office of Thomas A. Johnson

Law Offices of Joseph C. George, Ph.D.

Law Offices of Mark R. Mittelman P.C.

Levin Simes Abrams

Lewis Brisbois Bisgaard & Smith LLP

Liakos Law, APC

Manly, Stewart & Finaldi

Mary Alexander & Associates, P.C.

Matthews & Associates

McCormick, Barstow, Sheppard, Wayte & Carruth LLP

Neumiller & Beardslee

Nye, Stirling, Hale & Miller, LLP

Panish Shea Boyle Ravipudi LLP

Paul Mones, P.C.

Pearson Warshaw, LLP

Peiffer Wolf Carr Kane Conway & Wise

Pfau Cochran Vertetis Amala PLLC

Reich & Binstock, LLP

Ribera Law Firm

Rice & Bloomfield, LLP

Saunders & Walker, P.A.

Schmidt National Law Group

Shapiro, Galvin, Shapiro & Moran

Slater Slater Schulman LLP

The Keane Law Firm, P.C.

The Zalkin Law Firm, P.C.

Thompson Law Offices

Van Blois Law

Walkup Melodia Kelly & Schoenberger

Waters Kraus & Paul

Weinstein & Numbers, LLP

Weintraub I Tobin

Winer, Burritt & Scott, LLP

Wood, Smith, Henning & Berman LLP


**Parties to Contracts with the Debtor**

Accufund Inc.

Archdiocese of Detroit

Archdiocese of San Francisco

Bay Alarm

Card Service Center

ComputerWorks NFP Solutions

Diocesan Fiscal Management Conference

Down To Earth Solutions, LLC

HealthSCOPE Benefits, Inc.

Lockton Investment Advisors LC

Case: 23-10113   Doc# 535   Filed: 12/07/23   Entered: 12/07/23 15:57:09   Page 10 of 12

Mitel Networks Corp.

Nicolay Consulting Group

ParishSOFT LLC

Pitney Bowes

Quadient Inc.

Right Networks

SofterWare Inc.

TIAA FSB

TPx Communications

UMR (United HealthCare)

### Restructuring Professionals

Donlin, Recano & Company, Inc.

Felderstein, Fitzgeral, Willoughby, Pascuzzi & Rios LLP

GlassRatner Advisory & Capital Group LLC d/b/a B. Riley Advisory Services

### Significant Vendors

American Solutions for Business

Healdsburg Printing

J. Warner Enterprises

U.S. Postal Service

### Significant Utility Providers

Allstream

AT&T Mobility

AT&T Teleconference Services

City Of Santa Rosa

Comcast

Mitel

Pacific Gas & Electric

Penngrove Water

TPX Communications

### Taxing Authorities

California Department of Motor Vehicles

California Department of Tax and Fee Administration

California Employment Development Department

California Franchise Tax Board

Lake County Tax Collector

Sonoma County Tax Collector

### Government Agencies

California Secretary of State

Sonoma County Clerk-Recorder

U.S. Department of Homeland Security

### Attorneys for the United States Trustee's Office for the Northern District of California, San Francisco Office

Christina Goebelsmann

Elvina Rofael

Yung Nor Wong

### Judges for the U.S. Bankruptcy Court for the Northern District of California, Santa Rosa Division

Hon. Roger L. Efremsky

Hon. William Lafferty

Case: 23-10113   Doc# 535   Filed: 12/07/23   Entered: 12/07/23 15:57:09   Page 11 of 12

Hon. Dennis Montali

Hon. Charles Novack

**<u>Other Religious Entities</u>**

Brother William Farrington

Brothers of the Christian Schools

California Catholic Conference

Capuchin Franciscan Order

Carondelet High School

Catholic Cemeteries

Catholic Charities of the Diocese of Santa Rosa

Catholic Community Foundation of Santa Rosa

Catholic University of America

Congregation of Christian Brothers of Hawaii, Inc. dba Damien Memorial School

Doe Religious Order

Franciscan Friars of California, Inc. dba The Province of St. Barbara Franciscans

Hanna Boys Center

Liaison Counsel for Institutional Defendants

Marian Sisters of Santa Rosa

Roman Catholic Welfare Corp. of Santa Rosa

Santa Clara University

Sisters of St. Joseph

Sisters of St. Joseph of the Third Order of St. Francis

Society of the Divine Word, Western Province

St. Gregory the Great Seminary

St. Patrick Seminary

Stephen Kiesle

The Roman Catholic Archbishop of San Francisco

The Roman Catholic Bishop of Fresno

The Roman Catholic Bishop of Monterey

The Roman Catholic Bishop of Oakland

The Roman Catholic Bishop of Sacramento

The Roman Catholic Bishop of Stockton

The Salesians Society

USA West Province of the Society of Jesus

Case: 23-10113   Doc# 535   Filed: 12/07/23   Entered: 12/07/23 15:57:09   Page 12 of 12