# EXHIBIT A



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Roman Catholic Bishop of Santa Rosa**

Issue Date : 12/11/2023
Bill # : 01304
Due Date : Upon Receipt

**Matter:** Insurance

**PROFESSIONAL SERVICES RENDERED**

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/16/2023 | Jesse Bair | Review and edit Burns Bair invoice for inclusion in monthly fee application (.2); | 0.20 | $180.00 |
| 11/17/2023 | Brenda Horn-Edwards | Draft Burns Bair monthly professional fee statement (.3); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.50 | $170.00 |
| 11/20/2023 | Jesse Bair | Review and finalize Burns Bair fee submission (.2); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **0.90** | **$530.00** |

### Hearings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/25/2023 | Timothy Burns | Review transcript of November 17 Hearing on Global Mediation Motion (.3); draft email summary of same to team (.2); | 0.50 | $560.00 |
| | | **Totals for Hearings** | **0.50** | **$560.00** |

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/7/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $224.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/8/2023 | Timothy Burns | Participate in call with the Debtor re the insurers' limited objection to the Debtor's global mediation motion (.2); participate in call with J. Bair re same (.2); | 0.40 | $448.00 |
| 11/8/2023 | Timothy Burns | Reviewed and considered the insurers' limited objection to the Debtor's global mediation motion (.8); | 0.80 | $896.00 |
| 11/8/2023 | Jesse Bair | Participate in call with T. Burns re the Debtor's mediation motion and the insurers' limited objection to same (.2); | 0.20 | $180.00 |
| 11/9/2023 | Timothy Burns | Correspondence with Stinson re the insurers' limited objection to global mediation motion (.2); review draft reply brief and joinder re same (.2); | 0.40 | $448.00 |
| 11/13/2023 | Timothy Burns | Participate in call with R. Kugler re insurance Rule 2004 requests (.2); participate in call with J. Bair re same and mediation issues (.1); | 0.30 | $336.00 |
| 11/13/2023 | Jesse Bair | Participate in call with T. Burns re insurance Rule 2004 and mediation issues (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Correspondence with E. Caldie re insurance Rule 2004 issues (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review the insurers' limited objection to the Debtor's mediation motion (.2); | 0.20 | $180.00 |
| 11/17/2023 | Jesse Bair | Review the Debtor's reply in support of its mediation motion (.1); | 0.10 | $90.00 |
| 11/18/2023 | Nathan Kuenzi | Begin research re California guaranty funds procedures and practices in connection with potential insurer insolvencies (.8); | 0.80 | $440.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re case status and outcome of mediation motion hearing (.1) | 0.10 | $90.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $90.00 |
| 11/20/2023 | Nathan Kuenzi | Continue researching issues relating to California insurance guaranty funds in connection with potential insurer insolvencies (.5); | 0.50 | $275.00 |
| 11/20/2023 | Timothy Burns | Conference with internal BB team re case strategy, developments, and assignments (.1); | 0.10 | $112.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re case status and outcome of mediation motion hearing (.1); | 0.10 | $112.00 |
| 11/20/2023 | Karin Jonch-Clausen | Prepare for and participate in team meeting regarding case projects and status (.1); | 0.10 | $55.00 |
| 11/20/2023 | Nathan Kuenzi | Prepare for and participate in team meeting addressing pending issues in case; | 0.10 | $55.00 |
| 11/22/2023 | Nathan Kuenzi | Continue analyzing issues involving coverage for claims under California guaranty fund and third party claimants recovery of same (1.6); | 1.60 | $880.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/2023 | Jesse Bair | Review T. Burns summary re outcome of November 17 mediation motion hearing outcome (.1); | 0.10 | $90.00 |
| 11/28/2023 | Nathan Kuenzi | Supplemental research re practices and procedures for recovering against the California Insurance Guarantee Association in connection with potential insurance insolvencies (.6); | 0.60 | $330.00 |
| | | **Totals for Insurance Adversary Proceeding** | **7.20** | **$5,691.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **8.60** | **$6,781.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Jesse Bair | Partner | 1.60 | $900.00 | $1,440.00 |
| Karin Jonch-Clausen | Associate | 0.10 | $550.00 | $55.00 |
| Nathan Kuenzi | Associate | 3.60 | $550.00 | $1,980.00 |
| Timothy Burns | Partner | 2.80 | $1,120.00 | $3,136.00 |

**Total Due This Invoice:** **$6,781.00**