# Exhibit 1

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Bishop of Santa Rosa UCC**

Issue Date : 9/18/2023
Bill # : 01229

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/21/2023 | Jesse Bair | Review status update correspondence from Stinson re POC hearing outcome (.1); | 0.10 | $90.00 |
| 7/28/2023 | Timothy Burns | Participate in call with Stinson team re insurance case strategy, planning, and assignments (.2); additional analysis re same (.1); | 0.30 | $336.00 |
| 7/29/2023 | Timothy Burns | Reviewed and revised task list from R. Kugler re insurance case management and strategy (.3); | 0.30 | $336.00 |
| 8/3/2023 | Timothy Burns | Brief review of retention application material and related emails from KBK (.2); | 0.20 | $224.00 |
| 8/9/2023 | Jesse Bair | Participate in call with Stinson team and T. Burns re case insurance strategy and next-steps (.2); | 0.20 | $180.00 |
| 8/9/2023 | Timothy Burns | Participate in call with Stinson team and J. Bair re case insurance strategy and next-steps (.2); | 0.20 | $224.00 |
| 8/10/2023 | Jesse Bair | Review and edit Burns Bair retention application (.3); | 0.30 | $270.00 |
| 8/10/2023 | Jesse Bair | Review and edit Burns declaration in support of retention application (.3); | 0.30 | $270.00 |
| 8/10/2023 | Jesse Bair | Review draft Order approving Burns Bair retention application (.1); | 0.10 | $90.00 |
| 8/10/2023 | Jesse Bair | Analysis re firm connections to case parties and draft Schedule 2 re same for Burns Bair application (.2); | 0.20 | $180.00 |
| 8/11/2023 | Jesse Bair | Review and edit pro hac vice applications for T. Burns and J. Bair (.1); correspondence with K. Dempski re same (.1); | 0.20 | $180.00 |
| 8/12/2023 | Timothy Burns | Review emails re retention application with J. Bair, Stinson, and KBK (.2); | 0.20 | $224.00 |
| 8/17/2023 | Timothy Burns | Participate in meeting with Stinson team and J. Bair re case strategy and insurance action items (.2); | 0.20 | $224.00 |

Case: 23-10113    Doc# 597-1    Filed: 01/12/24    Entered: 01/12/24 16:46:14    Page 2 of 12

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/17/2023 | Jesse Bair | Participate in meeting with Stinson team and T. Burns re case strategy and insurance action items (.2); | 0.20 | $180.00 |
| 8/24/2023 | Jesse Bair | Participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.30 | $270.00 |
| 8/24/2023 | Timothy Burns | Prepare for weekly insurance strategy meeting with Stinson team (.1); participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.40 | $448.00 |
| 8/31/2023 | Timothy Burns | Participate in weekly strategy and case management call with Stinson team re case insurance issues (.4); | 0.40 | $448.00 |
| | | **Totals for Insurance Adversary Proceeding** | **4.10** | **$4,174.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **4.10** | **$4,174.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Western District of Wisconsin Certificate of Good Standing for T. Burns and J. Bair | $40.00 |
| 08/11/2023 | Pro hac vice application fee, T. Burns | $317.00 |
| 08/11/2023 | Pro hac vice application fee, J. Bair | $317.00 |
| **Total Expenses** | | **$674.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jesse Bair | 1.90 | $900.00 | $1,710.00 |
| Timothy Burns | 2.20 | $1,120.00 | $2,464.00 |

**Total Due This Invoice:** **$4,848.00**



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**The Bishop of Santa Rosa UCC**  **Issue Date :** 10/13/2023

