# Exhibit 2

**STINSON LLP**
ROBERT T. KUGLER (Minn. Bar No. 194116)
robert.kugler@stinson.com
EDWIN H. CALDIE (*pro hac vice*)
ed.caldie@stinson.com
KACIE PHILLIPS TAWFIC (*pro hac vice*)
kacie.tawfic@stinson.com
50 S 6th Street, Suite 2600
Minneapolis, Minnesota 55402
Telephone: (612) 335- 1500

**KELLER BENVENUTTI KIM LLP**
TOBIAS S. KELLER (Cal. Bar No. 151445)
tkeller@kbkllp.com
JANE KIM (Cal. Bar No. 298192)
jkim@kbkllp.com
GABRIELLE L. ALBERT (Cal. Bar No. 190895)
galbert@kbkllp.com
650 California Street, Suite 1900
San Francisco, California 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

**BURNS BAIR LLP**
TIMOTHY W. BURNS (*pro hac vice*)
tburns@burnsbair.com
JESSE J. BAIR (*pro hac vice*)
jbair@burnsbair.com
10 E. Doty Street, Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2302

*Counsel for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**THE ROMAN CATHOLIC BISHOP OF SANTA ROSA**<br><br>**Debtor.** | Case No. 23-10113 (CN)<br><br>Chapter 11 Bankruptcy<br><br>**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF BURNS BAIR LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND EXPENSES FOR THE PERIOD JULY 17, 2023 THROUGH NOVEMBER 30, 2023** |

This matter is before the Court on the First Interim Application of Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation and Expenses for the Period of July 17, 2023 through November 30, 2023. Based on the record, files, and proceedings in this matter:

**IT IS ORDERED:**

1.      The First Interim Application is GRANTED.

2.      Compensation to Burns Bair LLP in the amount of $32,030.00 and reimbursement of expenses in the amount of $772.10 is ALLOWED.

3.      The Debtor may pay Burns Bair LLP the amount allowed under paragraph 2 above.

4.      The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER**

Court Service List

*All registered ECF Participants.*