

The following constitutes the order of the Court.
Signed: March 31, 2025

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 23-10113 CN<br>Chapter 11 |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF SANTA ROSA,<br><br>Debtor. | **ORDER DENYING CERTAIN INSURERS' MOTION TO APPOINT PAUL FINN AS AN ADDITIONAL MEDIATOR** |

On March 28, 2025, the court conducted a hearing on Certain Insurers' Motion to Appoint Paul Finn as an Additional Mediator (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

***END OF ORDER***

Case No. 23-10113 CN

**COURT SERVICE LIST**

Recipients are ECF participants.