**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI (*pro hac vice*)
1301 Avenue of the Americas
New York, NY 10019
Telephone:    (212) 326-2000
Email: tschiavoni@omm.com

ALEXANDRA J. WOLTER (CA Bar #317951)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407
Email: awolter@omm.com

**CLYDE & CO US LLP**
ALEXANDER POTENTE (S.B. #208240)
JASON J. CHORLEY (S.B. #263225)
150 California Street, 15th Floor
San Francisco, California 94111
Telephone:    (415) 365-9800
Facsimile:     (415) 365-9801
Email: alex.potente@clydeco.us
          jason.chorley@clydeco.us

*Attorneys for Pacific Indemnity Company and*
*Century Indemnity Company, as successor to CCI*
*Insurance Company, as successor to Insurance*
*Company of North America*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF SANTA ROSA, a California corporation sole,<br><br>Debtor. | Case No.: _____<br><br>Bankruptcy Case No. 23-10113<br><br>Chapter 11<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTIONS** |

## Part I:  Identify the appellant(s)

1. Name(s) of appellant(s):  <u>Pacific Indemnity Company and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America.</u>

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case |
|---|---|
| __ Plaintiff | __ Debtor |
| __ Defendant | __ Creditor |
| __ Other (describe) _____ | __ Trustee |
|  | _X_ Other (describe) <u>Parties in Interest / Applicants</u> |

## Part II:  Identify the subject of this appeal

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken:  <u>Order Denying Application to Conduct Rule 2004 Examinations [Dkt. No. 1834, Exhibit A hereto]</u>

2. State the date in which the judgment – or the appealable order or decree – was entered:  <u>March 6, 2026</u>

## Part III:  Identify the other parties to the appeal

List the names of all parties to the judgment — or appealable order or decree — from which the appeal is taken and the names, address, and telephone numbers of their attorneys:

| Party | Attorneys |
|---|---|
| The Roman Catholic Bishop of Santa Rosa | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP<br>Paul J. Pascuzzi (ppascuzzi@ffwplaw.com)<br>Jason E. Rios (jrios@ffwplaw.com)<br>Thomas R. Phinney (tphinney@ffwplaw.com)<br>Mikayla E. Kutsuris (mkutsuris@ffwplaw.com)<br>500 Capitol Mall, Suite 2250<br>Sacramento, California 95814 |

| Party | Attorneys |
|---|---|
| | Telephone: (916) 329-7400 |
| Official Committee of Unsecured Creditors | STINSON LLP<br>Robert T. Kugler (robert.kugler@stinson.com)<br>Edwin H. Caldie (ed.caldie@stinson.com)<br>Andrew Glasnovich (drew.glasnovich@stinson.com)<br>50 South Sixth Street, Suite 2600<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 335-1500<br><br>BURNS BAIR LLP<br>Timothy W. Burns (tburns@burnsbair.com)<br>Jesse Bair (jbair@burnsbair.com)<br>10 East Doty Street, Suite 600<br>Madison, Wisconsin 53703<br>Telephone: (698) 286-2808<br><br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (tkeller@kbkllp.com)<br>Jane Kim  (jkim@kbkllp.com)<br>Gabrielle L. Albert (galbert@kbkllp.com)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California  94104<br>Telephone:  (415) 496-6723 |
| Westport Insurance Corporation f/k/a Employers Reinsurance Corporation | SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC<br>Blaise S. Curet (bcuret@spcclaw.com)<br>2000 Powell Street, Suite 830<br>Emeryville, California  94608<br>Telephone: (415) 352-6200<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia  30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850 |

Case: 23-10113   Doc# 1863   Filed: 03/20/26   Entered: 03/20/26 14:36:44   Page 3 of 8