**Bill # :** 01249

**Matter:** Insurance

**PROFESSIONAL SERVICES RENDERED**

**Fee Applications**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Jesse Bair | Participate in call with G. Albert re Burns Bair monthly fee submission (.1); review and edit Burns Bair monthly fee submission (.1); correspondence with G. Albert and B. Horn re same (.1); | 0.30 | $270.00 |
| 9/18/2023 | Brenda Horn-Edwards | Draft BB monthly professional fee statement (.6); | 0.60 | $204.00 |
| 9/18/2023 | Brenda Horn-Edwards | Generate and edit Exhibit A to BB monthly professional fee statement (.1); | 0.10 | $34.00 |
| 9/19/2023 | Jesse Bair | Review and edit Burns Bair monthly fee application (.1); correspondence with G. Albert re same (.1); | 0.20 | $180.00 |
| 9/20/2023 | Jesse Bair | Finalize BB fee application (.1); correspondence with G. Albert re same (.1); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **1.40** | **$868.00** |

**Hearings**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/8/2023 | Jesse Bair | Attend case status conference for insurance purposes (.4); | 0.40 | $360.00 |
| | | **Totals for Hearings** | **0.40** | **$360.00** |

**Insurance Adversary Proceeding**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Timothy Burns | Conference with J. Bair re case developments and ongoing insurance projects (.4); | 0.40 | $448.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Jesse Bair | Conference with T. Burns re case developments and ongoing insurance projects (.4); | 0.40 | $360.00 |
| 9/2/2023 | Jesse Bair | Preliminary review re Diocesan coverage information (.2); | 0.20 | $180.00 |
| 9/3/2023 | Jesse Bair | Correspondence with N. Kuenzi re insurance 2004 motion (.1); | 0.10 | $90.00 |
| 9/3/2023 | Nathan Kuenzi | Review case materials in preparation for drafting insurer 2004 motion and discovery topics (.4); | 0.40 | $220.00 |
| 9/4/2023 | Nathan Kuenzi | Begin drafting potential Rule 2004 topics to the insurers (.5); | 0.50 | $275.00 |
| 9/5/2023 | Jesse Bair | Provide additional instructions to N. Kuenzi re potential Rule 2004 motion against insurers (.1); | 0.10 | $90.00 |
| 9/6/2023 | Jesse Bair | Conference with N. Kuenzi re insurer 2004 motion drafting (.1); | 0.10 | $90.00 |
| 9/6/2023 | Nathan Kuenzi | Participate in conference with J. Bair re insurer 2004 motion drafting (.1); | 0.10 | $55.00 |
| 9/7/2023 | Nathan Kuenzi | Analyze case law in connection with insurer Rule 2004 motion (1.0); | 1.00 | $550.00 |
| 9/7/2023 | Nathan Kuenzi | Analyze Diocesan insurance information in connection with preparing Rule 2004 topics and insurer Rule 2004 motion (.8); | 0.80 | $440.00 |
| 9/8/2023 | Nathan Kuenzi | Continue drafting insurer Rule 2004 discovery topics (.5); | 0.50 | $275.00 |
| 9/12/2023 | Nathan Kuenzi | Begin drafting insurer Rule 2004 motion (3.0); | 3.00 | $1,650.00 |
| 9/13/2023 | Jesse Bair | Analysis re case status and insurance action items (.2); | 0.20 | $180.00 |
| 9/14/2023 | Timothy Burns | Analysis regarding case insurance initiatives (.1); participate in call with Stinson team re case status, insurance strategy, and next-steps (.2); | 0.30 | $336.00 |
| 9/14/2023 | Jesse Bair | Participate in call with Stinson team re case status, insurance strategy, and next-steps (.2). | 0.20 | $180.00 |
| 9/18/2023 | Nathan Kuenzi | Revise draft 2004 insurer discovery topics (.5); | 0.50 | $275.00 |
| 9/18/2023 | Timothy Burns | Participate in conference with J. Bair re case status and insurance action items (.1); | 0.10 | $112.00 |
| 9/18/2023 | Timothy Burns | Review and analysis of fraudulent conveyance complaint (.4); | 0.40 | $448.00 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re case status and insurance action items (.1); | 0.10 | $90.00 |
| 9/18/2023 | Jesse Bair | Correspondence with N. Kuenzi and K. Jonch-Clausen re revising insurer 2004 motion (.1); | 0.10 | $90.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2023 | Jesse Bair | Participate in weekly strategy call with Stinson team re insurance case strategy, status, and next-steps (.2); | 0.20 | $180.00 |
| 9/22/2023 | Timothy Burns | Participate in weekly strategy call with Stinson team re insurance case strategy, status, and next-steps (.2); | 0.20 | $224.00 |
| 9/25/2023 | Karin Jonch-Clausen | Supplemental case law analysis in connection with insurer Rule 2004 motion (1.5); | 1.50 | $825.00 |
| 9/27/2023 | Karin Jonch-Clausen | Continue drafting insurer 2004 motion and topics (3.5); | 3.50 | $1,925.00 |
| | | **Totals for Insurance Adversary Proceeding** | **14.90** | **$9,588.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **16.70** | **$10,816.00** |