| Party | Attorneys |
| --- | --- |
| | Chicago, Illinois 60606<br>Telephone: (312) 477-3305 |
| Interstate Fire & Casualty Company, Fireman's Fund Insurance Company, and National Surety Company | PARKER, HUDSON, RAINER & DOBBS LLP<br>Harris B. Winsberg (hwinsberg@phrd.com)<br>Matthew M. Weiss (mweiss@phrd.com)<br>Matthew G. Roberts (mroberts@phrd.com)<br>303 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30308<br>Telephone: (404) 523-5300<br><br>PARKER, HUDSON, RAINER & DOBBS LLP<br>Todd Jacobs (tjacobs@phrd.com)<br>John E. Bucheit (jbucheit@phrd.com)<br>Two N. Riverside Plaza, Suite 1850<br>Chicago, Illinois 60606<br>Telephone: (312) 477-3305 |
| Certain London Market Insurance Companies include Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Co. Ltd.); the Ocean Marine Insurance Company Limited (as Part VII transferee of the World Auxiliary Insurance Corporation Limited); River Thames Insurance Company Limited; Dominion Insurance Company Limited; Companhia de Seguros Fidelidade-Mundial f/k/a Fidelidade Insurance Company of Lisbon; R&Q Gamma Company Limited (as Part VII transferee of Anglo French Ltd.); RiverStone Insurance UK Limited (as successor in interest to Terra Nova Insurance Co. Ltd. and Sphere Drake Insurance Co. PLC; and Tenecom Ltd. (f/k/a Yasuda Fire & Marine Insurance Co. (UK) Ltd.). | SKARZYNSKI MARICK & BLACK LLP<br>Jeff D. Kahane (jkahane@skarzynski.com)<br>Russell W. Roten (rroten@skarzynski.com)<br>Nathan Reinhardt (nreinhardt@skarzynski.com)<br>Timothy W. Evanston (tevanston@skarzynski.com)<br>633 W. Fifth Street, 26th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 721-0650<br><br>CLYDE & CO US LLP<br>Catalina J. Sugayan (catalina.sugayan@clydeco.us)<br>Yongli Yang (yongli.yang@clydeco.us)<br>30 S. Wacker Dive., Suite 2600<br>Chicago, Illinois 60606<br>Telephone: (312) 635-7000 |
| Pacific Indemnity Company and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America | O'MELVENY & MYERS LLP<br>Tancred V. Schiavoni (tschiavoni@omm.com)<br>1301 Avenue of the Americas,<br>17th Floor<br>New York, New York 10019<br>Telephone: (212) 326-2000<br><br>O'MELVENY & MYERS LLP<br>Alexandra Wolter (awolter@omm.com) |

Case: 23-10113   Doc# 1863   Filed: 03/20/26   Entered: 03/20/26 14:36:44   Page 4 of 8

| Party | Attorneys |
|---|---|
| | 400 South Hope Street, Suite 1900<br>Los Angeles, California 90071<br>Telephone: (213) 430-6000<br><br>CLYDE & CO US LLP<br>Alexander Potente (alex.potente@clydeco.us)<br>Jason J. Chorley (jason.chorley@clydeco.us)<br>150 California Street, 15th Floor<br>San Francisco, California 94111<br>Telephone: (415) 365-9800 |
| Phoenix Assurance Company and Continental Casualty Company | PLEVIN & TURNER LLP<br>Mark D. Plevin<br>580 California Street, Suite 1200<br>San Francisco, California 94104<br>(202) 580-6640<br>mplevin@plevinturner.com<br><br>PLEVIN & TURNER LLP<br>Miranda H. Turner (admitted pro hac vice)<br>Jordan A. Hess (admitted pro hac vice)<br>1701 Pennsylvania Avenue, N.W., 2d Floor<br>Washington, D.C. 20006<br>(202) 580-6640<br>mturner@plevinturner.com<br>jhess@plevinturner.com |
| Zurich American Insurance Company, as successor to Northern Insurance Company of New York | FINESTONE HAYES LLP<br>Jennifer C. Hayes (jhayes@fhlawllp.com)<br>Ryan A. Witthans (rwitthans@fhlawllp.com)<br>456 Montgomery Street, 20th Floor<br>San Francisco, California 94104<br>Telephone: (415) 616-0466<br><br>WHITE AND WILLIAMS LLP<br>Christopher F. Graham ( admitted pro hac vice)<br>Siobhain P. Minarovich (admitted pro hac vice)<br>810 Seventh Avenue, Suite 500<br>New York, NY 10019<br>Telephone: (212) 631-4415<br>grahamc@whiteandwilliams.com<br>minarovichs@whiteandwilliams.com |
| JOHN DOE 11 (Claim No. 20096), JOSEPH DOE SR 554 (Claim No. 2 20098), JENNIFER DOE SR 593 (Claim No. 20099), JENNIFER DOE SR 592 (Claim No. 3 20100), JENNIFER DOE SR 565 (Claim No. 20101), JOSEPH DOE SR 557 (Claim No. 20103), | Joseph George, Jr.<br>Maricar A. Pascual<br>JOSEPH GEORGE, JR. LAW CORPORATION<br>601 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: 916.641.7300<br>mailbox@psyclaw.com |