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.70 | $340.00 | $238.00 |
| Jesse Bair | Partner | 2.80 | $900.00 | $2,520.00 |
| Karin Jonch-Clausen | Associate | 5.00 | $550.00 | $2,750.00 |
| Nathan Kuenzi | Associate | 6.80 | $550.00 | $3,740.00 |
| Timothy Burns | Partner | 1.40 | $1,120.00 | $1,568.00 |

**Total Due This Invoice:** $10,816.00



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**     **Issue Date :**    11/17/2023
**The Roman Catholic Bishop of Santa Rosa**

                                                                                                                         **Bill # :**    01275

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

### Committee Meetings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/30/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (1.0); | 1.00 | $900.00 |
| 10/30/2023 | Timothy Burns | Participate in Committee meeting for insurance purposes re case status, strategy, and next-steps (1.0); | 1.00 | $1,120.00 |
| | | **Totals for Committee Meetings** | **2.00** | **$2,020.00** |

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/12/2023 | Jesse Bair | Review and edit Burns Bair invoice for inclusion with monthly fee submission (.3); | 0.30 | $270.00 |
| 10/13/2023 | Brenda Horn-Edwards | Draft monthly professional fee statement (.3); generate and edit Exhibit A to same (.1); correspondence with J. Bair re same (.1); | 0.50 | $170.00 |
| 10/17/2023 | Jesse Bair | Edit and finalize Burns Bair monthly fee application (.2); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **1.00** | **$620.00** |