Case: 23-10113   Doc# 1863   Filed: 03/20/26   Entered: 03/20/26 14:36:44   Page 5 of 8

| Party | Attorneys |
|---|---|
| 4 JOSEPH DOE SR 556 (Claim No. 20104), Stan Sloan (Claim No. 20105), JOHN DOE 129 5 (Claim No. 20106), JOSEPH DOE SR 564 (Claim No. 20107), JOSEPH DOE SR 563 (Claim 6 No. 20108), JOHN DOE 130 (Claim No. 20109), JOSEPH DOE SR 562 (Claim No. 20110), 7 JOSEPH DOE SR 561 (Claim No. 20111), JOSEPH DOE SR 559 (Claim No. 20112), JOSEPH 8 DOE SR 570 (Claim No. 20113), JOSEPH DOE SR 569 (Claim No. 20114), JOSEPH DOE SR 9 577 (Claim No. 20115), Jeffrey Zink (Claim No. 20116), JOSEPH DOE SR 586 (Claim No. 10 20117), JOSEPH DOE SR 581 (Claim No. 20118), JOHN DOE 159 (Claim No. 20119), Michael 11 Holden (Claim No. 20120), JOSEPH DOE SR 594 (Claim No. 20121), JOHN DOE 164 (Claim 12 No. 20135), JOSEPH DOE SR 569 (Claim No. 20136), JOSEPH DOE SR 554 (Claim No. 13 20137), JENNIFER DOE SR 567 (Claim No. 20097), Samuel Doe SA5 as SIi to Jennifer Doe 14 SRSA 5 (Claim No. 20102), JOSEPH DOE SR 558 (Claim No. 20195) ( | |
| John SR-11 Doe (Claim No. SURV-151), John SR-2 Doe (Claim No. SURV-124), John SR-3 Doe (Claim No. SURV-125), John SR-4 Doe (Claim No. SURV-126), John SR-5 Doe (Claim No. SURV-127), John SR-6 Doe (Claim No. SURV-128), John SR-7 Doe (Claim No. SURV-120), John SR-8 Doe (Claim No. SURV-129), John SR-9 Doe (Claim No. SURV-130), John SR-10 Doe (Claim No. SURV-119), John SR-11 Doe (Claim No. SURV-111), John SR-12 Doe (Claim No. SURV-112), John SR-13 Doe (Claim No. SURV-121), John SR- | MANLY, STEWART & FINALDI<br>John C. Manly (jmanly@manlystewart.com)<br>Cristina J. Nolan (cnolan@manlystewart.com)<br>Haley A. Aanstad (haanstad@manlystewart.com)<br>19100 Von Karman Ave., Suite 800<br>Irvine, California 92612<br>Telephone: (949) 252-9990 |

| Party | Attorneys |
|---|---|
| 14, Doe (Claim No. SURV-123), John SR-15 Doe (Claim No. SURV-113), John SR-16 Doe (Claim No. SURV-114), John SR-17 Doe (Claim No. SURV-122), John SR-18 Doe (Claim No. SURV-116), John SR-19 Doe (Claim No. 117) | |
| JOHN DOE K.B. (Claim No. 110), and JOHN DOE R.M. (Claim No. 142) | MARY ALEXANDER & ASSOCIATES, P.C. Mary E. Alexander (malexander@maryalexanderlaw.com) 44 Montgomery Street, Suite 1303 San Francisco, California 94104 (415) 443-4440 |
| AWKO Doe 17 (Claim No. ESC-102), P.J.M. (Claim No. ESC-100), and AWKO Doe24 (Claim No. ESC-101) | S. Mary Liu AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC sateam@awkolaw.com 17 East Main Street, Suite 200 Pensacola, Florida 32502 850.202.1010 |
| JOHN DOE 27 (Claim No. ESC-2), JOHN DOE 808 (Claim No. ESC-3), JOHN DOE 1676 (Claim No. ESC-5), JOHN DOE 1845 (Claim No. ESC-4), and JOHN DOE 2767 (Claim No. ESC-6) | Pedro "Peter" de la Cerda MATTHEWS & ASSOCIATES pdelacerda@thematthewslawfirm.com 2905 Sackett St. Houston, Texas 77098 972.525.5523 |

**Part IV:  Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

 _X_  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part V:  Sign below**

Dated:  March 20, 2026

By: */s/ Alexandra Wolter*
**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI (pro hac vice)
1301 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 326-2000
Email: tschiavoni@omm.com

ALEXANDRA WOLTER (CA Bar #317951)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407
Email:  awolter@omm.com

**CLYDE & CO US LLP**
Alexander Potente (S.B. #208240)
Jason J. Chorley (S.B. #263225)
150 California Street, 15th Floor
San Francisco, CA 94111 USA
Telephone: (415) 365-9800
Email: alex.potente@clydeco.us
          Jason.chorley@clydeco.us

*Attorneys for Pacific Indemnity Company and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*