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/3/2023 | Timothy Burns | Review and respond to C. Sevedge correspondence re insurance information meeting (.1); | 0.10 | $112.00 |
| 10/9/2023 | Timothy Burns | Review and revise draft Global Mediation motion (.8); | 0.80 | $896.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/9/2023 | Jesse Bair | Participate in conference with T. Burns re the Diocese's draft mediation motion (.1); | 0.10 | $90.00 |
| 10/9/2023 | Jesse Bair | Review and edit the Diocese's mediation motion (.3); correspondence with Stinson team re same (.1); | 0.40 | $360.00 |
| 10/9/2023 | Timothy Burns | Participate in conference with J. Bair re Global Mediation motion (.1); | 0.10 | $112.00 |
| 10/10/2023 | Jesse Bair | Review correspondence with the Debtor and E. Caldie re revised mediation motion (.1); participate in call with Stinson team re same (.1); | 0.20 | $180.00 |
| 10/10/2023 | Jesse Bair | Review and edit revised version of the debtor's motion for global mediation (.4); | 0.40 | $360.00 |
| 10/11/2023 | Jesse Bair | Review R. Kugler correspondence re revised version of the global mediation motion (.1); | 0.10 | $90.00 |
| 10/11/2023 | Timothy Burns | Review correspondence with J. Bair and Stinson re revised global mediation motion (.2); | 0.20 | $224.00 |
| 10/11/2023 | Timothy Burns | Participate in call with C. Sevedge and J. Bair re the Diocesan insurance program (.6); | 0.60 | $672.00 |
| 10/11/2023 | Timothy Burns | Prepare for insurance call with C. Sevedge (.1); | 0.10 | $112.00 |
| 10/11/2023 | Jesse Bair | Analyze the Debtor's coverage chart and related policy documents in preparation for call with C. Sevedge (.4); | 0.40 | $360.00 |
| 10/11/2023 | Jesse Bair | Participate in call with C. Sevedge and T. Buns re the Diocesan coverage program and next-steps re case insurance issues (.6); | 0.60 | $540.00 |
| 10/12/2023 | Jesse Bair | Participate in call with R. Kugler re insurer 2004 motion strategy (.2); | 0.20 | $180.00 |
| 10/12/2023 | Jesse Bair | Brief review of draft 2004 insurance motion (.1); | 0.10 | $90.00 |
| 10/12/2023 | Jesse Bair | Participate in portion of case insurance conference with the Debtor re coverage and mediation issues (.7); | 0.70 | $630.00 |
| 10/12/2023 | Nathan Kuenzi | Review draft 2004 topics and submit to J. Bair (.1); | 0.10 | $55.00 |
| 10/12/2023 | Timothy Burns | Participate in case insurance conference with the Debtor re coverage and mediation issues (.8); | 0.80 | $896.00 |
| 10/20/2023 | Timothy Burns | Review final version of global mediation motion and related papers (.3); | 0.30 | $336.00 |
| 10/24/2023 | Jesse Bair | Participate in weekly meeting with Stinson and T. Burns re insurance case status and strategy (.2); | 0.20 | $180.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2023 | Timothy Burns | Participate in weekly meeting with Stinson and J. Bair re insurance case status and strategy (.2); | 0.20 | $224.00 |
| 10/28/2023 | Timothy Burns | Participate in call with R. Kugler re case developments and 2004 requests to insurers (.2); participate in call with J. Bair re same (.1); | 0.30 | $336.00 |
| 10/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance status and strategy (.1); | 0.10 | $90.00 |
| 10/29/2023 | Jesse Bair | Review and edit draft insurance 2004 motion and requests (.2); correspond with R. Kugler re same (.1); | 0.30 | $270.00 |
| 10/29/2023 | Timothy Burns | Review correspondence with R. Kugler and J. Bair re Rule 2004 motion re insurers (.1); | 0.10 | $112.00 |
| 10/30/2023 | Timothy Burns | Review and respond to correspondence from R. Kugler re Committee meeting (.1); | 0.10 | $112.00 |
| | | **Totals for Insurance Adversary Proceeding** | **7.60** | **$7,619.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **10.60** | **$10,259.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/01/2023 | Third Quarter 2023 PACER | $98.10 |
| **Total Expenses** | | **$98.10** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Jesse Bair | Partner | 5.30 | $900.00 | $4,770.00 |
| Nathan Kuenzi | Associate | 0.10 | $550.00 | $55.00 |
| Timothy Burns | Partner | 4.70 | $1,120.00 | $5,264.00 |

**Total Due This Invoice:** $10,357.10



**Burns | Bair**

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Roman Catholic Bishop of Santa Rosa**

Issue Date : 12/11/2023
Bill # : 01304
Due Date : Upon Receipt

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

### Fee Applications

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/16/2023 | Jesse Bair | Review and edit Burns Bair invoice for inclusion in monthly fee application (.2); | 0.20 | $180.00 |
| 11/17/2023 | Brenda Horn-Edwards | Draft Burns Bair monthly professional fee statement (.3); generate and edit Exhibit A to same (.1); correspond with J. Bair re same (.1); | 0.50 | $170.00 |
| 11/20/2023 | Jesse Bair | Review and finalize Burns Bair fee submission (.2); | 0.20 | $180.00 |
| | | **Totals for Fee Applications** | **0.90** | **$530.00** |

### Hearings

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/25/2023 | Timothy Burns | Review transcript of November 17 Hearing on Global Mediation Motion (.3); draft email summary of same to team (.2); | 0.50 | $560.00 |
| | | **Totals for Hearings** | **0.50** | **$560.00** |

### Insurance Adversary Proceeding

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/7/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $224.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $180.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/8/2023 | Timothy Burns | Participate in call with the Debtor re the insurers' limited objection to the Debtor's global mediation motion (.2); participate in call with J. Bair re same (.2); | 0.40 | $448.00 |
| 11/8/2023 | Timothy Burns | Reviewed and considered the insurers' limited objection to the Debtor's global mediation motion (.8); | 0.80 | $896.00 |
| 11/8/2023 | Jesse Bair | Participate in call with T. Burns re the Debtor's mediation motion and the insurers' limited objection to same (.2); | 0.20 | $180.00 |
| 11/9/2023 | Timothy Burns | Correspondence with Stinson re the insurers' limited objection to global mediation motion (.2); review draft reply brief and joinder re same (.2); | 0.40 | $448.00 |
| 11/13/2023 | Timothy Burns | Participate in call with R. Kugler re insurance Rule 2004 requests (.2); participate in call with J. Bair re same and mediation issues (.1); | 0.30 | $336.00 |
| 11/13/2023 | Jesse Bair | Participate in call with T. Burns re insurance Rule 2004 and mediation issues (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Correspondence with E. Caldie re insurance Rule 2004 issues (.1); | 0.10 | $90.00 |
| 11/17/2023 | Jesse Bair | Review the insurers' limited objection to the Debtor's mediation motion (.2); | 0.20 | $180.00 |
| 11/17/2023 | Jesse Bair | Review the Debtor's reply in support of its mediation motion (.1); | 0.10 | $90.00 |
| 11/18/2023 | Nathan Kuenzi | Begin research re California guaranty funds procedures and practices in connection with potential insurer insolvencies (.8); | 0.80 | $440.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re case status and outcome of mediation motion hearing (.1) | 0.10 | $90.00 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.1); | 0.10 | $90.00 |
| 11/20/2023 | Nathan Kuenzi | Continue researching issues relating to California insurance guaranty funds in connection with potential insurer insolvencies (.5); | 0.50 | $275.00 |
| 11/20/2023 | Timothy Burns | Conference with internal BB team re case strategy, developments, and assignments (.1); | 0.10 | $112.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re case status and outcome of mediation motion hearing (.1); | 0.10 | $112.00 |
| 11/20/2023 | Karin Jonch-Clausen | Prepare for and participate in team meeting regarding case projects and status (.1); | 0.10 | $55.00 |
| 11/20/2023 | Nathan Kuenzi | Prepare for and participate in team meeting addressing pending issues in case; | 0.10 | $55.00 |
| 11/22/2023 | Nathan Kuenzi | Continue analyzing issues involving coverage for claims under California guaranty fund and third party claimants recovery of same (1.6); | 1.60 | $880.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/2023 | Jesse Bair | Review T. Burns summary re outcome of November 17 mediation motion hearing outcome (.1); | 0.10 | $90.00 |
| 11/28/2023 | Nathan Kuenzi | Supplemental research re practices and procedures for recovering against the California Insurance Guarantee Association in connection with potential insurance insolvencies (.6); | 0.60 | $330.00 |
| | | **Totals for Insurance Adversary Proceeding** | **7.20** | **$5,691.00** |

| | | | | |
|---|---|---|---|---|
| **Total Hours and Fees** | | | **8.60** | **$6,781.00** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brenda Horn-Edwards | Paralegal | 0.50 | $340.00 | $170.00 |
| Jesse Bair | Partner | 1.60 | $900.00 | $1,440.00 |
| Karin Jonch-Clausen | Associate | 0.10 | $550.00 | $55.00 |
| Nathan Kuenzi | Associate | 3.60 | $550.00 | $1,980.00 |
| Timothy Burns | Partner | 2.80 | $1,120.00 | $3,136.00 |

**Total Due This Invoice:** **$6,781.00**